FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 0 7 2008

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THOMAS HAYDEN BARNES,          *
                               *
        Plaintiff,             *
                               *
-vs-                           *        CIVIL ACTION FILE
                               *        NO.  1:08-CV-0077-CAP
                               *
RONALD M. ZACCARDI, et al.,    *
                               *
        Defendants.            *
                               *

### WAIVER OF SERVICE OF SUMMONS

TO:  Thomas Hayden Barnes
     c/o Cary S. Wiggins
     COOK, YOUNGELSON & WIGGINS
     260 Peachtree St., NW #401
     Atlanta, GA 30303

I, Kurt Keppler, acknowledge receipt of your request that I waive service of a summons in the action of <u>Barnes v. Zaccardi, et al.</u>, which case number is 1:08-CV-0077 in the United States District Court for the Northern District of Georgia, Atlanta Division.  I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within sixty (60) days after January 18, 2008.

Date: *February 5, 2008*

Signature *[signature]*

On behalf of
Kurt Keppler

*Tamara Wayland*
Printed or Typed Name

Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint.  A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the compliant is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property.  A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the

service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiffs' attorney a response to the compliant and must also file a signed copy of the response with the court.  If the answer or motion is not served within this time, a default judgment may be taken against that defendant.  By waiving service, a defendant is allowed more time to answer than if the summons had been actually served within the request for waiver of service was received.

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 0 7 2008

JAMES N. HATTEN, CLERK
By: [signature] Deputy Clerk

IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THOMAS HAYDEN BARNES,          *
                               *
        Plaintiff,             *
                               *
-vs-                           *        CIVIL ACTION FILE
                               *        NO.  1:08-CV-0077-CAP
                               *
RONALD M. ZACCARDI, et al.,    *
                               *
        Defendants.            *
                               *
_____*

### WAIVER OF SERVICE OF SUMMONS

TO:  Thomas Hayden Barnes
     c/o Cary S. Wiggins
     COOK, YOUNGELSON & WIGGINS
     260 Peachtree St., NW #401
     Atlanta, GA 30303

I, Ronald M. Zaccardi, acknowledge receipt of your request that I waive service of a summons in the action of Barnes v. Zaccardi, et al., which case number is 1:08-CV-0077 in the United States District Court for the Northern District of Georgia, Atlanta Division.  I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within sixty (60) days after January 18, 2008.

Date: _February 5, 2008_

Signature

On behalf of
Ronald M. Zaccardi

Printed or Typed Name

Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint.  A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property.  A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the

service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiffs' attorney a response to the compliant and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served within the request for waiver of service was received.

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 0 7 2008

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THOMAS HAYDEN BARNES,          *
                               *
        Plaintiff,             *
                               *
-vs-                           *      CIVIL ACTION FILE
                               *      NO.  1:08-CV-0077-CAP
                               *
RONALD M. ZACCARDI, et al.,    *
                               *
        Defendants.            *
_____    *

### WAIVER OF SERVICE OF SUMMONS

TO:  Thomas Hayden Barnes
     c/o Cary S. Wiggins
     COOK, YOUNGELSON & WIGGINS
     260 Peachtree St., NW #401
     Atlanta, GA 30303

     I, Leah McMillan, acknowledge receipt of your request

that I waive service of a summons in the action of Barnes v.

Zaccardi, et al., which case number is 1:08-CV-0077 in the

United States District Court for the Northern District of

Georgia, Atlanta Division.  I have also received a copy of

the complaint in the action, two copies of this instrument,

and a means by which I can return the signed waiver to you

without cost to me.

     I agree to save the cost of service of a summons and an

additional copy of the complaint in this lawsuit by not

requiring that I be served with judicial process in the

manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within sixty (60) days after January 18, 2008.


Date: *February 5, 2008*    _____
                            Signature

                            On behalf of
                            Leah McMillan

                            *Tamera Wayland*
                            Printed or Typed Name


### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the

service of the summons), and may later object to the
jurisdiction of the court or to the place where the action
has been brought.

A defendant who waives service must within the time
specified on the waiver form serve on the plaintiffs'
attorney a response to the compliant and must also file a
signed copy of the response with the court.  If the answer
or motion is not served within this time, a default judgment
may be taken against that defendant.  By waiving service, a
defendant is allowed more time to answer than if the summons
had been actually served within the request for waiver of
service was received.

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 0 7 2008

JAMES N. HATTEN, CLERK
By_____ Deputy Clerk

IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THOMAS HAYDEN BARNES,                  *
                                       *
        Plaintiff,                     *
                                       *
-vs-                                   *      CIVIL ACTION FILE
                                       *      NO.  1:08-CV-0077-CAP
                                       *
RONALD M. ZACCARDI, et al.,            *
                                       *
        Defendants.                    *
_____    *

### WAIVER OF SERVICE OF SUMMONS

TO:  Thomas Hayden Barnes
     c/o Cary S. Wiggins
     COOK, YOUNGELSON & WIGGINS
     260 Peachtree St., NW #401
     Atlanta, GA 30303

I, Victor Morgan, acknowledge receipt of your request that I waive service of a summons in the action of <u>Barnes v. Zaccardi, et al.</u>, which case number is 1:08-CV-0077 in the United States District Court for the Northern District of Georgia, Atlanta Division.  I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections

based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within sixty (60) days after January 18, 2008.


Date: _February 5, 2008_       _____
                                Signature

                                On behalf of
                                Victor Morgan

                                _____
                                Printed or Typed Name


### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the compliant is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiffs' attorney a response to the compliant and must also file a signed copy of the response with the court. If the answer or motion is not served

within this time, a default judgment may be taken against that
defendant.  By waiving service, a defendant is allowed more time
to answer than if the summons had been actually served within the
request for waiver of service was received.

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 0 7 2008

JAMES N. HATTEN, CLERK
By: [signature] Deputy Clerk

IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THOMAS HAYDEN BARNES,                    *
                                         *
        Plaintiff,                       *
                                         *
-vs-                                     *        CIVIL ACTION FILE
                                         *        NO.  1:08-CV-0077-CAP
                                         *
RONALD M. ZACCARDI, et al.,              *
                                         *
        Defendants.                      *
                                         *
_____      *

### WAIVER OF SERVICE OF SUMMONS

TO:  Thomas Hayden Barnes
     c/o Cary S. Wiggins
     COOK, YOUNGELSON & WIGGINS
     260 Peachtree St., NW #401
     Atlanta, GA 30303

     On behalf of Valdosta State University ("VSU"), I

acknowledge receipt of your request that it waive service of

a summons in the action of Barnes v. Zaccardi, et al., which

case number is 1:08-CV-0077 in the United States District

Court for the Northern District of Georgia, Atlanta

Division.  VSU have also received a copy of the complaint in

the action, two copies of this instrument, and a means by

which it can return the signed waiver to you without cost to

it.

     VSU agrees to save the cost of service of a summons and

an additional copy of the complaint in this lawsuit by not

requiring that it be served with judicial process in the

manner provided by Rule 4.

It will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

It understands that a judgment may be entered against it if an answer or motion under Rule 12 is not served upon you within sixty (60) days after January 18, 2008.


Date: *February 5, 2008*

*[signature]*
Signature

On behalf of
Valdosta State University

*Tamara Wayland*
Printed or Typed Name


Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the compliant is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who

waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiffs' attorney a response to the compliant and must also file a signed copy of the response with the court.  If the answer or motion is not served within this time, a default judgment may be taken against that defendant.  By waiving service, a defendant is allowed more time to answer than if the summons had been actually served within the request for waiver of service was received.



FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 0 7 2008

JAMES N. HATTEN, CLERK
By: _____
Deputy Clerk

IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| THOMAS HAYDEN BARNES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| -vs- | * | CIVIL ACTION FILE |
| | * | NO.  1:08-CV-0077-CAP |
| | * | |
| RONALD M. ZACCARDI, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

### WAIVER OF SERVICE OF SUMMONS

TO:  Thomas Hayden Barnes
     c/o Cary S. Wiggins
     COOK, YOUNGELSON & WIGGINS
     260 Peachtree St., NW #401
     Atlanta, GA 30303

I, Laverne Gaskins, acknowledge receipt of your request that I waive service of a summons in the action of <u>Barnes v. Zaccardi, et al.</u>, which case number is 1:08-CV-0077 in the United States District Court for the Northern District of Georgia, Atlanta Division.  I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within sixty (60) days after January 18, 2008.

Date: _February 5, 2008_

Signature

On behalf of
Laverne Gaskins

Printed or Typed Name

Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint.  A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the compliant is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property.  A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the

service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiffs' attorney a response to the compliant and must also file a signed copy of the response with the court.  If the answer or motion is not served within this time, a default judgment may be taken against that defendant.  By waiving service, a defendant is allowed more time to answer than if the summons had been actually served within the request for waiver of service was received.

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 0 7 2008

JAMES N. HATTEN, CLERK
By: [signature]    Deputy Clerk

IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| THOMAS HAYDEN BARNES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| -vs- | * | CIVIL ACTION FILE |
| | * | NO.  1:08-CV-0077-CAP |
| | * | |
| RONALD M. ZACCARDI, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

## WAIVER OF SERVICE OF SUMMONS

TO:  Thomas Hayden Barnes
c/o Cary S. Wiggins
COOK, YOUNGELSON & WIGGINS
260 Peachtree St., NW #401
Atlanta, GA 30303

The Board of Regents of the University System of Georgia ("Board") acknowledges receipt of your request that it waive service of a summons in the action of Barnes v. Zaccardi, et al., which case number is 1:08-CV-0077 in the United States District Court for the Northern District of Georgia, Atlanta Division.  It has also received a copy of the complaint in the action, two copies of this instrument, and a means by which it can return the signed waiver to you without cost to it.

The Board agrees to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that it be served with judicial

process in the manner provided by Rule 4.

The Board will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

The Board understands that a judgment may be entered against it if an answer or motion under Rule 12 is not served upon you within sixty (60) days after January 18, 2008.

Date: _February 5, 2008_        _signature_
                                Signature

                                On behalf of Board of Regents
                                of the University System of
                                Georgia

                                _Tamara Wayland_
                                Printed or Typed Name


Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires
certain parties to cooperate in saving unnecessary costs of
service of the summons and complaint.  A defendant located
in the United States who, after being notified of an action
and asked by a plaintiff located in the United States to
waive service of a summons, fails to do so will be required
to bear the cost of such service unless good cause be shown
for its failure to sign and return the waiver.
It is not good cause for a failure to waive service
that a party believes that the compliant is unfounded, or

that the action has been brought in an improper place or in
a court that lacks jurisdiction over the subject matter of
the action or over its person or property.  A party who
waives service of the summons retains all defenses and
objections (except any relating to the summons or the
service of the summons), and may later object to the
jurisdiction of the court or to the place where the action
has been brought.

A defendant who waives service must within the time
specified on the waiver form serve on the plaintiffs'
attorney a response to the compliant and must also file a
signed copy of the response with the court.  If the answer
or motion is not served within this time, a default judgment
may be taken against that defendant.  By waiving service, a
defendant is allowed more time to answer than if the summons
had been actually served within the request for waiver of
service was received.

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 0 7 2008

JAMES N. HATTEN, CLERK
By: _____
                    Deputy Clerk

IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THOMAS HAYDEN BARNES,          *
                               *
        Plaintiff,             *
                               *
-vs-                           *    CIVIL ACTION FILE
                               *    NO.  1:08-CV-0077-CAP
                               *
RONALD M. ZACCARDI, et al.,    *
                               *
        Defendants.            *
                               *
_____*

### WAIVER OF SERVICE OF SUMMONS

TO:  Thomas Hayden Barnes
     c/o Cary S. Wiggins
     COOK, YOUNGELSON & WIGGINS
     260 Peachtree St., NW #401
     Atlanta, GA 30303

     I, Russ Mast, acknowledge receipt of your request that

I waive service of a summons in the action of Barnes v.

Zaccardi, et al., which case number is 1:08-CV-0077 in the

United States District Court for the Northern District of

Georgia, Atlanta Division.  I have also received a copy of

the complaint in the action, two copies of this instrument,

and a means by which I can return the signed waiver to you

without cost to me.

     I agree to save the cost of service of a summons and an

additional copy of the complaint in this lawsuit by not

requiring that I be served with judicial process in the

manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within sixty (60) days after January 18, 2008.

Date: _February 5, 2008_

_____
Signature
On behalf of
Russ Mast

_____
Printed or Typed Name

Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the compliant is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the

service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiffs' attorney a response to the compliant and must also file a signed copy of the response with the court.  If the answer or motion is not served within this time, a default judgment may be taken against that defendant.  By waiving service, a defendant is allowed more time to answer than if the summons had been actually served within the request for waiver of service was received.