IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **TOMAS HAYDEN BARNES**, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * CASE NO.: 1:08-cv-00077-CAP |
| | * |
| **RONALD M. ZACCARI**, individually and in his official capacity as President of Valdosta State University; **VALDOSTA STATE UNIVERSITY; BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA; LAVERNE GASKINS**, individually and in her official capacity as in-house counsel at Valdosta State University; **KURT KEPPLER**, individually and in her official capacity as Vice President for Student Affairs at Valdosta State University; **RUSS MAST**, individually and in his official capacity as Dean of Students at Valdosta State University; and **LEAH McMILLIAN**, individually and in her official capacity as a counselor at Valdosta State University; **VICTOR MORGAN**, individually and in his official capacity as Director of the Valdosta State University counseling Center, | * * * * * * * * * * * * * * |
| Defendants. | |

1

## DEFENDANTS VALDOSTA STATE UNIVERSITY, BOARD OF REGENTS, ZACCARI, GASKINS, KEPPLER, MAST, and MORGAN'S PRE-ANSWER MOTION TO DISMISS

COME NOW Defendants Ronald M. Zaccari, Valdosta State University; Board Of Regents of the University System of Georgia; Laverne Gaskins, Kurt Keppler, Russ Mast, and Victor Morgan, by and through the Attorney General for the State of Georgia and file this Pre-Answer Motion to Dismiss the above-styled action pursuant to Fed. R. Civ. Pro. 12(b)(6) and 12(b)(1). Defendants' brief in support of this motion is filed contemporaneously herewith and is incorporated herein by reference.

Respectfully submitted this 1st day of April, 2008.

          Respectfully submitted,

          THURBERT E. BAKER  033887
          Attorney General

          KATHLEEN PACIOUS  558555
          Deputy Attorney General

          s/DEVON ORLAND
          Georgia Bar No. 554301
          Senior Assistant Attorney General

(Signatures continued on next page.)

                    <u>s/Tamara Wayland</u>
Georgia Bar No. 742525
Assistant Attorney General
Attorney for Defendants Zaccari, Gaskins,
Keppler, Mast, Morgan, Valdosta State
University, and the Board of Regents

**Please Address All Communications To:**
TAMARA J. WAYLAND
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
PH:   (404) 463-8850
FAX: (404) 651-5304
twayland@law.ga.gov

# **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed **DEFENDANTS VALDOSTA STATE UNIVERSITY, BOARD OF REGENTS, ZACCARI, GASKINS, KEPPLER, MAST, and MORGAN'S PRE-ANSWER MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>ROBERT CORN-REVERE
>Admitted Pro Hac Vice
>District of Columbia Bar No. 375415
>Davis Wright Tremaine, LLP
>Suite 200
>1919 Pennsylvania Avenue, NW
>Washington, Diversion Center  20006
>Counsel for Plaintiff
>
>CARY STEPHEN WIGGINS
>Georgia Bar No. 757657
>Cook Youngelson & Wiggins
>260 Peachtree Street, NW
>Suite 401
>Atlanta, GA  30303
>Counsel for Plaintiff

This 1st day of April, 2008.

>s/Tamara Wayland
>Assistant Attorney General

## CERTIFICATION AS TO FONT

Pursuant to N.D. Ga. Local Rule 7.1 D, I hereby certify that this document is submitted in Times New Roman 14 point type as required by to N.D. Ga. Local Rule 5.1(b).

s/Tamara Wayland
Georgia Bar No. 742525
