IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

```
THOMAS HAYDEN BARNES,           *
                                *
     Plaintiff,                 *
                                *
-vs-                            *    CIVIL ACTION FILE
                                *    NO.  1:08-CV-0077-CAP
                                *
RONALD M. ZACCARDI, et al.,     *
                                *
     Defendants.                *
_____  *
```

**NOTICE OF APPEARANCE**

Irma I. Espino, an active member in good standing of the State Bar of Georgia and admitted to practice in this Court, enters her appearance as co-counsel of record for Plaintiff.

Please serve all notices, orders, pleadings, motions, discovery, and all other papers and correspondence upon all undersigned attorneys for Plaintiff, as well as serving lead counsel, Robert Corn-Revere and Cary S. Wiggins, at the addresses listed.

This 18th day of April, 2008

                                              Respectfully submitted,

                                              By: /s/ Robert Corn-Revere
                                              Robert Corn-Revere
                                              Brigham J. Bowen
                                              Lisa B. Zycherman
                                              Admitted Pro Hac Vice

                                              Attorneys for Plaintiff

Davis Wright Tremaine, LLP
Suite 200
1919 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202)973-4200
Facsimile: (202)973-4499
bobcornrevere@dwt.com


Cook, Youngelson & Wiggins

By: /s/ Irma I. Espino
Cary S. Wiggins
Ga. Bar No. 757657
Irma I. Espino
Ga. Bar No. 558220

Suite 401
260 Peachtree St., N.W.
Atlanta, GA 30303
Telephone: (404) 659-2880
Facsimile: (404) 659-3274
cary@cywlaw.com
irma@cywlaw.com

**CERTIFICATE OF SERVICE**

I certify that on this date, I electronically filed this NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Matthew R. LaVallee, Esq.
>Paul R. Koster, Esq.
>Attorneys for Defendant Leah McMillan
>Daley, Koster & LaVallee, LLC
>Overlook I
>2849 Paces Ferry Rd. Suite 160
>Atlanta, GA 30339

>Tamara Wayland, Esq.
>Assistant Attorney General
>Attorney for Defendants Zaccari, Gaskins, Keppler, Mast, Morgan, Valdosta State University, and the Board of Regents
>40 Capitol Square, S.W.
>Atlanta, GA  30334-1300

This 18th day of April, 2008.

By: /s/ Irma I. Espino
Cary S. Wiggins
Ga. Bar No. 757657
Irma I. Espino
Ga. Bar No. 558220
Attorneys for Plaintiff

```
COOK, YOUNGELSON & WIGGINS
Suite 401
260 Peachtree Street, N.W.
Atlanta, Georgia 30303
Telephone: (404) 659-2880
Facsimile: (404) 659-3274
```
irma@cywlaw.com