# ATTACHMENT A

The following individuals may have information related to the claims and allegations in Plaintiff's Complaint

1. Dr. Ronald M. Zaccari, former President of Valdosta State University. Dr. Zaccari's contact information may be obtained from counsel for State Defendants. He may have knowledge of the claims and allegations in Plaintiff's Complaint.

2. Laverne Gaskins, Legal Counsel Valdosta State University. Ms. Gaskins' contact information may be obtained from counsel for State Defendants. She may have knowledge of the claims and allegations in Plaintiff's Complaint.

3. Dr. Russell F. Mast, Dean of Students, Valdosta State University. Dr. Mast's contact information may be obtained from counsel for State Defendants. He may have knowledge of the claims and allegations in Plaintiff's Complaint.

4. Dr. Kurt Keppler, Vice President for Student Affairs, Valdosta State University. Dr. Keppler's contact information may be obtained from counsel for State Defendants. He may have knowledge of the claims and allegations in Plaintiff's Complaint.

5. Dr. Victor C. Morgan, Director, Counseling Center, Valdosta State University. Dr. Morgan's contact information may be obtained from counsel for State Defendants. He may have knowledge of the claims and allegations in Plaintiff's Complaint.

6. Leah McMillan, Counselor, Valdosta State University. Ms. McMillan's contact information may be obtained from counsel for Defendant McMillan. She may have knowledge of the claims and allegations in Plaintiff's Complaint.

7. Dr. Kevin Winders, Psychiatric Consultants, P.C. Dr. Winders may have knowledge of the claims and allegations in Plaintiff's Complaint.

8. Elizabeth E. Neely, Former Associate Vice Chancellor for Legal Affairs, Board of Regents of the University System of Georgia. Ms. Neely's contact information may be obtained from counsel for State Defendants. She may have knowledge of the claims and allegations in Plaintiff's Complaint.

9. Thressea H. Boyd, Assistant to the President. Ms. Boyd's contact information may be obtained from counsel for State Defendants. She may have knowledge of the claims and allegations in Plaintiff's Complaint.

10. Scott Doner, Director of University Police, Valdosta State University. Mr. Doner's contact information may be obtained from counsel for State

Defendants. He may have knowledge of the claims and allegations in Plaintiff's Complaint.

11. Ann Farmer, campus police, Valdosta State University. Ms. Farmer's contact information may be obtained from counsel for State Defendants. She may have knowledge of the claims and allegations in Plaintiff's Complaint.

12. Plaintiff Hayden Barnes. He may have knowledge of the claims and allegations in Plaintiff's Complaint.

13. Kelly J. Burke, Plaintiff's mother. She may have knowledge of the claims and allegations in Plaintiff's Complaint.

14. Chuck Hudson, Registrar, Valdosta State University. Mr. Hudson's contact information may be obtained from counsel for State Defendants. He may have knowledge of the claims and allegations in Plaintiff's Complaint.

15. Richard Lee, Assistant Dean of Students for Student Conduct, Valdosta State University. Mr. Lee's contact information may be obtained from counsel for State Defendants. He may have knowledge of Plaintiff's request to possess an "atlatl" on campus.

Any individual listed by the Plaintiff in his Initial Disclosures and/or referenced in Plaintiff's Complaint.

Any individual listed by Co-Defendant, Leah McMillan, in her Initial Disclosures.

The Defendants reserve the right to amend and/or supplement this list of individuals as necessary.