# ATTACHMENT "C"

1. Any files/documents maintained by Valdosta State University relating to Plaintiff's admission, discipline, housing, accommodations, counseling, and enrollment at the university.

2. Valdosta State University Student Handbook.

3. Plaintiff's postings to his facebook webpage.

4. Plaintiff's mental health and medical records.

5. Any files/documents relating to Plaintiff maintained by the Board of Regents of the University System of Georgia.

6. Any documents listed by Plaintiff in his Initial Disclosures.

7. Any files/documents related to the proceedings in the Office of State Administrative Hearings.

The Defendants reserve the right to amend and supplement this list of documents as necessary.