```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

THOMAS HAYDEN BARNES,

      Plaintiff,

  v.                                 CIVIL ACTION
                                      NO. 1:08-CV-0077-CAP

RONALD M. ZACCARI, et. al,

      Defendants.

<u>O R D E R</u>

Currently before the court is the plaintiff's motion to compel and for sanctions [Doc. No. 79]. In the motion, the plaintiff seeks to compel Defendants Ronald Zacari, Valdosta State University, Board of Regents of the University System of Georgia, Kurt Keppler, and Russ Mast to respond to interrogatories and requests for production. Additionally, the plaintiff seeks sanctions in the form of fees and expenses incurred in making the motion to compel. The motion is unopposed. <u>See</u> L.R. 7.1.

Accordingly, the motion to compel [Doc. No. 79] is GRANTED. Defendants Zacari, Valdosta State University, Board of Regents of the University System of Georgia, Keppler, and Mast are directed to respond without objection to the interrogatories and requests to produce within 10 days of the date of this order. Failure to comply with this order will result in sanctions that may include striking the defendants' answer and entry of default.

Additionally, the court finds that monetary sanctions are warranted based on Defendants Zacari, Valdosta State University, Board of Regents of the University System of Georgia, Keppler, and Mast's complete failure to comply with the Federal Rules of Civil Procedure and this court's Local Rules regarding discovery.  The court will award attorneys fees and expenses related to the filing of the motion to compel.  Counsel for the plaintiff is DIRECTED to submit an affidavit setting forth the amount of fees and expenses related to the filing of this motion.

SO ORDERED, this 4th day of June, 2009.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge