IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THOMAS HAYDEN BARNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action File No.: |
| | ) 1:08-CV-0077-CAP |
| RONALD M. ZACCARI, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### AMENDED NOTICE TO TAKE DEPOSITION

TO:  Thomas Hayden Barnes
c/o Robert Corn-Revere, Attorney for Plaintiff
Davis Wright Tremaine, LLP
Suite 200
1919 Pennsylvania Avenue, N.W.
Washington, DC 20006

Please take notice that pursuant to Federal Rule of Civil Procedure 30, Defendants Ronald M. Zaccari, Valdosta State University, Board of Regents of the University System of Georgia, Kurt Keppler, Russ Mast and Victor Morgan will take the deposition upon oral examination of Thomas Hayden Barnes on June 25, 2009 commencing at 9:00 a.m. at the office of Cook Youngelson & Wiggins located at 260 Peachtree Street, NW, Suite 401, Atlanta, GA 30303, for the

purpose of discovery and any other purposes allowed by law. The deposition will be recorded by stenographic and videographic means.

The deposition will take place before an officer duly authorized by law to administer oaths, and will continue until completed.

Respectfully submitted, this 23rd day of June, 2009.

_____
DAVID C. WILL
Georgia Bar #760150
dwill@royallaw.net

_____
HOLLY HANCE
Georgia Bar #153092
hhance@royallaw.net

Attorneys for Defendants Ronald M. Zaccari, Valdosta State University, Board of Regents of the University System of Georgia, Kurt Keppler, Russ Mast and Victor Morgan

ROYAL WASHBURN WILL
4799 Sugarloaf Parkway
Building J
Lawrenceville, GA 30044
(770) 814-8022
(770) 814-8360 Facsimile

## CERTIFICATE OF SERVICE

This is to certify that I have, this 23rd day of June, 2009, served a true and correct copy of the within and foregoing AMENDED NOTICE TO TAKE DEPOSITION upon all parties and/or counsel of record via electronic notice using the CM/ECF system:

**Robert Corn-Revere**

**Christopher A. Fedeli**

**Lisa Beth Zycherman**

Davis Wright Tremaine, LLP

Suite 200

1919 Pennsylvania Avenue, N.W.

Washington, DC 20006


**Irma I. Espino**

**Cary Stephen Wiggins**

Cook Youngelson & Wiggins

260 Peachtree Street, NW

Suite 401

Atlanta, GA 30303

**Matthew R. LaVallee**

**Paul Robert Koster**

Daley, Koster & LaVallee, LLC

2849 Paces Ferry Road

Suite 160

Atlanta, GA 30339

**David R. Smith**

Brannen, Searcy & Smith

P.O. Box 8002

Savannah, GA 31412-8002

                            DAVID C. WILL
                            dwill@royallaw.net
                            Georgia Bar No. 760150

**ROYAL WASHBURN WILL**
4799 Sugarloaf Pkwy, Bldg J
Lawrenceville, GA 30043