## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

THOMAS HAYDEN BARNES,       )
                                       )
        Plaintiff,             )
                                       )
     v.                      )     Civil Action File No.:
                                     )     1:08-CV-0077-CAP
RONALD M. ZACCARI, *et al.,*    )
                                       )
        Defendants.        )

## NOTICE OF FILING OF ATTACHMENTS TO DOCKET #142 -

## MOTION TO EXCLUDE EXPERT REPORTS AND TESTIMONY OF

## GREGORY M. LUKIANOFF AND ROBERT M. O'NEIL

Come now, Defendants Ronald M. Zaccari, Valdosta State University, Board of Regents of the University System of Georgia, Kurt Keppler, Russ Mast and Victor Morgan, and hereby show notice that the following documents are being filed in support of Docket #142, Motion to Exclude Expert Report and Testimony of Gregory M. Lukianoff and Robert M. O'Neil, which was filed with the Court on August 31, 2009.

Respectfully submitted, this 2nd day of September, 2009.

DAVID C. WILL
Georgia Bar No. 760150
Email: dwill@royallaw.net

HOLLY HANCE
Georgia Bar No. 153092
Email: hhance@royallaw.net

**ROYAL WASHBURN WILL**
4799 Sugarloaf Parkway, Building J
Lawrenceville, Georgia 30044
Phone: (770) 814-8022
Fax: (770) 814-8360