**Expert Witness Report: Greg Lukianoff**

I.   **Statement of Opinions the Witness Will Express**

I plan to testify that former Valdosta State University President Ronald M. Zaccari's treatment of Hayden Barnes is one of the worst, if not the worst, violations of free speech rights against a university student that I have seen since I began working in this field in October of 2001. To be more specific, I believe that when one considers the relative harmlessness of the speech and compares it to the severity of the punishment, while also considering the apparently willfully disingenuous rationale given, and the school's cynical refusal to help this student even after my organization, the Foundation for Individual Rights in Education (FIRE), brought the full details of the case to their attention, it reveals itself as a uniquely outrageous case. I plan to address these aspects individually:

1. **The relative harmlessness of the speech compared to the severity of the punishment**

Since I took over as Director of Legal and Public Advocacy for FIRE on October 2, 2001, FIRE has secured 134 public victories at 109 colleges and universities with a total enrollment of more than 2.3 million students. FIRE is directly responsible for changing unconstitutional or repressive policies affecting more than 1.5 million students at 71 of these universities. In this time I have also reviewed literally thousands of reports of incidents of abuses against students. But despite being aware of literally thousands of cases, I can think of no case where such mild speech resulted in such a serious punishment.

I have seen many cases where students and faculty have been punished or otherwise found guilty of offenses for remarkably tame speech. This is not to imply that either vulgar or truly offensive speech is not protected under the First Amendment; it certainly is. However, it is especially shocking, from a commonsense standpoint, to see cases where it is hard to tell what precisely was even offensive about the speech to elicit such a negative response.

The examples I can give of remarkably innocent speech that resulted in punishment are too many to list here, but here are some of the worst examples I've seen:

In 2008 we became involved in a case where a student employee, Keith John Sampson, was found guilty of racial harassment without a hearing for simply publicly reading a book. As we reported at the time:

> In November 2007, Sampson—who works in the school's janitorial department and is ten credits away from a degree in communications—was notified by Lillian Charleston of IUPUI's Affirmative Action Office (AAO) that two co-workers had filed a racial harassment complaint against him. The AAO alleged that by reading a book on the KKK in the break room, Sampson had engaged in racial harassment. Sampson attempted to explain that the book, written by Todd Tucker, was a historical account of the events on two days in May 1924, when a group of Notre Dame students fought with members of the Ku Klux Klan. His explanation was dismissed, and he later received a letter from

>Charleston that determined he was guilty of racial harassment. Charleston wrote that his failures included "openly reading the book related to a historically and racially abhorrent subject."

That same year we became involved in a case in which a professor at Brandeis was found guilty of racial harassment, also without a hearing, for explaining and *criticizing* the term "wetback" in class. As we reported at the time:

>Brandeis University declared a professor guilty of racial harassment and placed a monitor in his classes after he criticized the use of the word "wetbacks" in his Latin American Politics course. Professor Donald Hindley, a nearly 50-year veteran of teaching, has neither been granted a formal hearing by Brandeis nor provided with the substance of the accusations against him in writing.

In 2006, we helped a student who was accused of "patently offensive" speech and had a sign removed from his door that featured only a quote from humorist Dave Barry.

In 2003, in perhaps the next closest example of a case where the tameness of the speech was clear and the sanction wildly disproportionate, a student at University of New Hampshire was kicked out of the dorms, sentenced to mandatory psychological counseling, put on probation, assigned a 3000 word essay, and found guilty of disorderly conduct, harassment, and violating the affirmative action policy for posting a flier that joked about "the Freshman 15." The student in question, however, was only kicked out of the dormitories, not immediately expelled from school.

## 2. The apparently willfully disingenuous rationale

Given my knowledge of policies and practices in place for dealing with students who allegedly pose a "clear and present" danger of violence, and given Valdosta's actual response to Hayden's speech (slipping a note under his door), it strains credibility to think that the university actually perceived Hayden as a threat.

For example, the Secret Service and Department of Education recommend that "threat teams" with numerous parties be deployed to investigate and prevent potential threats. http://www.cic.edu/conferences_events/caos/2007_CAO_Resources/2007CAO_white.pdf (p. 42). The Secret Service's report says that a potentially threatening student may have to be "confined" (p. 64), but it also stresses that expulsion or suspension, without more, can backfire and actually cause the student to act violently. (p. 64-65) http://www.secretservice.gov/ntac/ssi_guide.pdf

In my experience attending the Association of Student Judicial Affairs (one of the leading organizations of student discipline administrators) conference every year, I have heard many lectures about how to deal with students who are regarded as threats. I cannot believe that slipping a note under a student's door telling him he is expelled would be considered a wise or

acceptable practice by any official who sincerely believed they were dealing with a potentially dangerous student.

### 3. The school's refusal to undo its punishment of Barnes in the face of public pressure and exposure of the facts of the case

Of the 143 victories that FIRE has been publicly involved in since our founding in 1999, only 11 cases (7.7%) required litigation. Of those 11 cases, all of them were far closer calls than this one. After expelling Hayden in May of 2007, numerous reports and news articles were written about the expulsion. FIRE found out about this case through the media and sent our first letter to the Chancellor of the University System of Georgia, Erroll B. Davis, on October 23, 2007. The letter was an extensive recounting of all of the serious problems posed by Hayden's case. We also copied:

Governor Sonny Perdue, State of Georgia
Angie Allison, Office of the Governor
Congressman Sanford D. Bishop, Jr., United States House of Representatives
Representative Ron Borders, Georgia State House of Representatives
Thurbert E. Baker, Attorney General, State of Georgia
Honorable Dennis R. Dunn, Deputy Attorney General
DeBrae Kennedy, Assistant Attorney General
Allan Vigil, Chair, Board of Regents of the University System of Georgia
William H. Cleveland, Vice Chair, Board of Regents of the University System of Georgia
J. Burns Newsome, Associate Vice Chancellor, Office of Legal Affairs, Board of Regents of the University System of Georgia
Kenneth R. Bernard Jr., Member, Board of Regents of the University System of Georgia
James A. Bishop, Member, Board of Regents of the University System of Georgia
Hugh A. Carter, Member, Board of Regents of the University System of Georgia
Robert F. Hatcher, Member, Board of Regents of the University System of Georgia
Felton Jenkins, Member, Board of Regents of the University System of Georgia
W. Mansfield Jennings Jr., Member, Board of Regents of the University System of Georgia
James R. Jolly, Member, Board of Regents of the University System of Georgia
Donald M. Leebern Jr., Member, Board of Regents of the University System of Georgia
Elridge McMillan, Member, Board of Regents of the University System of Georgia
Patrick S. Pittard, Member, Board of Regents of the University System of Georgia
Doreen Stiles Poitevint, Member, Board of Regents of the University System of Georgia
Willis J. Potts, Member, Board of Regents of the University System of Georgia
Wanda Yancey Rodwell, Member, Board of Regents of the University System of Georgia
Benjamin J. Tarbutton III, Member, Board of Regents of the University System of Georgia
Richard L. Tucker, Member, Board of Regents of the University System of Georgia
Ronald M. Zaccari, President, Valdosta State University
Laverne L. Gaskins, University Attorney, Office of Legal Affairs, Valdosta State University
Louis Levy, Vice President for Academic Affairs, Valdosta State University
Kurt J. Keppler, Vice President for Student Affairs, Valdosta State University
Russ Mast, Dean of Students, Valdosta State University
Sharon Gravett, Assistant Vice President for Academic Affairs, Valdosta State University

We received an uninformative response from Associate Vice Chancellor J. Burns Newsome, dated October 24, and responded on October 31 to Newsome and all of the recipients previously copied. We issued press releases on the case on October 24 and November 16, and frequently blogged about the case on our popular blog *The Torch*. (During the three months that FIRE was fighting the Hayden Barnes case, for example, our website was viewed by over 360,000 unique readers.) Despite months of pressure, it was not until Robert Corn-Revere filed suit on behalf of Hayden that the Board of Regents backed down. This intransigence in front of damning facts is rare in my experience and makes the case even more shameful. Those in power had been well-informed as to the seriousness of the case multiple times over the course of months and chose to do nothing about it until a lawsuit was filed.

II.   **Data or Other Information Considered by the Witness**

I have reviewed all of the relevant documentation relating to Hayden's expulsion and his subsequent attempts to have the decision against him overturned. I have also helped research the case along with other FIRE staff members, and I learned greater details about the case and about its effect on Hayden's life while I was being filmed for a short documentary, *FIRE In Action: Valdosta State University*. All of these materials are listed in the below section.

My basis for comparing the relative seriousness and severity of this case comes from having worked in the field of student rights since October 2, 2001. During that time I have reviewed literally thousands of cases involving student rights.

I also studied American free speech issues during my undergraduate studies, which led me to apply to law school, where I specialized in constitutional law. My experience and expertise in this area are highlighted in section IV

III.   **Exhibits That Will Be Used to Summarize or Support Testimony**

   a. FIRE in Action: Valdosta State University
      (http://www.thefire.org/index.php/video/9007)

   This short film highlights FIRE's fight against Valdosta State University's (VSU's) unconstitutional free speech zone policy and chronicles FIRE's victory on behalf of VSU student T. Hayden Barnes, who was expelled for engaging in a peaceful protest. Featuring on-the-scene interviews with Barnes; his attorney, noted First Amendment lawyer Robert Corn-Revere; and FIRE President Greg Lukianoff, this video illustrates the impact of FIRE's work and explains why VSU remains a priority in FIRE's fight for student rights on campus.

   b. "Maybe he shouldn't have spoken his mind," Andy Guess, *Inside Higher Ed*, January 11, 2008 (http://www.thefire.org/index.php/article/8800.html)

c. "Ga. college student expelled after criticizing president's plan files suit," Michael Beder, *Student Press Law Center*, January 10, 2008 (http://www.thefire.org/index.php/article/8799.html)

d. "VSU student battles expulsion," Carole Hawkins, *The Florida Times-Union*, October 30, 2007 (http://www.thefire.org/index.php/article/8556.html)

e. "Ga. student who protested plans for campus parking garage contesting removal," Casey Wooten, *Student Press Law Center*, October 26, 2007 (http://www.thefire.org/index.php/article/8551.html)

f. "Amid Free Speech Scandal, Embattled Valdosta State President Announces Early Retirement," (http://www.thefire.org/index.php/article/8645.html)

FIRE Update, November 15, 2007: Late yesterday, Valdosta State University (VSU) President Ronald M. Zaccari announced that he will be retiring in June 2008, at the end of the 2007-2008 academic year, rather than December 2008, as originally planned. Zaccari's early retirement comes at a time when both Zaccari and VSU are under increasing fire for the unconstitutional expulsion of former VSU student T. Hayden Barnes. Zaccari played a central role in Barnes' expulsion for peacefully protesting Zaccari's plans to spend $30 million of mandatory student fees to construct two parking garages on campus, personally ordering Barnes to be "administratively withdrawn" from campus. Zaccari claimed that Barnes presented a "clear and present danger" to both Zaccari and the VSU campus on the basis of a cut-and-paste collage Barnes had posted on his personal page on popular social networking site Facebook.com. With FIRE's help, Barnes is appealing Zaccari's blatantly unconstitutional actions. A hearing before Georgia's Office of State Administrative Hearings is scheduled for November 26, 2007.

g. "FIRE's Letter to Associate Vice Chancellor of the University System of Georgia, J. Burns Newsome, October 31, 2007," October 31, 2007 (http://www.thefire.org/index.php/article/8582.html)

h. "Letter from Associate Vice Chancellor of the University System of Georgia J. Burns Newsome to FIRE, October 24, 2007," October 24, 2007 (http://www.thefire.org/index.php/article/8583.html)

i. "Valdosta State University Expels Student for Peacefully Protesting New Parking Garages," (http://www.thefire.org/index.php/article/8531.html)

FIRE Press Release, October 24, 2007: Valdosta State University (VSU) has expelled student T. Hayden Barnes for publicly protesting the school's decision to construct two new parking decks on campus. After VSU President Ronald M. Zaccari labeled Barnes a "clear and present danger" and mandated that Barnes

      submit certifications of his mental health and on-going therapy as conditions of his readmission to VSU, Barnes contacted FIRE for help.

j. "Photo Collage on T. Hayden Barnes' Facebook.com Page," October 24, 2007 (http://www.thefire.org/index.php/article/8530.html)

k. "Statement of Appeal from the Board of Regents of the University System of Georgia in T. Hayden Barnes' Case," October 24, 2007 (http://www.thefire.org/index.php/article/8529.html)

l. "FIRE's Letter to Chancellor of the University System of Georgia, Erroll B. Davis, October 23, 2007," October 23, 2007 (http://www.thefire.org/index.php/article/8523.html)

m. "T. Hayden Barnes' Notice of Appeal," May 21, 2007 (http://www.thefire.org/index.php/article/8524.html)

n. "Notice of Administrative Withdrawal from Valdosta State University President Ronald Zaccari to T. Hayden Barnes," May 7, 2007 (http://www.thefire.org/index.php/article/8521.html)

o. "Letter from T. Hayden Barnes to Valdosta State University President Ronald Zaccari, April 26, 2007," April 26, 2007 (http://www.thefire.org/index.php/article/8528.html)

p. "T. Hayden Barnes' Letter to the Editor of VSU 'Spectator'," April 19, 2007 (http://www.thefire.org/index.php/article/8525.html)

q. "Parking decks to be built at VSU," March 22, 2007 (http://www.thefire.org/index.php/article/8520.html)

IV. **The Witness's Qualifications, Including a List of All Publications Authored in the Previous 10 Years**

See attached *curriculum vitae*.

V. **List of All Other Cases in Which, during the Previous Four Years, the Witness Testified As an Expert at Trial or by Deposition**

I have not previously provided testimony as an expert witness.

VI. **Statement of the Compensation to Be Paid for the Study and Testimony in the Case.**

I will receive no compensation for either my testimony or my expert report.

# Greg Lukianoff

238 Carroll St, Brooklyn, New York 11231
gcl@stanfordalumni.org | http://www.thefire.org/index.php/person/2982.html
p: (212) 582-3191 | f: (212) 582-3195

## EDUCATION

**May 2000**  STANFORD LAW SCHOOL                                                   Stanford, CA
*Juris Doctor, Focusing on First Amendment & Constitutional Law*
- Editor and Contributing Author, *The Stanford Technology Law Review*.

**May 1996**  AMERICAN UNIVERSITY                                                   Washington, DC
*Bachelor of Arts, Print Journalism & International Studies, Magna Cum Laude*
- Columnist/Reporter, *The Eagle*. American University's Student Newspaper.
- Political Panelist, *The Advocates*. American University's Political Talk Show.
- Study Abroad: Charles University, Prague, Czech Republic.

## EXPERIENCE

**2001–Present**  FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION (FIRE)      New York, NY/ Philadelphia, PA
**2006–Present**  *President*
- Vindicated student and/or faculty rights in 64 public cases across the nation at universities enrolling approximately 1.5 million students. Many of these victories were accompanied by definitive policy changes in favor of basic rights, including the entire California State University and University of Wisconsin systems.
- Helped raise nearly 7 million dollars from 3,140 donors since 2006.

**2001–2006**  *Director of Legal and Public Advocacy*
- In charge of legal strategy and programmatic operations for the organization.

**2000–2001**  REID & PRIEST, LLP (MERGED FROM D'ALESSANDRO AND RITCHIE, LLP)     San Jose, CA
*Associate*
- Drafted, prosecuted, and defended patents and trademarks on behalf of clients applying to the U.S. Patent and Trademark Office.

**1999**  AMERICAN CIVIL LIBERTIES UNION (ACLU)                                  San Francisco, CA
*Intern*
- Researched and wrote briefs and memoranda for litigation involving constitutional issues with particular focus on the application of the First Amendment to the Internet.
- Investigated an Establishment Clause violation by a local public school and drafted a demand letter.

## AWARDS

**2008**  THE HUGH M HEFNER FREEDOM OF EXPRESSION AWARD
*First recipient of the Playboy Foundation's Freedom of Expression Award*
- Presented to individuals who have made significant contributions in the vital effort to protect and enhance First Amendment rights.
- "Designed to support the work of an exceptional person dedicated to protecting the First Amendment rights of all Americans." –Christie Hefner.

## SENATE TESTIMONY

**2003**  UNITED STATES SENATE FULL COMMITTEE HEARING
- Testified as the Director of Legal and Public Advocacy, Foundation for Individual Rights in Education.

**AMICUS BRIEFS**

2009    TRUTH, ET AL. V. KENT SCHOOL DISTRICT, 542 F. 3D 634 (9TH CIR. 2008)
- *Brief of* Amicus Curiae *Foundation for Individual Rights in Education in Support of Petitioners, petition for cert.*, No. 08-1130 (Apr. 29, 2009).

2007    DEJOHN V. TEMPLE, 537 F.3D 301 (3D CIR. PA 2008)
- *Brief of* Amicus Curiae *Foundation for Individual Rights in Education, et al. ,in support of Appellee*, No. 07-2220 (Sept. 7, 2007).

2005    HOSTY V. CARTER, 412 F.3D 731 (7TH CIR. 2005)
- *Brief of* Amicus Curiae *Foundation for Individual Rights in Education in Support of Petitioners, et al., petition for cert.*, No. 01-4155 (Oct. 19, 2005)

**PUBLICATIONS AND MEDIA APPEARANCES**

Greg has been quoted defending individual rights in more than 370 newspapers and publications across the nation with an aggregate print circulation of more than 44 million readers and an aggregate online circulation of more than 100 million. Major publications include *The New York Times*, *The Wall Street Journal*, *The Washington Post*, *Los Angeles Times*, *Chicago Tribune*, *The Denver Post*, *The Philadelphia Inquirer*, *The Seattle Times*, and dozens of articles distributed by the Associated Press.

Greg has also advocated for First Amendment rights on more than 130 radio and television shows. Notable television programs on which Greg has appeared include *CBS Evening News*, *Glenn Beck*, *The O'Reilly Factor*, *Hannity & Colmes*, *Buchanan & Press*, and *Scarborough Country*.

**BOOKS:**
- *FIRE's Guide to Free Speech on Campus* (2004) (coauthored with David French & Harvey Silverglate) (total distribution greater than 90 thousand).

**ARTICLES PUBLISHED IN TEXTBOOKS:**
- *Campus Hate Speech Codes Should Eliminated*, in CRITICAL THINKING AND LOGIC SKILLS FOR LIFE (McGraw-Hill Higher Education, in press).
- *Speech Codes: Alive and Well at Colleges*, in THE STUDENT WRITER: EDITOR AND CRITIC (7th ed., McGraw-Hill Higher Education 2008).
- *Campus Hate Speech Codes Should be Eliminated*, in CURRENT CONTROVERSIES: HATE CRIMES (Greenhaven Press 2007).
- *I Am For Free Speech-But Draw the Line at People Making Fun of Me*, in GENERATION MYSPACE: HELPING YOUR TEEN SURVIVE ONLINE ADOLESCENCE (Da Capo Press 2007).
- *Universities Should Encourage Open Debate*, in CURRENT CONTROVERSIES: CENSORSHIP (Greenhaven Press 2007).
- *Speech Codes: Alive and Well at Colleges*, in PATTERNS FOR A PURPOSE (4th ed., McGraw-Hill Higher Education 2003).

**JOURNALS AND NEWSPAPERS:**
- *The Court Got It Right*, INSIDE HIGHER ED., Aug. 18, 2008 (coauthored with William Creeley & Samantha Harris).
- *Campus Speech Codes: Absurd, Tenacious, and Everywhere*, NAT'L ASS'N OF SCHOLARS, May 23, 2008.
- *Fireproofing the Ivory Tower,*, L.A. TIMES, Apr. 18, 2008 (coauthored with Michael Shermer).
- *What should K-12 kids learn?*, L.A. TIMES, Apr. 17, 2008 (coauthored with Michael Shermer).
- *Teach the controversy?*, L.A. TIMES, Apr. 16, 2008 (coauthored with Michael Shermer).
- *A right to not be offended?*, L.A. TIMES, Apr. 15, 2008 (coauthored with Michael Shermer).
- *Marxist professors or sensitive students?*, L.A. TIMES, Apr. 14, 2008 (coauthored with Michael Shermer).
- *Returning fire from FIRE*, CHRON. OF HIGHER EDUC, May 7, 2007 (coauthored with Robert Shibley).
- *Social justice and political orthodoxy*, CHRON. OF HIGHER EDUC., Mar. 30, 2007.
- *Facing off over Facebook*, BOSTON PHOENIX, Feb. 21, 2007 (coauthored with William Creeley).
- *MSU pursues Orwellian thought reform*, DETROIT NEWS, Feb. 7, 2007.

- *Litmus lesson: Teachers College's political tests*, N.Y. POST, Oct. 12, 2006 (coauthored with Robert Shibley).
- *No free speech for SUNY profs?*, N.Y. POST, Aug. 1, 2006 (coauthored with Robert Shibley).
- *Harassment report flawed from get-go*, ARKANSAS DEMOCRAT-GAZETTE, Feb. 2, 2006
- *The Chill Is Nothing New*, THE CHRON. OF HIGHER EDUC., Sept. 9, 2005.
- *Wronging student rights*, BOSTON GLOBE, Sept. 3, 2005.
- *Playing a Dangerous Game*, INSIDE HIGHER ED, Sept. 2, 2005 (coauthored with Azhar Majeed).
- *Oxy President's Departure Doesn't Erase Speech Issue*, DAILY JOURNAL, July 6, 2005 (coauthored with Samantha Harris).
- *The 'No Viewpoint' Viewpoint*, INSIDE HIGHER ED, June 6, 2005.
- *'Lyle' Portends Life Without Freedom, 'Friends,' 'Seinfeld'*, DAILY JOURNAL, Mar. 10, 2005.
- *Defining Free Speech*, COLUMBIA SPECTATOR, Feb. 18, 2005
- *Protecting Free Speech Means Rising Above Professor's Words*, DAILY JOURNAL, Feb. 15, 2005.
- *No Jokes, Please: Demonize First, Ask Questions Later*, DAILY JOURNAL (Los Angeles & San Francisco), Nov. 24, 2004.
- *Fraternities Must Stand Up to Schools' Squelching Free Speech*, DAILY JOURNAL, Oct. 11, 2004 (coauthored with Matthew Vasconcellos).
- *Dark times for student rights*, NORTHERNER, Oct. 6, 2004 (coauthored with William Creeley).
- *Freedom of speech: RIC ends the inquisition, not the debate*, PROVIDENCE JOURNAL, Sept. 22, 2004.
- *Occidental College's Censorship of Radio Station Marks Abuse of Power*, Daily Journal, Sept. 22, 2004 (coauthored with William Creeley).
- *Practical Advice for Fraternities Caught in the Battle for Free Speech on Campus*, FRATERNAL LAW, Sept. 16, 2004 (coauthored with Matthew Vasconcellos).
- *The intimidating atmosphere for free speech on campus*, COLORADO DAILY, Feb. 19, 2004.
- *Universities become censorship zones*, DETROIT NEWS, Nov. 18, 2003.
- *The High Price of Campus Free Speech*, HOYA, Nov. 11, 2003.
- *Colleges assume unchecked power in sexual consent policies*, DAILY JOURNAL, June 21, 2006.
- *UNC-Chapel Hill Tries to Spin Away a Major Defeat*, DAILY JOURNAL, May 25, 2006 (coauthored with Samantha Harris).
- *FIRE Statement on Cartoons Depicting Mohammed*, DAILY JOURNAL, Feb. 22, 2006
- *Colleges Must Educate Students About Value of Free Speech*, DAILY JOURNAL, Dec. 29, 2004
- *Dark Times for Students at Occidental College*, CAMPUS CIRCLE, Dec. 27, 2004 (coauthored with William Creeley).
- *FIRE spokesman clarifies organization's position*, CRIMSON WHITE, Aug. 15, 2003
- *Speech Codes: Alive and Well at Colleges...*, CHRON. OF HIGHER EDUC., Aug. 1, 2003 (coauthored with Harvey Silverglate).
- *On Student Rights*, WASH. TIMES, Aug. 4, 2002.

SELECTED MEDIA APPEARANCES AND INTERVIEWS:

- Appearance on *The O'Reilly Factor* (FOX News television broadcast, 8 p.m. & 11 p.m. (ET), Nov. 5, 2007) (discussing FIRE's case at the University of Delaware).
- Appearance on *Hannity & Colmes* (FOX News television broadcast, 9 p.m. (ET), Nov. 1, 2007) (discussing FIRE's case at the University of Delaware).
- Appearance on *Glenn Beck* (CNN Headline News television broadcast, 7 p.m. (ET), Nov. 1, 2007) (discussing FIRE's case at the University of Delaware).
- Radio interview on *All Things Considered* (KQED, San Francisco, Calif., 9:15 a.m. (PT), Sept. 21, 2007) (discussing FIRE's fight for academic freedom).

APPEARANCES IN DOCUMENTARIES:

- THINK WHAT WE THINK...OR ELSE: THOUGHT CONTROL ON THE AMERICAN CAMPUS (Free to Choose Media 2009).
- POLITICAL CORRECTNESS VS. FREEDOM OF THOUGHT—THE KEITH JOHN SAMPSON STORY (Andrew Marcus 2008).
- FIRE IN ACTION: VALDOSTA STATE UNIVERSITY (Evan Coyne Maloney and Andrew Marcus 2008).

- FIRE ON CAMPUS: AN INTRODUCTION TO THE FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION (Evan Coyne Maloney & Andrew Marcus 2008).
- VOICES OF VISION: THE BATTLE CONTINUES (PBS 2008).
- MAKE NO LAW: PROTECTING INDIVIDUAL RIGHTS ON CAMPUS (PBS 2007).
- INDOCTRINATE U (Evan Coyne Maloney 2007)
- Brainwashing 101 (Evan Coyne Maloney and On The Fence Films 2004)

**SELECTED PRESENTATIONS:**

- Keynote Speech at the Virginia Association of Scholars (Apr. 18, 2009).
- From DeJohn to Notre Dame vs. The Klan: FIRE Presents Campus Rights 2008, Address at the Association of Student Judicial Affairs 2009 Annual Conference (Feb. 5-8, 2009).
- Panel on Residence Life, National Association of Scholars Conference (Jan. 9-11, 2009).
- The Constitutional Law of Academic Freedom, Presentation at The Frederic Ewen Academic Freedom Center (Nov. 13, 2008).
- Ideology and Organization: Promoting the Public Interest, Panel at Stanford Law School, Sponsored by the Stanford Law Review and the Stanford Center on Ethics (Mar. 14, 2008)..
- Of Verboten Jokes, 'Free Speech Gazebos,' and Terroristic Collages: The Threats to Free Speech on Campus, Speech at Stanford Law School, sponsored by the Stanford Law School Chapter of the Federalist Society and the Levin Center (Mar. 13, 2008).
- Civility and Community: Exploring the New Frontier, Keynote Speech at the Southern Association for College Student Affairs (Nov. 3, 2007).
- Political Correctness, Academic Speech, and Free Speech on Campus, Discussion at the University of Wisconsin-Madison Law School, Sponsored by the Federalist Society and the American Constitutional Society (Apr. 11, 2007).
- Free Speech on College Campuses, Speech at Columbia University (Feb. 20, 2007).
- Speech Codes on College Campuses, Panel Discussion at University of Chicago (Oct. 25, 2006).,
- How NCATE's Encouragement of the Use of "Dispositions" Results in Ideological Litmus Tests at Schools of Education, Testimony Before a Committee of the Federal Department of Education (June 5, 2006).
- Free Speech and the Danish Cartoons, Panel Discussion at New York University, Sponsored by the NYU Objectivist Club, the Ayn Rand Institute and FIRE (Mar. 29, 2006).
- Featured Speech At the National Association of Student Personnel Administrators Region II Conference (June 13, 2005).
- Administrators at Risk: A FIRE Seminar on Common Legal and Policy Misunderstandings, Presentation with David French (Feb. 10, 2005).

**BLOGS ON *THE HUFFINGTON POST*:**

- *MSU student cleared of charges, but overzealous spam ban remains* (Feb. 5, 2009).
- *Thirteen civil liberties organizations unite to fight Michigan State U on 'spam' conviction* (Dec. 19, 2008).
- *FIRE Co-founder Announces Candidacy for Harvard Board of Overseers* (Dec. 12, 2008).
- *It's raining spam at Michigan State U* (Dec. 8, 2008).
- *A Tale of Two Universities* (Oct. 31, 2008).
- *As election nears, censorship fever hits college campuses* (Oct. 17, 2008).
- *Maybe Harvard Thought It Was The 'Manifestly Illegal' Party?* (June 24, 2008).
- *California Über Alles?* (June 11, 2008).
- *Judging a book by its cover—literally* (May 2, 2008).
- *Dust-Up Round 3! Ben Stein's 'Expelled'* (Apr. 16, 2008).
- *Muzzle Tov to Brandeis and Valdosta State!* (Apr. 11, 2008).
- *'What Can The Virginia Tech Tragedy Do For Me?'* (Apr. 7, 2008).
- *Breaking news: Offensive and untrue material discovered on Internet!* (Mar. 31, 2008).
- *CSU and 'Conventions of Decency'* (Oct. 1, 2007).
- *Florida tasers away student rights* (Sept. 18, 2007).
- *College repeals "Hug at your own risk" rule* (Aug. 23, 2007).
- *Is Mayor Bloomberg OK with being duped by Tufts University?* (Aug. 2, 2007).
- *Ward Churchill fired: What's next?* (July 25, 2007).

- *'New York Times' disappoints* (June 29, 2007).
- *Open Letter to NYC Mayor Michael Bloomberg* (May 26, 2007).

CONTRIBUTIONS TO *THE TORCH*:
- *FIRE Co-founder Commends Virginia Tech President for Withdrawing Ideological Litmus Test* (Apr. 15, 2009).
- *FIRE's Adam Kissel Wins Education Writers Association Award* (Mar. 9, 2009).
- *Silverglate and Creeley on Brandeis Scandal in 'Minding the Campus'* (Feb. 10, 2009).
- *After 50 Years at the 'Voice', FIRE Salutes Nat Hentoff* (Jan. 8, 2009).
- *Welcome to FIRE's Ten-Year Anniversary Celebration!* (Jan. 5, 2009).
- *2008 Highlights: FIRE Places Full-Page Ad in 'U.S. News & World Report' Calling Out 'Red Alert' Schools* (Dec. 31, 2008).
- *'Something to be proud of' at Instapundit* (Dec. 16, 2008).
- *FIRE Debated at the 'Chronicle' Blog* (Dec. 15, 2008).
- *FIRE Co-founder Announces Candidacy for Harvard Board of Overseers* (Dec. 12, 2008).
- *The Skeletons in MSU's Closet: Thought Reform at Michigan State* (Dec. 12, 2008).
- *Anne Neal in 'The New Republic' on UNL and Bill Ayers* (Dec. 9, 2008).
- *What I Have To Be Thankful for This Thanksgiving* (Nov. 26, 2008).
- *FIRE to Next President of the United States: End Speech Codes and Defend Free Speech on Campus* (Nov. 4, 2008).
- *Comment Period on Tufts Freedom of Expression Policy Comes to a Close* (Oct. 20, 2008).
- *Special Announcement: What I Plan to Do with the Freedom of Expression Prize* (Oct. 1, 2008).
- *On the Ground at Metropolitan State College* (Sept. 19, 2008).
- *FIRE Welcomes Brandon Stewart* (June 16, 2008).
- *Alan Charles Kors: 'On the sadness of higher education' in 'The New Criterion'* (May 6, 2008).
- *Julian Sanchez Hits the Nail on the Head: Why Shouting Down an Anti-Gay Speaker at Smith College Isn't Something to Be Proud Of* (May 2, 2008).
- *FIRE Co-Founder Alan Charles Kors to Receive Bradley Prize for Defense of Free Speech* (Apr. 24, 2008).
- *'LA Times' Dust-Up Continues! Me vs. Michael Shermer on the Freedom From Being Offended and Ben Stein's 'Expelled'* (Apr. 17, 2008).
- *Reason's Hit & Run on LSSU* (Apr. 10, 2008).
- *Wikipedia and Mud-Slinging* (Mar. 24, 2008).
- *Delaware News Journal Calls for Total Repudiation of University of Delaware's Thought Reform Program* (Mar. 24, 2008).
- *See Video of FIRE's Case at Le Moyne College* (Mar. 20, 2008).
- *The Case of Donald Hindley: Eerily Familiar, Inexcusably Handled* (Feb. 1, 2008).
- *FIRE Speaks About Brandeis on WBZ Radio Tonight* (Jan. 25, 2008).
- *Op Ed by FIRE VP in 'The Providence Journal'* (Jan. 21, 2008).
- *UW–Madison Professor Asks American Physical Society to Come to the Aid of Jun Xiao* (Jan. 9, 2008).
- *Tufts University: So Close, But Yet So Far* (Dec. 27, 2007).
- *'Teaching Students to Watch What They Say'* (Dec. 12, 2007).
- *'USA Today' Education Reporter Launches Higher Ed Blog: Penn State and FIRE Are Hot Topics* (Dec. 11, 2007).
- *Dartmouth Trustee in Hot Water over Critical Speech* (Dec. 11, 2007).
- *John Leo and Don Downs on the University of Delaware Case* (Nov. 27, 2007).
- *Taking My Licks at the University of Delaware* (Nov. 20, 2007).
- *Start Spreading the News! FIRE to Open N.Y. Satellite Office in 2008* (Nov. 19, 2007).
- *'Thou Shalt Be Civil, Or Else....'* (Nov. 12, 2007).
- *John Leo: 'Brainwashing 101'* (Nov. 7, 2007).
- *Health Care Renewal Blog on U. of Delaware's Thought Reform Program* (Nov. 5, 2007).
- *Anonymous Tips for 'Bias' at William and Mary? Yikes.* (Nov. 2, 2007).
- *Expelled From College for Eco-Collage* (Oct. 31, 2007).
- *Mike Adams on University of Delaware* (Oct. 31, 2007).
- *The Media Has Never Understood the Oxy Case* (Oct. 22, 2007).
- *Captain David French Heads to Iraq* (Oct. 16, 2007).

- *Widgetmania!* (Oct. 12, 2007).
- *Wendy Kaminer on Hamline Case* (Oct. 11, 2007).
- *Professor, Examine Thyself* (Oct. 8, 2007).
- *Free Speech on Trial Today in Colorado!* (Oct. 4, 2007).
- *Of Rude Words and Asterisks* (Oct. 4, 2007).
- *'Free Speech and Double Standards'* (Oct. 3, 2007).
- *Different Angles on the UF Tasering* (Sept. 18, 2007).
- *Student Tasered at Florida Kerry Speech* (Sept. 18, 2007).
- *Erwin Chemerinsky and the Danger of the Partisan Dance* (Sept. 14, 2007).
- *Harvey Silverglate on Campus Isolation: 'Tear Down this Wall'* (Sept. 13, 2007).
- *Campus Speech Codes Reach Pythonian Levels of Absurdity* (Sept. 12, 2007).
- *The Dark Truth About T.J. Rodgers, Revealed!* (Sept. 4, 2007).
- *'Mr. Rodgers Goes to Dartmouth' on OpinionJournal* (Sept. 2, 2007).
- *Victory at Gettysburg College on The Huffington Post* (Aug. 23, 2007).
- *FIRE Co-Founder on Ward Churchill's Firing* (July 30, 2007).
- *Student Arrested for Hate Crimes after Allegedly Flushing Koran* (July 30, 2007).
- *Ward Churchill Fired: What's Next?* (July 25, 2007).
- *'Facing Pressure From Colleges, Senate Majority Leader Withdraws Original Amendment on File Sharing'* (July 24, 2007).
- *Morse's Impact on Higher Education* (July 2, 2007).
- *The Missing Word in the 'Morse v. Frederick' Opinion* (June 29, 2007).
- *'New York Times' Disappoints* (June 27, 2007).
- *John Leo's 2007 Sheldon Awards: Tufts Leads the Pack* (June 25, 2007).
- *Evan Maloney on 'Indoctrinate U' and FIRE* (June 5, 2007).
- *'Garcetti' Having Palpable Effect on Public-Employee Speech* (May 31, 2007).
- *Mark Goodman to Step Down from the Student Press Law Center* (May 22, 2007).
- *Gould's Counter-Counterpoint* (May 18, 2007).
- *Full Text of Donald Downs' Letter to 'The Chronicle of Higher Education' about FIRE* (May 18, 2007).
- *Factual Statements=Unprotected Harassment!? A Terrifying Precedent at Tufts* (May 11, 2007).
- *FIRE 'Increasingly Ideological'?* (Apr. 26, 2007).
- *FIRE on the Virginia Tech Massacre* (Apr. 17, 2007).
- *Stanford Bans Public from 'Controversial' Event* (Apr. 13, 2007).
- *Michigan State University Alum Responds to 'Detroit News' Article on Thought Reform* (Feb. 20, 2007).
- *Facebook and the Campus Communication Explosion* (Jan. 12, 2007).
- *FIRE Intern from Drexel Reflects on the University's Speech Code* (Jan. 8, 2007).
- *Emmett Hogan on 2006: The More Things Change...?* (Jan. 5, 2007).
- *'Orwellian dystopia at Michigan State'* (Dec. 19, 2006).
- *Mike Adams on Justin Park and Johns Hopkins* (Dec. 15, 2006).
- *David French on Thought Reform at Michigan State* (Dec. 15, 2006).
- *Thought Reform and Compelled Speech at Michigan State* (Dec. 14, 2006).
- *Campus Speech Codes: Not a Thing of the Past* (Dec. 6, 2006).
- *At Columbia Teachers College, a Serious Problem with an Easy Solution* (Oct. 16, 2006).
- *'Ned Flanders, Marty McFly unwelcome at Drexel University'* (Oct. 9, 2006).
- *David French on Mike Adams* (Sept. 19, 2006).
- *Boston College Administrator Destroys Thousands of Copies of Student Paper over Article* (Sept. 18, 2006).
- *Mike Adams Denied Promotion at UNC-Wilmington* (Sept. 15, 2006).
- *The Response to Ratener and the 'Racist' Math Problem* (Sept. 14, 2006).
- *This Month in FIRE History: 'Education Programs May Have a 'Disposition' for Censorship* (Sept. 12, 2006).
- *The 'Chronicle' on Academic Freedom Five Years After 9/11* (Sept. 11, 2006).
- *David French on Why He Joined Up* (Sept. 11, 2006).
- *(Re)Introducing Will Creeley* (Sept. 8, 2006).
- *'Occidental Offenses' at National Review Online* (Sept. 5, 2006).
- *Mike Adams Calls for SUNY Fredonia President to be Fired* (Sept. 5, 2006).
- *A Victory for the Most Basic of Rights at SUNY Fredonia* (Aug. 14, 2006).

- *'Verbal Violence': The New Sticks and Stones of Professors?* (Aug. 4, 2006).
- *Introducing Emily Guidry* (Aug. 1, 2006).
- *'When the censor within reaches out, watch out'* (July 31, 2006).
- *Introducing Luke Sheahan* (July 28, 2006).
- *SUNY Punishes Professor Flatly Because of His Protected Speech* (July 24, 2006).
- *Understanding the SIU Decision* (July 17, 2006).
- *Crucial Victory for Freedom of Religion and Association at Southern Illinois University* (July 11, 2006).
- *Everyone Is a Criminal at Gettysburg College* (July 7, 2006).
- *Professor Under Review for Saying 9/11 Might Be an 'Inside Job'* (July 6, 2006).
- *Chalk One Up for the Little Guy* (July 3, 2006).
- *'What Difference Can My Measly $18 Million Make?'* (June 30, 2006).
- *Ward Churchill to Be Fired* (June 27, 2006).
- *Flag Desecration Amendment Within One Vote of Passing* (June 26, 2006).
- *Petition for Klocek* (June 22, 2006).
- *Johns Hopkins: Harassment Investigation of Students for Newspaper Must Be Dismissed* (June 14, 2006).
- *'The Hug Police Invade Higher Education'* (June 12, 2006).
- *KC Johnson on NCATE's Reversal* (June 9, 2006).
- *Wisconsin Listeners, Tune In!* (June 7, 2006).
- *More on MySpace and Facebook* (May 31, 2006).
- *'I Am All for Free Speech—But I Draw the Line at People Making Fun of Me!'* (May 30, 2006).
- *This Month in FIRE History: Victory at Cal Poly* (May 26, 2006).
- *Spending Your Alumni Money Wisely* (May 24, 2006).
- *Cathy Young in 'The Boston Globe' on Gettysburg College* (May 22, 2006).
- *'UNC Chapel Hill Tries to Spin Away a Major Defeat'* (May 18, 2006).
- *A Striking Point About Gettysburg's Sexual Misconduct Policy* (May 15, 2006).
- *Gettysburg College in 'The Philadelphia Inquirer'* (May 12, 2006).
- *Hide Your Children: FIRE's Granddaddy of Offensive Cartoons!* (May 8, 2006).
- *Laughable Spin at UNC* (May 5, 2006).
- *All Salute First Lieutenant French!* (Apr. 27, 2006).
- *FIRE Asks NYU to Repudiate Its Censorship of the Mohammed Cartoons* (Apr. 18, 2006).
- *Vigilante Censorship Alive and Well in Kentucky* (Apr. 14, 2006).
- *Today in FIRE History: A New Strategy of 'Guides' to Student Rights on Campus* (Apr. 11, 2006).
- *Eugene Volokh on NYU and the Cartoon Shame* (Apr. 4, 2006).
- *'The Image of Hypocrisy'* (Mar. 31, 2006).
- *Possibly the Most Newsworthy Cartoons in History* (Mar. 17, 2006).
- *'Inside Higher Ed' on 'Hosty v. Carter'* (Feb. 22, 2006).
- *Larry Summers Announces His Resignation from Harvard* (Feb. 21, 2006).
- *Supreme Court Denies Appeal in 'Hosty v. Carter'* (Feb. 21, 2006).
- *ACLU of Massachusetts Statement on the 'Mohammed Cartoons'* (Feb. 20, 2006).
- *'Sexual Harassment Policies Need Reform'* (Feb. 15, 2006).
- *'When Sexual Harassment Is a Joke'* (Jan. 31, 2006).
- *'Badger Herald' Gets It Right* (Jan. 20, 2006).
- *UNC Greensboro Caves on 'Speech Zone' Punishment* (Jan. 17, 2006).
- *Authors Urge the American Historical Association to Join the Battle Against Speech Codes* (Dec. 28, 2005).
- *Daphne Patai on 'Dispositions'* (Dec. 20, 2005).
- *Staying Focused in the Penn Case* (Dec. 2, 2005).
- *Phi Beta Kappa Responds* (Nov. 30, 2005).
- *Supreme Court Extends Deadline in 'Hosty v. Carter' Case* (Nov. 29, 2005).
- *Free Speech at Stake at Warren County Community College* (Nov. 22, 2005).
- *Encouraging News in 'Hosty v. Carter'* (Nov. 2, 2005).
- *Speech Code Lawsuit V: The Censoring* (Oct. 31, 2005).
- *This Month in FIRE History: FIRE Issues Statement Regarding Censorship of 'Partisan' Speech on Campus* (Oct. 26, 2005).
- *McMasters on the Free Speech Controversy at George Mason University* (Oct. 24, 2005).

- *SPLC and Dozens of Other Groups File Two More Amicus Briefs Opposing 'Hosty v. Carter'* (Oct. 21, 2005).
- *Art and the Myth of the 'Right Not to Be Offended'* (Oct. 21, 2005).
- *Police State U* (Oct. 18, 2005).
- *Ladner 'Is Terminated as President' of American University* (Oct. 11, 2005).
- *This Month in FIRE History: Victory at RIC, Part 1* (Sept. 13, 2005).
- *Grover Furr Ignores Facts, Again* (Sept. 9, 2005).
- *'Hosty' Opinion Criticized in the 'Village Voice'* (Aug. 3, 2005).
- *Remembering the Principles at Stake in the Jihad Daniel Case* (Aug. 3, 2005).
- *'On Campus, Only Some Free Speech Protected'* (July 27, 2005).
- *Oxy Asks California Court to Render the Leonard Law Powerless in Serious Cases of Censorship* (July 26, 2005).
- *'Don't Amend the Bill of Rights!'* (July 19, 2005).
- *'Pity the Lion'* (July 19, 2005).
- *Burning Convictions* (July 19, 2005).
- *'Oxy President's Departure Doesn't Erase Speech Issue'* (July 13, 2005).
- *Do We Still Consider College Students Adults?* (July 7, 2005).
- *University of New Hampshire Gets an Honor (One It Didn't Want)* (July 1, 2005).
- *This Month in FIRE History: 'FIRE Joins Amicus Letter to California Supreme Court'* (June 29, 2005).
- *SPLC: 'Student Media Experts React to Governors State University Ruling'* (June 24, 2005).
- *ACE's 'Statement on Academic Rights and Responsibilities'* (June 23, 2005).
- *Greg Speaks in Buffalo: You Can Follow Along at Home!* (June 13, 2005).
- *Occidental College President Steps Down* (June 9, 2005).
- *Dismal Prognosis for Free Speech* (June 8, 2005).
- *Occidental College's Ongoing Shame: Part 10* (June 6, 2005).
- *This Month in FIRE History: 'Citrus College Speech Code Falls'* (June 2, 2005).
- *Foggy Thinking about 'Discrimination' at UNC* (May 31, 2005).
- *Silverglate in Sunday's 'Boston Globe'* (May 31, 2005).
- *State Schools Cannot Force Students to Apologize* (May 27, 2005).
- *When Did Impoliteness Become Unprotected Harassment?* (May 27, 2005).
- *Occidental College's Ongoing Shame: Part 9* (May 24, 2005).
- *Why Ohio University Is a 'Red Light' School* (May 24, 2005).
- *'Disposition for Bias'* (May 23, 2005).
- *George F. Will: 'The Oddness Of Everything'* (May 18, 2005).
- *'Red Light, Green* Light'* (May 16, 2005).
- *Boy in a Prom Dress Highlights New Trend in Censorship* (May 12, 2005).
- *Princeton Victory Covered by AP* (May 12, 2005).
- *Episode One: The Phantom Blogger* (May 11, 2005).
- *Silverglate Interview in 'Princeton Alumni Weekly'* (May 11, 2005).
- *Dartmouth's Student Newspaper Covers College's 'Green Light'* (May 10, 2005).
- *This Month in FIRE History: Victory at Cal Poly* (May 9, 2005).
- *'Consulting All Sides on 'Speech Codes''* (May 6, 2005).
- *This Month in FIRE History: Victory at U Miami* (May 4, 2005).
- *'Feeling the Chill'* (May 3, 2005).
- *Occidental College's Ongoing Shame: Part 8* (Apr. 29, 2005).
- *The Dangers of Never Being Offended* (Apr. 27, 2005).
- *Real-Life Satire at Southern Connecticut State University* (Apr. 26, 2005).
- *Nat Hentoff on 'McCarthyism'* (Apr. 26, 2005).
- *Columbia President Recommends a 'Scholarly Temperament'* (Apr. 25, 2005).
- *'Who's Undermining Free Speech on Campus Now?'* (Apr. 20, 2005).
- *FIRE on 'Watch Dog Watch'* (Apr. 19, 2005).
- *'Baking With Fire'* (Apr. 18, 2005).
- *Phony Papers vs. Joking Posters* (Apr. 15, 2005).
- *The Remedy for Bad Speech Is...* (Apr. 15, 2005).
- *The Student Press Law Center Covers the Oxy Case* (Apr. 7, 2005).
- *Professor Ross Takes NEIU to Task on Censorship* (Apr. 6, 2005).

- *Krugman on Political Bias in the Academy* (Apr. 5, 2005).
- *Dreams of an 'Apolitical' Classroom* (Apr. 4, 2005).
- *Grassroots Censorship at Loyola Marymount* (Apr. 4, 2005).
- *Le Moyne, Occidental, UNLV Top the List in the '2005 Campus Outrage Awards'* (Apr. 1, 2005).
- *K. C. Johnson Discusses FIRE and the Ward Churchill Affair* (Mar. 31, 2005).
- *Columbia Releases Report on Recent Controversy over Free Speech, Bias, and Academic Freedom* (Mar. 31, 2005).
- *Don Downs: 'Free Speech on Campus: Under Attack from Both Directions?'* (Mar. 29, 2005).
- *Occidental College's Ongoing Shame: Part 7* (Mar. 29, 2005).
- *Colorado Announces Results of Churchill Investigation* (Mar. 25, 2005).
- *The Reciprocity of Teaching* (Mar. 24, 2005).
- *The Latest on Summers: Students (Just Barely) Reject Their Own No-Confidence Vote* (Mar. 24, 2005).
- *Occidental College's Ongoing Shame: Part 6* (Mar. 18, 2005).
- *Student Files Multi-Million Dollar Lawsuit Against Occidental College After College Censored Speech and Dissolved Student Government* (Mar. 15, 2005).
- *Occidental College's Ongoing Shame: Part 5* (Mar. 11, 2005).
- *ACLU Vice President Dismisses Occidental College's Claim that Its Censorship Was Consistent with ACLU Policies* (Mar. 11, 2005).
- *Occidental College's Ongoing Shame: Part 4* (Mar. 11, 2005).
- *Harvey Silverglate in the 'Boston Phoenix': 'UMass Amherst parodies itself'* (Mar. 10, 2005).
- *Occidental College's Ongoing Shame: Part 3* (Mar. 9, 2005).
- *What Is Up with North Carolina?* (Mar. 8, 2005).
- *University of Colorado President Resigns* (Mar. 7, 2005).
- *Insults and the Constitution* (Mar. 7, 2005).
- *Tolerance Is Not a One-Way Street* (Mar. 4, 2005).
- *Occidental College's Ongoing Shame: Part 2* (Mar. 4, 2005).
- *FIRE Has Never Been 'Sheepish' on the Danger of Confusing Free Speech with Indoctrination* (Mar. 2, 2005).
- *Occidental College's Ongoing Shame: Part 1* (Mar. 1, 2005).
- *Bigger in Texas?* (Feb. 22, 2005).
- *Academic Freedom at Southern Utah University* (Feb. 21, 2005).
- *More on 'Soft' Violations of Conscience* (Feb. 21, 2005).
- *Feeling 'Intimidated' Does Not Equal 'Intimidation': FIRE in the 'Columbia Spectator'* (Feb. 18, 2005).
- *This Month in FIRE History: FIRE Declares Free Speech Should Not Be Quarantined to Tiny 'Free Speech Zones'* (Feb. 17, 2005).
- *Le Moyne College Dismisses a Student—and Free Speech* (Feb. 15, 2005).
- *California's 'Daily Journal' Runs FIRE's Letter on Churchill* (Feb. 15, 2005).
- *UC Santa Barbara's Unlikely Claims* (Feb. 8, 2005).
- *Not to Mention...* (Feb. 4, 2005).
- *Say It Ain't So!* (Jan. 27, 2005).