IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| THOMAS HAYDEN BARNES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| -vs- | * | |
| | * | Case No. 1:08-cv-00077-CAP |
| RONALD M. ZACCARI, *et al.*, | * | |
| | * | |
| Defendants. | * | |

**NOTICE OF FILING OF EVIDENCE OF FEES AND EXPENSES
RELATED TO PLAINTIFF'S MOTION TO COMPEL
AND REQUEST FOR SANCTIONS**

COME NOW, Plaintiff Thomas Hayden Barnes, pursuant to this Court's June 4, 2009 Order [Doc. 87] hereby provides evidence of attorney's fees and costs incurred in bringing *Plaintiff's Motion to Compel and Request for Sanctions* [Doc. 78] in the referenced case as follows:

1.

Plaintiff submits the Affidavit of Robert Corn-Revere, lead counsel in the referenced case. The Corn-Revere Affidavit includes a description of the attorneys included in the fee request and of the time and expenses reasonably billed in the above-referenced matter. The Corn-Revere Affidavit is also accompanied with a biography for each attorney who provided legal services in connection with

bringing the Plaintiff's Motion to Compel and Request for Sanctions [Doc. 78] on May 8, 2009 and the Notice of Filing Proposed Order [Doc. 86] on June 2, 2009.

2.

In total, the Plaintiff incurred $6,324.50 in bringing the motion to compel and related filing. Detailed attorney fee invoices are attached as Attachments 6 and 7 to the Corn-Revere Affidavit.

Dated September 3, 2009.

Respectfully submitted,

*/s/ Robert Corn-Revere*
Robert Corn-Revere
Christopher A. Fedeli
Erin N. Reid
Lisa Zycherman
Admitted *Pro Hac Vice*
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006
202-973-4200; Email: bobcornrevere@dwt.com

*/s/ Cary Stephen Wiggins*
Cary Stephen Wiggins
Georgia Bar No. 757657
Irma Espino
Georgia Bar No. 558220
Wiggins Law Group
260 Peachtree Street, NW, Suite 401
Atlanta, GA 30303
404-659-2880; Email: cary@wigginslawgroup.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE AND COMPLIANCE**

I hereby certify that on September 3, 2009, I served the foregoing to all counsel of record. I also certify, pursuant to Local Rule 7.1(D), that this document has been prepared in Times New Roman 14-point font.

          */s/ Robert Corn-Revere*
Robert Corn-Revere
Admitted *Pro Hac Vice*
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006
202-973-4200
Email: bobcornrevere@dwt.com

Attorney for Plaintiff