IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THOMAS HAYDEN BARNES, | * |
| Plaintiff, | * |
| -vs- | * |
| | * Case No. 1:08-cv-00077-CAP |
| RONALD M. ZACCARI, *et al.*, | * |
| Defendants. | * |

**AFFIDAVIT OF ROBERT CORN-REVERE SETTING FORTH
AMOUNT OF FEES AND EXPENSES RELATED TO
PLAINTIFF'S FILING OF HIS MOTION TO COMPEL**

I, Robert Corn-Revere, declare as follows:

1. I am a partner in the Washington D.C. office of the law firm Davis Wright Tremaine LLP ("DWT"). Since November 2007, DWT has assisted in the representation of plaintiff Thomas Hayden Barnes ("Barnes"). At this firm I was the partner in charge of supervising the litigation effort. DWT engaged in this representation on a pro bono basis.

2. On June 4, 2009, the Court granted Barnes' Motion to Compel, and awarded attorneys fees and expenses related to the filing of the motion to compel. [Doc. 87] Counsel for Barnes was directed to submit this affidavit setting forth the amount of fees and expenses involved. Id.

**Attorneys Included in the Fee Request**

3. The instant Affidavit relating to attorney's fees requests payment for services rendered by three attorneys from DWT and two attorneys from Wiggins Law Group. The DWT personnel include Robert Corn-Revere, Christopher Fedeli and Erin Reid. The Wiggins Law

1

Group personnel include Cary S. Wiggins and Irma Espino. Charges for other attorneys or legal assistants who provided incidental assistance in drafting the Motion to Compel are not included in this request.

4. Robert Corn-Revere, Partner, DWT. I am an experienced First Amendment specialist who has argued numerous cases in various U.S. District Courts, Circuit Courts of Appeals, and the United States Supreme Court. I have been a member of the District of Columbia Bar since 1983, and formerly served as Chief Counsel to Chairman James H. Quello of the Federal Communications Commission. I have written extensively on First Amendment, Internet and communications-related issues and have provided expert testimony before numerous congressional committees and the FCC. I am co-author of the three-volume treatise MODERN COMMUNICATIONS LAW, published by West Publishing Company, and am a member of the Editorial Advisory Board of Pike & Fischer's INTERNET LAW & REGULATION. From 1987 to 2001, I taught at the Communications Law Institute of the Columbus School of Law at Catholic University of America. I am a member and former chairman of the Media Institute's First Amendment Advisory Council, currently am an Adjunct Scholar to the Cato Institute in Washington D.C., and am an officer of the First Amendment Lawyers Association. From 2000 to 2002, I served on the Board of Trustees of the Freedom to Read Foundation, an affiliate of the American Library Association. My DWT web biography is annexed as Attachment 1.

5. Christopher A. Fedeli, Associate, DWT. Mr. Fedeli received a B.A. from the University of Pittsburgh in 1996, graduating *magna cum laude*. He received a J.D. from Georgetown University Law Center in 1999. Mr. Fedeli is admitted to the bars of the State of Maryland and Washington DC, to the U.S. District Court for the District of Columbia, and to the US Court of Appeals for the District of Columbia. Mr. Fedeli has been practicing communications law since 2001. His DWT web biography is annexed as Attachment 2.

6. <u>Erin N. Reid, Associate, DWT</u>. Ms. Reid received a B.A. from Duke University in 2002 where she was a Reginaldo Howard Memorial Scholar. She received a J.D. from Columbia Law School in 2007, where she was Managing Editor of the Columbia Journal of Law and the Arts. Ms. Reid is a member of the bar of the State of New York. She has been an associate at Davis Wright Tremaine LLP since September of 2008. Her DWT web biography is annexed as Attachment 3.

7. <u>Cary S. Wiggins. The Wiggins Law Group (Local Counsel)</u>. Mr. Wiggins is an AV-rated attorney specializing in civil-rights matters. He graduated with a B.S. degree in Business Administration (Finance) from the University of Florida in 1993. In 1997, Cary earned his J.D. degree from the Mississippi College School of Law. Cary completed law school at Georgia State University in Atlanta. Mr. Wiggins is a member of the First Amendment Lawyers Association, a not-for-profit association whose membership includes some of the most prominent First Amendment attorneys in the United States. Mr. Wiggins serves as a Chair of the Beverage Alcohol Practice Committee, a Section of the American Bar Association's Administrative Law Section, Mr. Wiggins has been a contributing writer to the ABA's Developments in Administrative Law and Regulatory Practice for the past few years. Mr. Wiggins is also a contributing essayist to the Encyclopedia of the First Amendment. Mr. Wiggins is admitted to practice law in all Georgia Courts (trial and appellate) and in the United States Court of Appeals for the Eleventh Circuit; the District Courts for the Northern and Middle Districts of Georgia and the Northern District of Florida. His attorney web profile is annexed as Attachment 4.

8. <u>Irma Espino. The Wiggins Law Group (Local Counsel)</u>. Ms. Espino received her B.A. from the University of Texas at Austin in 2002 where she was a Bill Archer Fellow. She received her J.D. from the University of Miami School of Law in 2007. During law school she was a member of the Business Law Review and received honors in the Litigation Skills/Trial

Advocacy Program. She has been a contributing writer to "Developments in Administrative Law and Regulatory Practice," American Bar Association (2007-2008). Ms. Espino is admitted to practice law in all Georgia Courts (trial and appellate) and in the United States Court of Appeals for the Eleventh Circuit, as well as the District Court for the Northern District of Georgia. Her attorney web profile is annexed as Attachment 5.

## Time Reasonably Billed to the Case

9. Attorneys at DWT have devoted 15.25 hours researching and drafting the Motion to Compel for which fees and expenses are sought as directed by the Court's June 4, 2009 Order.

10. Between April 20, 2009 and June 2, 2009, DWT attorneys Robert Corn-Revere, Christopher Fedeli and Erin Reid billed 15.25 hours, for which reimbursement is sought in the instant affidavit. The amount of time for which reimbursement is sought was reduced from the total number of hours worked in the exercise of billing judgment. Additionally, although additional DWT personnel worked on the case, that time has not been included in this fee request as an exercise in billing judgment.

11. The time detail records of DWT attorneys are annexed hereto as Attachment 6, in the form of an invoice. As a standard business practice, DWT attorneys keep daily time diaries that are entered in the firm's billing system as computerized records ("*pro forma* statements"). These *pro forma* statements list the date service was rendered, the timekeeper number, the attorney's name, the amount of time billed in $1/10^{th}$-hour increments, the amount to be billed based on historic billing rates, a brief description of service rendered, and other administrative information. In a standard billing arrangement, the *pro forma* statements are used as the raw data from which final bills are generated. The responsible attorney for a given client typically reviews the *pro forma* and exercises billing judgment before sending out a final bill to exclude time incorrectly billed or to modify the amounts to eliminate unproductive or inefficient efforts.

4

The attached final bill that is normally sent to a client, and does not show the entries that are deleted during the *pro forma* review process but instead includes an invoice that shows the billing detail for the amounts actually charged. A total of $5,734.50 is being sought for fees for DWT.

12. Attorneys at Wiggins Law Group have devoted 4.0 hours assisting with the Motion to Compel for which fees and expenses are sought as directed by the Court's June 4, 2009 Order.

13. Between April 17, 2009 and June 2, 2009, Wiggins Law Group attorneys Cary Wiggins and Irma Espino billed 4.0 hours, for which reimbursement is sought in the instant affidavit. A total of $590.00 is being sought for fees for Wiggins Law Group.

14. The time detail records of Wiggins Law Group attorneys are annexed hereto as Attachment 7, in the form of an invoice.

### Costs and Expenses Reasonably Incurred in the Case

15. Neither DWT nor Wiggins Law Group is seeking reimbursement for costs.

### Billing Rates

16. The attorney billing rates charged on the statements reflect the historic hourly rates billed to clients.

17. The current billing rates for the attorneys and legal professionals included in the instant fee petition are as follows: Robert Corn-Revere ($550); Christopher Fedeli ($390); Erin Reid ($250); Cary Wiggins ($250); and Irma Espino ($125).

I declare under penalty of perjury that the foregoing is true and correct.

Executed:   Washington, D.C.
            September 3, 2009

_____
Robert Corn-Revere