**ATTACHMENT 1**



## Robert (Bob) Corn-Revere

Bob Corn-Revere has extensive experience in First Amendment law and communications, media and information technology law. He regularly counsels clients and serves as litigation counsel in communications and Internet-related matters. Bob speaks and writes extensively on First Amendment and communications policy issues.

Bob also successfully petitioned Governor George E. Pataki to grant the first posthumous pardon in New York history, to the late comedian Lenny Bruce in a landmark pro bono case.

Bob's clients include: A&E Television Networks, American Association of Advertising Agencies, Association of National Advertisers, Black Entertainment Television, CBS, Enigma Software Group, ICM Registry, Motion Picture Association of America, National Association of Broadcasters, Nickelodeon, Playboy Enterprises and Viacom.

### Selected Experience

**CBS Corp. v. FCC**
CBS Corp.
2008
Represented CBS in a case challenging the FCC's indecency finding and $550,000 forfeiture penalty levied against CBS for the 2004 Super Bowl halftime show featuring Janet Jackson and Justin Timberlake.

---

**Fox Television Stations and CBS Broadcasting Inc. v. FCC**
CBS Television Network
2008
Represented CBS Television Network in *Fox Television Stations, Inc. v. FCC* before the 2nd Circuit and the Supreme Court in a challenge to the FCC's application of broadcast indecency rules to "fleeting expletives."

---

**Huminski v. Corsones**
Huminski
2006
Pro bono counsel for plaintiff/appellant in case holding, for first time by any court, that individual members of public and press have First Amendment right to attend court proceedings.

---

**Mainstream Marketing Services, Inc. v. FTC**
Mainstream Marketing Services
2004
Lead counsel in litigation challenging the constitutionality of the national "do-not-call" telemarketing regulation.

---

**Motion Picture Association of America v. FCC**
Motion Picture Association of America
2002
Represented the Motion Picture Association of America, the National



**Robert (Bob) Corn-Revere**

*Partner*
bobcornrevere@dwt.com
202.973.4225 direct
202.973.4499 fax

Suite 200
1919 Pennsylvania Avenue NW
Washington, D.C. 20006-3402

**Related Practices**

Media & First Amendment

Privacy & Security

Communications Regulatory

Government Regulation of Content

Advertising, Marketing & Promotions

Commercial Speech & Advertising

**Related Industries**

Communications, Media & Technology

Cable

Publishing

Radio & Television Broadcast

Television Programming & Production

Games

**Davis Wright Tremaine** LLP

**Robert (Bob) Corn-Revere**
Partner
202.973.4225
bobcornrevere@dwt.com

Association of Broadcasters, and the National Cable & Telecommunications Association in successful challenge to FCC rules imposing mandates for video description of television programming.

**Mainstream Loudoun v. Board of Trustees of the Loudoun County Public Library**
1998
Lead counsel in which the U.S. District Court for the Eastern District of Virginia held that mandatory content filtering of public library Internet terminals violates the First Amendment.

**ABC, Inc. v. FCC**
ABC
Counsel for intervenor CBS, Inc., in challenge to FCC indecency finding against "NYPD Blue."

**United States v. Playboy Entertainment Group, Inc.**
Playboy Entertainment Group, Inc.
Represented Playboy Entertainment Group in a successful challenge to a provision of the Telecommunications Act of 1996 that restricted Playboy Television. This case established that cable television networks are fully protected by the First Amendment.

**Additional Qualifications**

- Partner, Hogan & Hartson LLP
- Chief of Counsel to Chairman James H. Quello, Federal Communications Commission
- Associate, Hogan & Hartson, Washington, D.C.
- Associate, Steptoe & Johnson LLP, Washington, D.C.
- Adjunct Professor, Columbus School of Law, Catholic University of America, Washington, D.C., 1987-2001

**Presentations**

"Mission Impossible? Protecting Kids and Free Speech Online," Family Online Safety Institute's 2008 Annual Conference (video)

FIRE in Action: Valdosta State University, 03.03.08

Testimony, Hearings on FCC Enforcement of the Broadcast Indecency Standard, Subcommittee on Telecommunications and the Internet of the Committee on Energy and Commerce, 01.28.04

Hearings on The Public Interest Obligations of Local Broadcast Licensees, Senate Committee on Commerce, Science and Transportation, 07.23.03

Hearings on Children's Television Programming and Public Interest Obligations of TV Broadcast Licensees, Federal Communications Commission, 10.16.00



**Robert (Bob) Corn-Revere**
Partner
202.973.4225
bobcornrevere@dwt.com

Hearings on Carnivore and the Internet, Subcommittee on the Constitution of the Committee on the Judiciary United States House of Representatives, 07.24.00

Hearings Before the Children's Online Protection Act (COPA) Commission, Legal and Policy Implications of "Cyberzoning", 06.08.00

Hearing on the Fourth Amendment and the Internet, Subcommittee on the Constitution of the Committee on the Judiciary United States House of Representatives, 03.06.00

Broadcast Ownership En Banc Hearing, Federal Communications Commission, 02.27.00

Hearings on the White House, the Networks and TV Censorship, Subcommittee on Telecommunications, Trade, and Consumer Protection of the Committee on Commerce, United States House of Representatives, 02.09.00

Hearing on S. 876, The Children's Protection from Violent Programming Act, Subcommittee on Communications Senate Committee on Commerce, Science and Transportation, 05.18.99

**Advisories**

Supreme Court Narrowly Upholds FCC's "Fleeting Expletives" Policy on Administrative Grounds, 05.01.09

FCC Opens Inquiry under Child Safe Viewing Act, 03.05.09

Gazing Into the Crystal Ball: The Outlook for Broadcast Regulation in 2009, 01.06.09

Revised Age-Verification Rules Under Sections 2257 and 2257A for "Sexually Explicit" Materials Have Narrower-Than-Expected Scope, 12.22.08

FTC Releases Restrictive New Prerecorded Telemarketing Rules: Prior written, signed agreements, automated opt-out mechanisms to be required, HIPAA exempt, 08.25.08

Health Care Providers: Don't Miss the Red Flags, 08.19.08

3rd Circuit Invalidates Child Online Protection Act, 07.22.08

3rd Circuit Rejects FCC's "Fleeting Images" Policy, Reverses Super Bowl Fine, 07.21.08

FCC Issues NAL Proposing Indecency Fines Against 52 ABC Affiliates: 2003 airing of "NYPD Blue" episode could cost stations $1.43 million, 01.28.08

November FCC Meeting – Cable Agenda Update, 11.28.07

FCC Releases Text of Program Access Order and New Notice of Proposed Rulemaking: Order extends ban on exclusive cable programming contracts; NPRM addresses tying arrangements and other program-access issues, 10.09.07

FCC Adopts Post-Digital Transition "Must-Carry" Rules, Extends Ban on



**Robert (Bob) Corn-Revere**
Partner
202.973.4225
bobcornrevere@dwt.com

Exclusive Programming Contracts, and Opens Inquiry Into "Tying" Agreements, 09.14.07

Second Circuit Rejects FCC's "Fleeting Expletives" Policy; Questions Indecency Regime, 06.05.07

FCC Releases Details of Request for Comment on Must-Carry Rules Post 2009 Digital TV Transition, 05.11.07

FCC Issues New NPRM to Consider Further Extending Ban on Exclusive Cable Network Programming Contracts, 02.22.07

FCC Orders Modify Approach to Televised Indecency and Profanity, 03.17.06

**Books / Publications**

"Davis Wright Partner Takes On Governor in First Amendment Flap," AmLaw Daily, 07.08.09

Bob Corn-Revere Testifies on the Issue of the Universal Service Obligation of the U.S. Postal Service and the Postal Monopoly, 07.10.08

"The Public Interest and the First Amendment Tightrope," ABA Forum on Communications Law, 04.13.08

"The FCC's Television Violence Report - A Conclusion in Search of an Analysis," Freedom Forum Online Symposium, 05.01.07

"Two-Year Moratorium on Drug Advertising Raises Constitutional Red Flags," Media Institute, 04.27.07

"Narrow Issue of Taxpayer Standing Highlights Wide Divisions Among the Justices," Cato Supreme Court Review, 2007

"Judge Alito and First Amendment Protection for Sexual Expression," Freedom Forum Online Symposium, 11.10.05

"First Report, Implementing a Flag Desecration Amendment to the U.S. Constitution," Freedom Forum First Amendment Center, 07.01.05

"Michigan Court of Appeals Holds That Televised Nudity is Public Indecency," Media Law Resource Center Bulletin, 06.01.05

"Championing the First Amendment," Legal Times, 05.02.05

"Freedom of Speech and Content Regulation on the Internet," Internet Law and Regulation (Treatise Chapter), Pike & Fischer, Inc., 05.01.05

"Can Broadcast Indecency Regulations be Extended to Cable Television and Satellite Radio?" Progress & Freedom Foundation Report, 05.01.05

"Stemming the Tide: Can the FCC's Anti-Indecency Crusade be Extended to Cable Television and Satellite Radio?" Media Law Resource Center Bulletin, 03.01.05

"Regulating Televised Violence: The FCC's National Rorschach Test," Communications Lawyer, 10.01.04

"Indecent Proposals: Why Most Recent FCC Indecency Crackdown Risks Crossing Center Line into Oncoming First Amendment



Robert (Bob) Corn-Revere
Partner
202.973.4225
bobcornrevere@dwt.com

Showdown," First Amendment Law Letter, Davis Wright Tremaine (PDF), Fall 2004

"Cable Networks and the FCC's Political Broadcasting Rules: Time for Clarification," First Amendment Law Letter, Davis Wright Tremaine (PDF), Spring 2004

"Ashcroft v. ACLU II: The Beat Goes On," Cato Supreme Court Rev. 299, 2004

"Avast Ye Wasteland: Reflections on America's Most Famous Exercise in 'Public Interest' Piracy," Federal Communications Law Journal 101, May 2003

"United States v. American Library Association: A Missed Opportunity for the Supreme Court to Clarify Application of First Amendment Law to Publicly Funded Expressive Institutions," Cato Supreme Court Rev. 105, 2003

"Caught in the Seamless Web: Does the Internet's Global Reach Justify Less Freedom of Speech?" Cato Institute Briefing Paper No. 71, 07.24.02

"Cyberspace Cases Force Court to Reexamine Basic Assumption of Obscenity and Child Pornography Jurisprudence," Cato Supreme Court Rev. 115, 2002

"Do We Fear Freedom?," Legal Times, 12.24.01

"The Public Interest, the First Amendment and a Horse's Ass," 2000 Mich. St.-Detroit Coll. L. Rev. 165, 2000

**Professional & Community Activities**

- Media Institute First Amendment Advisory Council, 1997-Present (Chair, 1997-2003; Board of Trustees, 1997-2003)
- Adjunct Scholar, Cato Institute, Washington, D.C.
- Editorial Advisory Board, Pike & Fischer's Internet Law & Regulation
- Freedom to Read Foundation Board, 2000-2002
- Member, International Academy of Digital Arts & Sciences

**Professional Recognition**

- Named as one of "America's Leading Lawyers for Business" by Chambers USA, 2005-2009
- Named as one of the "Best Lawyers in America" in Entertainment, First Amendment and Media Law by Woodward/White, 2009; named in First Amendment and Media Law, 2008; named in Media Law, 2007
- Selected to "Washington, D.C. Super Lawyers," Top in First Amendment/Media/Advertising, Law & Politics, 2008 and 2009
- Named as one of the "Top 100 Outside Counsel Power Lawyers," Hollywood Reporter ESQ., 2007
- Selected as one of "Ten of the D.C. Area's Top Communications Lawyers," Legal Times, 2007



**Robert (Bob) Corn-Revere**
Partner
202.973.4225
bobcornrevere@dwt.com

**Education**

J.D., The Catholic University of America, Columbus School of Law, 1983

- Lead Articles Editor, Catholic University Law Review

M.A., University of Massachusetts, 1980

B.A., Eastern Illinois University, 1977

**Admissions**

District of Columbia, 1983
U.S. Supreme Court
U.S. Court of Appeals D.C. Circuit
U.S. Court of Appeals 2nd Circuit
U.S. Court of Appeals 3rd Circuit
U.S. Court of Appeals 4th Circuit
U.S. Court of Appeals 6th Circuit
U.S. Court of Appeals 9th Circuit
U.S. Court of Appeals 10th Circuit

**ATTACHMENT 2**


**Davis Wright Tremaine LLP**

# Christopher A. Fedeli

Chris Fedeli focuses on the cable television and wireless industries and represents his clients in all areas of communications law including litigation, regulation, policy and transactions. He is experienced in most areas of cable law and regulation with particular expertise in disputes with broadcasters concerning carriage, and in disputes with utilities concerning pole attachments. Chris is also experienced in wireless law and regulation with a focus on wireless spectrum regulation and deployment disputes.

## Selected Experience

**Cable broadcast signal carriage disputes**
Cable operators and cable networks
Ongoing
Representation of cable operators and cable networks in FCC complaint and rulemaking proceedings concerning must carry and retransmission consent rules.

---

**NextG Networks of NY, Inc. v RCN Communications**
NextG Networks
Ongoing
Representing NextG in complaint against telecommunications provider, RCN, for denial of access to underground conduits in Massachusetts.

---

**Pole attachment rate litigation**
Cable system operator
2009
Represented cable operator in obtaining an Atlanta court ruling which placed jurisdiction over pole attachment rate disputes with the FCC. Victory in litigation that has been going on since 2006 over the application of the telecom attachment rate to mixed cable and telecom networks, with approximately $5 million at stake directly and hundreds of millions of dollars at risk nationally from adverse rulings.

---

**CTIA v. Federal Communications Commission**
NextG Networks, Inc.
2008
Represented telecommunications provider in successful D.C. Circuit appeal of FCC decision imposing back-up power requirements on all telephone company and wireless facilities.

---

**Florida Cable Telecommunications Association, et al. v. Gulf Power Company**
Florida Cable Telecommunications Association
2007
Represented clients in pole attachment complaint against Gulf Power, after the defendant terminated pole attachment agreements and demanded new ones with 600 percent rate increases.



**Christopher A. Fedeli**

*Associate*
chrisfedeli@dwt.com
202.973.4274 direct
202.973.4499 fax

Suite 200
1919 Pennsylvania Avenue NW
Washington, D.C. 20006-3402

**Related Practices**

Complex Commercial Litigation

Government Litigation

Administrative Disputes

Communications Regulatory

Government Relations

Litigation

**Related Industries**

Cable

Telecommunications

Communications, Media & Technology

Software & Technology

Communications Regulatory



Christopher A. Fedeli
Associate
202.973.4274
chrisfedeli@dwt.com

**FCC spectrum auctions and licensing**
Wireless carriers
Represented multiple clients in successfully acquiring and maintaining
wireless licenses in three FCC spectrum auctions since 2001.

**Additional Qualifications**

- Associate, Cole, Raywid & Braverman LLP
- Associate, Richard S. Becker & Associates Chtd.

**Presentations**

"Internet, Telephony and the Law," Telecommunications Policy Research
Conference, 10.01.06

"Communications Law and the Internet: Content, Carriage and Access in
the Digital Age," Federal Communications Bar Association, 09.01.06

"Cable and Broadband Rules for an Evolving Landscape: IPTV,
Municipal Competition, and Local Video Regulation," Federal
Communications Bar Association, 09.12.05

"Internet Pricing and Access," Telecommunications Policy Research
Conference, 10.02.04

**Advisories**

Utilities Ask FCC to Apply Telecom Pole Attachment Rate to VoIP;
Request Would Double or Triple Most Cable Operator Pole Rents in 30
States, 08.18.09

Broadband Stimulus Update: FCC Rural Broadband Report; Expanded
Lobbying Restrictions from Obama Administration, 06.02.09

FCC Requests Input for New Report on State of Competition in Video
Markets, 04.22.09

FCC Revises Requirements for Cable Operator Billing Statement DTV
Education Notices, 02.26.09

FCC Relieves Qwest, Verizon, and AT&T from Filing Financial Reports ,
12.15.08

FCC Opens Broadcast TV White Space Spectrum to Unlicensed Device
Use, 11.20.08

FCC Now Accepting Applications for Non-Exclusive 3.6 GHz Wireless
Licenses, 12.06.07

FCC Releases Text of New Digital Transition "Must-Carry" Order,
NPRM , 12.03.07

FCC Proposes Vast Changes to the Federal Regulatory Scheme
Governing Cable, Broadband and Telecommunications Pole Attachment
Rates, Terms and Conditions, 11.21.07

# Davis Wright Tremaine LLP

**Christopher A. Fedeli**
Associate
202.973.4274
chrisfedeli@dwt.com

FCC Sets Key Dates for 700 MHz Spectrum Auction, 10.22.07

FCC Releases Text of Program Access Order and New Notice of Proposed Rulemaking: Order extends ban on exclusive cable programming contracts; NPRM addresses tying arrangements and other program-access issues, 10.09.07

FCC Adopts Post-Digital Transition "Must-Carry" Rules, Extends Ban on Exclusive Programming Contracts, and Opens Inquiry Into "Tying" Agreements, 09.14.07

FCC Adopts Final Rules for 700 MHz Auction, 08.06.07

FCC Releases Details of Request for Comment on Must-Carry Rules Post 2009 Digital TV Transition, 05.11.07

FCC Classifies Wireless Broadband as an Information Service, 03.29.07

FCC Spectrum Auctions Update, 01.26.07

FCC Asked to Eliminate Telecom Rate for Pole Attachments, 01.22.07

**Books / Publications**

"Carpool Lanes on the Internet: Effective Network Management," Communications Lawyer, Vol. 26, No. 3, American Bar Association, July 2009

American Bar Association Developments in Administrative Law and Regulatory Practice, 2007-2008, Communications Law, 2009

"FCC Opens TV White Space For Unlicensed Use," Lawdragon.com, Lawdragon.com, 11.18.08

**Professional & Community Activities**

- Federal Communications Bar Association – Executive Committee, 2008-2009; Co-chair, Young Lawyers Committee, 2006-2008.

**Education**

J.D., Georgetown University Law Center, 1999

B.A., Philosophy and Rhetoric, University of Pittsburgh, 1996

**Admissions**

U.S. Court of Appeals D.C. Circuit, 2006
U.S. District Court District of Columbia, 2002
District of Columbia, 2001
Maryland, 2000

ATTACHMENT 3



# Erin Nedenia Reid

Erin Nedenia Reid brings a strong background in legal research, analysis and documentation to her media and communications law practice at Davis Wright Tremaine. She has worked on international syndication and marketing deals, and on publicity and privacy law for a major television network and its affiliates. As a former law clerk for FCC Commissioner Michael Copps, Erin has also handled a variety of work related to communications and technology law.

## Additional Qualifications

- Law Clerk, Legal and Business Affairs, A&E Television Network, New York, N.Y.
- Law Clerk, Office of Commissioner Michael Copps, Federal Communications Commission, Washington, D.C.
- Legal Intern, Law and Corporate Affairs, Microsoft Corporation, Redmond, Wash.
- Legislative Assistant, Government Relations Department, Ernst & Young LLP, Washington, D.C.

## Books / Publications

"Libel Tourism and the Duke's Manservant – an American Perspective," European Human Rights Law Review, Issue 3, 2009

## Education

J.D., Columbia University School of Law, 2007

- Co-president, Entertainment, Art, Sports Law Society
- Managing Editor, Columbia Journal of Law & the Arts
- Co-chair, Columbia Law School Graduation Committee
- Pro bono: Juvenile Justice Project of Louisiana and IMPACT

B.S., Public Policy, Duke University, 2002

- Reginaldo Howard Memorial Scholar
- C.V. Star scholarship
- Chair, President's Committee on Financial Aid, Duke Student Government



**Erin Nedenia Reid**

*Associate*
erinreid@dwt.com
202.973.4239 direct
202.973.4499 fax

Suite 200
1919 Pennsylvania Avenue NW
Washington, D.C. 20006-3402

# ATTACHMENT 4

Atlanta First Amendment Lawyer :: Cary S. Wiggins :: Kennesaw Liquor Licenses Attorney





# WIGGINS LAW GROUP

Attorneys and Counselors at Law

*A Civil Rights Practice*

# WIGGINS LAW GROUP

Attorneys and Counselors at Law

*A Civil Rights Practice*

(404) 659-2880

Call us for a consultation



Home :: About Us :: Cary S. Wiggins

## Cary S. Wiggins

cary@wigginslawgroup.com

Download VCard

Suite 401, 260 Peachtree Street, N.W.
Atlanta, Georgia 30303

Cary Wiggins is an AV-rated attorney specializing in civil-rights matters. He graduated with a B.S. degree in Business Administration (Finance) from the University of Florida in 1993. In 1997, Cary earned his J.D. degree from the Mississippi College School of Law. While in law school, he worked for the Mississippi Attorney General's Office and private law firms, where he represented a variety of clients including municipalities, government actors and private citizens. Cary completed law school at Georgia State University in Atlanta where he maintains his practice.

Cary is a member of the First Amendment Lawyers Association, a not-for-profit association whose membership (of

Contact Us

(404) 659-2880

Name:

Email:

Phone:

Message:

submit

Atlanta First Amendment Lawyer :: Cary S. Wiggins :: Kennesaw Liquor Licenses Attorney

Practice Areas

→ Business Torts

→ Civil Rights

→ First Amendment

→ Restaurant & Hospitality

about 180 attorneys) includes some of the most prominent First Amendment attorneys in the United States. Many of the U.S. Supreme Court's decisions in the last 30 years involving censorship issues have been briefed and argued by a FALA member. Membership is highly selective, and is limited to attorneys who devote a significant portion of their practice to securing, advancing or defending First Amendment rights. Recognizing Cary's expertise in this field, organizations like the Adult Entertainment Expo and the Georgia State Bar have invited him to speak about adult entertainment litigation. Cary is also a contributing essayist to the Encyclopedia of the First Amendment.

Cary is an experienced litigator in alcoholic beverage matters as well. As a member of the American Bar Association's Administrative Law Section, Cary serves as Chair of the Beverage Alcohol Practice Committee. He has been a contributing writer to the ABA's Developments in Administrative Law and Regulatory Practice for the past few years. He has counseled clients from airlines to sidewalk cafes on legal matters relating to alcoholic beverages. He is also a frequent contributor to Atlanta's nightlife periodicals on alcoholic beverage laws.

The Fulton County Daily Report picked Cary as one of "14 Under 40" in Georgia that were "On The Rise" in 2006. He has also been featured by Law.com and the Atlanta Business Chronicle as "rising among his peers." Cary has appeared on a number of television and radio spots in high-profile litigation, some of which are accessible from his award-winning blawg, Meeting the Sin Laws.

Cary is admitted to practice law in all Georgia Courts (trial and appellate) and in the United States Court of Appeals for the Eleventh Circuit. He is also admitted in the District Courts for the Northern and Middle Districts of Georgia and the Northern District of Florida.

Born in California, Cary traveled the world as an Air Force brat before attending law school. He remains an enthusiastic traveler, whose hobbies include reading, music and sports.

**Memberships:**

American Bar Association

First Amendment Lawyers Association

Georgia Association of Criminal Defense Lawyers

Atlanta Bar Association

Lawyers Club of Atlanta

Atlanta First Amendment Lawyer Wiggins Law Group Home
Contact Kennesaw Liquor Licenses Attorney Wiggins Law Group

Copyright © 2009, Wiggins Law Group

Suite 401
260 Peachtree Street, N.W.
Atlanta, Georgia 30303

http://www.cywlaw.com/lawyer-attorney-1053821.html (2 of 3) [8/26/2009 1:02:39 PM]

Justia - Legal Law
Website Design

Atlanta First Amendment Lawyer :: Cary S. Wiggins :: Kennesaw Liquor Licenses Attorney

Phone: (404) 659-2880
Fax: (404) 659-3274

**ATTACHMENT 5**

College Park Georgia First Amendment Lawyer :: Drago Cepar Jr. :: Chamblee Liquor Licenses Attorney

# WIGGINS LAW GROUP

Attorneys and Counselors at Law

*A Civil Rights Practice*

# WIGGINS LAW GROUP

Attorneys and Counselors at Law

*A Civil Rights Practice*

(404) 659-2880

Call us for a consultation



Home › About Us › Irma Espino

**Irma Espino**

irma@wigginslawgroup.com

Download VCard

Suite 401, 260 Peachtree Street, N.W.
Atlanta, Georgia 30303

Irma Espino is an attorney with Wiggins Law Group. She graduated cum laude from the University of Miami School of Law and holds a B.A. degree in Economics from the University of Texas at Austin. While attending law school, Irma was a member of the Business Law Review, competed in Race Judicata, and received honors in the Litigation Skills/Trial Advocacy Program.

Irma's practice is tailored to the needs of hospitality clients, including obtaining alcoholic beverage licenses and defending constitutional rights in licensing and zoning disputes. Irma also helps business owners resolve business disputes.

Contact Us

(404) 659-2880

Name:

Email:

Phone:

Message:

submit






College Park Georgia First Amendment Lawyer :: Drago Cepar Jr. :: Chamblee Liquor Licenses Attorney

Practice Areas

→ Business Torts

→ Civil Rights

→ First Amendment

→ Restaurant & Hospitality

Irma serves as Vice President of Communications for the Georgia Association For Women Lawyers (GAWL). She also participates in the Georgia Bar's Young Lawyers Division (Litigation Committee), and the Georgia Hispanic Chamber of Commerce. She has been a contributing writer to "Developments in Administrative Law and Regulatory Practice," American Bar Association (2007–2008), and she has written a number of articles for various organizations, for example: Alternative Billing Methods for GAWL; Seminar on the "Overview of Civil Liability in Georgia" at the Hispanic American Commission on Economic Development (HACED) (2008–2009); and Seminar on "Taking your Business Beyond the Billable Hour" at Women Doing Business in Atlanta Conference (2008).

Irma is admitted to practice law in all Georgia Courts (trial and appellate) and in the United States Court of Appeals for the Eleventh Circuit, as well as the District Court for the Northern of Georgia.

Irma turns to outdoor activities and travel as her activities of choice, whenever the law practice permits.

**Memberships:**

Georgia Association For Women Lawyers

American Bar Association

Georgia Hispanic Chamber of Commerce

Georgia Bar YLD

College Park Georgia First Amendment Lawyer Wiggins Law Group Home
Contact Chamblee Liquor Licenses Attorney Wiggins Law Group

Copyright © 2009, Wiggins Law Group

Justia Legal
Website Design

Suite 401
260 Peachtree Street, N.W.
Atlanta, Georgia 30303

Phone: (404) 659-2880
Fax: (404) 659-3274

**ATTACHMENT 6**


**Davis Wright
Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

T. Hayden Barnes
1408 Iola Drive
Valdosta, GA 31602

August 18, 2009
Invoice No. ******

### AUGUST INVOICE FOR
### STATEMENT OF
### SERVICES AND DISBURSEMENTS

Matter No.        0050062-082088

T. Hayden Barnes

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 04/20/09 | R. Corn-Revere | 0.20 | Call David Will regarding discovery extension; review documents |
| 04/24/09 | R. Corn-Revere | 2.00 | Research privilege questions; draft letter to opposing counsel |
| 04/24/09 | C. Fedeli | 0.30 | Review discovery dispute issues concerning opposing counsel David Will |
| 04/27/09 | R. Corn-Revere | 1.00 | Draft letters to opposing counsel regarding discovery issues; review documents |
| 05/01/09 | C. Fedeli | 0.90 | Draft and revise letters to Mr. Will and Smith regarding discovery; emails regarding same |
| 05/06/09 | R. Corn-Revere | 0.90 | Research motion to compel |
| 05/06/09 | C. Fedeli | 0.40 | Research for motion to compel production against VSU defendants |
| 05/06/09 | E. Reid | 1.25 | Review Federal Rules of Civil Procedure concerning discovery; begin drafting motion to compel |
| 05/07/09 | C. Fedeli | 0.20 | Research for motion to compel production against VSU defendants |
| 05/07/09 | E. Reid | 4.00 | Research case law and Federal Rules of Civil Procedure concerning discovery; draft Motion to Compel and Request for Sanctions |
| 05/08/09 | R. Corn-Revere | 0.50 | Review and revise motion to compel; confer with E. |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

**Davis Wright Tremaine** LLP

T. Hayden Barnes
Invoice No. ******
Page No. 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| | | | Reid |
| 05/08/09 | C. Fedeli | 1.00 | Research and revise motion to compel production against VSU defendants |
| 05/11/09 | R. Corn-Revere | 0.50 | Review and revise motion to compel; work on discovery issues |
| 05/20/09 | E. Reid | 0.30 | Meet with R. Corn-Revere regarding call from David Will |
| 05/29/09 | E. Reid | 1.80 | Draft supplemental notice to file with Court regarding Defendants lack of response to Plaintiff's Motion to Compel |
| | Total Hours Worked | 15.25 | |

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $5,734.50 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $5,734.50 |

### SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|-------------|-------------|----------------|-------------|
| **Partner** | | | |
| Corn-Revere, R. | 5.10 | 550.00 | 2,805.00 |
| Total | 5.10 | | 2,805.00 |
| **Associate** | | | |
| Fedeli, C. | 2.80 | 390.00 | 1,092.00 |
| Reid, E. | 7.35 | 250.00 | 1,837.50 |
| Total | 10.15 | | 2,929.50 |
| Total All Classes | 15.25 | | $5,734.50 |

**ATTACHMENT 7**

Wiggins Law Group
Suite 401
260 Peachtree Street, NW
Atlanta, GA 30303


Invoice submitted to:
Mr. T. Hayden Barnes
2095 Nancy Circle SE
Kennesaw GA 30080-3847


June 17, 2009
Updated July 21, 2009

In Reference To:    Hayden Barnes v. Valdosta State University
                    USDC Case No. 1:08-CV-0077-CAP


Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/17/2009 | IE | Email correspondence with Bob Corn-Revere, Esq. re: ongoing discovery dispute (0.2) | 0.2 | 25.00 |
| 4/20/2009 | IE | Email from Fedeli, Chris sending discovery dispute draft letter for review and comment (0.2) | 0.2 | 25.00 |
| 5/7/2009 | CSW | Telephone call from Fedeli, Chris and Reid, Erin about motion to compel and local rules on same. (0.2) Reviewing Doc. 60 (0.5) | 0.7 | 157.50 |
| 6/1/2009 | CSW | Email from Irma Espino on Local Rules regarding motions to compel (0.2) | 0.2 | 45.00 |
| | IE | Telephone conference with Erin Reid regarding best filing vehicle to alert Court of opposing counsel's failure to respond to motion to compel and subsequent promises to produce discovery (0.5); review of local rules on failure to timely respond to motion to compel (0.4); draft notice of filing proposed order and proposed order on motion to compel (1.0); email to Erin Reid, Robert Corn-Revere and Cary Wiggins on proposed order and additional filing rules (0.2) | 2.1 | 262.50 |
| 6/2/2009 | IE | Telephone conference with Chris Fedeli and Erin Reid discussing substance of notice of filing and proposed order, local rules and effect of failure to respond (0.4); Email from USDC ND Ga. Clerk confirming filing of Plaintiff's notice of filing with proposed order on motion to compel (0.2); | 0.6 | 75.00 |

For professional services rendered                              Total    4.0        $590