

3/16/2009 FULTONDAILY 7                                                                Page 1
3/16/2009 Daily Rep. (Fulton County) 7

```
                    Fulton County Daily Report
                         Vol. 120, No. 51
           Copyright 2009 by American Lawyer Media, ALM, LLC

                           March 16, 2009

                         HOURLY RATE INDEX

 The rates preceding each name are the individual timekeeper's 2008 rates listed in
fee requests of cases filed in U.S. Bankruptcy Court and other federal courts. If
the attorney charged different rates during the same year, only the highest rate is
listed.

 Rate           Name                 Firm                          Title
                                     ATLANTA
 $745           Walter E. Jospin     Paul, Hastings, Janofsky &    Partner
                                        Walker
 $675           Gerald T. Woods      King & Spalding               Partner
 $665           Paul A. Quiros       King & Spalding               Partner
 $645           Sarah R. Borders     King & Spalding               Partner
 $645           Paul K. Ferdinands   King & Spalding               Partner
 $625           John G. Aldridge     McKenna Long & Aldridge       Senior
                   Sr.                                                Counsel
 $615           Ezra H. Cohen        Troutman Sanders              Senior
                                                                      Counsel
 $595           Howard E. Turner     Smith, Gambrell & Russel      Partner
 $575           E. Penn Nicholson    Powell Goldstein              Of Counsel
 $570           Mark S. Kaufman      McKenna Long & Aldridge       Partner
 $550           Ronald E. Barab      Smith, Gambrell & Russell     Partner
 $550           Stephen M. Forte     Smith, Gambrell & Russell     Managing
                                                                      Partner
                                                                      and
                                                                      Chairman
                                                                      of the
                                                                      Executive
                                                                      Committee
 $530           David Kurzweil       Greenberg Traurig             Shareholder
 $530           James R. Sacca       Greenberg Traurig             Shareholder
 $525           Wendy L. Hagenau     Powell Goldstein              Partner
 $510           Walter A. Linscott   Thompson Hine                 Partner
 $505           Donald I. Hackney    Arnall Golden Gregor          Partner
                   Jr.
 $505           Warren E. Kingsley   Arnall Golden Gregory         Partner
 $500           Patrick M. McGeehan  McKenna Long & Aldridge       Partner
 $495           Amy A. Quackenboss   Hunton & Williams             Counsel
 $485           Darryl S. Laddin     Arnall Golden Gregory         Partner
 $485           Susan E. Foxworth    King & Spalding               Counsel
```

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

| | | | |
|---|---|---|---|
| $485 | Robert W. Reardon | Morris, Manning & Martin | Partner |
| $475 | Stephen M. Dorvee | Arnall Golden Gregory | Partner |
| $475 | Clark G. Sullivan | Arnall Golden Gregory | Partner |
| $475 | Jennifer Moore | Greenberg Traurig | Shareholder |
| $475 | Diane White | King & Spalding | Counsel |
| $475 | Paul G. Durdaller | Smith, Gambrell & Russel | Partner |
| $460 | Robert F. Dow | Arnall Golden Gregory | Partner |
| $460 | John C. Spinrad | Arnall Golden Gregory | Partner |
| $460 | John F. Isbell | King & Spalding | Counsel |
| $460 | Marci P. Schmerler | Thompson Hine | Partner |
| $450 | Virginia M. McGuffey | King & Spalding | Counsel |
| $450 | Gary W. Marsh | McKenna Long & Aldridge | Partner |
| $450 | Charles D. Weiss | McKenna Long & Aldridge | Partner |
| $450 | Robert M.D. Mercer | Powell Goldstein | Partner |
| $450 | David H. Flint | Schreeder, Wheeler & Flint | Founding Partner |
| $450 | Edward H. Wasmuth Jr. | Smith, Gambrell & Russel | Partner |
| $435 | Gus H. Small | Cohen Pollock Merlin & Small | Attorney |
| $435 | Frank W. DeBorde | Morris, Manning & Martin | Partner |
| $425 | Dan Brown | Greenberg Traurig | Shareholder |
| $425 | J. Michael Lamberth | Lamberth, Cifelli, Stokes, Ellis & Nason | Member |
| $425 | Brian F. Olasov | McKenna Long & Aldridge | Managing Director |
| $425 | David W. Cranshaw | Morris, Manning & Martin | Partner |
| $420 | Andrea Lee Lyman | Thompson Hine | Of Counsel |
| $410 | James Craig Cifelli | Lamberth, Cifelli, Stokes, Ellis & Nason | Member |
| $405 | Frank N. White | Arnall Golden Gregory | Partner |
| $405 | James W. Culbreth | McKenna Long & Aldridge ATLANTA | Of Counsel |
| $400 | James L. Paul | Chamberlain, Hrdlicka, White, Williams & Martin | Shareholder |
| $400 | Warren O. Wheeler | Schreeder, Wheeler & Flint | Founding Partner |
| $400 | Brian P. Hall | Smith, Gambrell & Russell | Partner |
| $395 | Gerald Walling | McKenna Long & Aldridge | Associate |
| $395 | John A. Christy | Schreeder, Wheeler & Flint | Managing Partner |
| $390 | J. Hayden Kepner Jr. | Arnall Golden Gregory | Partner |
| $390 | Karen Fagin White | Cohen Pollock Merlin & Small | Attorney |
| $390 | Thomas D. Hall | McKenna Long & Aldridge | Senior Counsel |
| $390 | David A. Flanigan Jr. | Miller & Martin | Member |
| $385 | Bryan Ahrens | Dixon Hughes | Member |
| $385 | Tim N. Richie | Dixon Hughes | Member |
| $385 | David Schulman | Greenberg Traurig | Shareholder |
| $385 | David M. Fass | Hunton & Williams | Associate |
| $380 | Jonathan W. Jordan | King & Spalding | Associate |

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

| Rate | Name | Firm | Title |
|---|---|---|---|
| $380 | Katherine M. Lewis | McKenna Long & Aldridge | Partner |
| $375 | Sean C. Kulka | Arnall Golden Gregory | Partner |
| $375 | Bruce Parvarandeh | Arnall Golden Gregory | Associate |
| $375 | Robert J. Robinson | Arnall Golden Gregory | Partner |
| $375 | David G. Bisbee | David G. Bisbee | Sole Practitioner |
| $375 | David L. Pardue | Hartman, Simons, Spielman & Wood | Attorney |
| $375 | James C. Frenzel | James C. Frenzel, P.C. | Sole Practitioner |
| $375 | William C. Westbrook | King & Spalding | Associate |
| $375 | Gregory D. Ellis | Lamberth, Cifelli, Stokes, Ellis & Nason | Member |
| $375 | Frank B. Wilensky | Macey, Wilensky, Kessler & Hennings | Partner |
| $375 | David A. Geiger | McKenna Long & Aldridge | Partner |
| $375 | Barbara Ellis-Monro | Smith, Gambrell & Russell | Partner |
| $370 | Debra G. Buster | Arnall Golden Gregory | Of Counsel |
| $370 | Andrew B. Flake | Arnall Golden Gregory | Partner |
| $370 | Matthew W. Clarke | Smith, Gambrell & Russell | Partner |
| $365 | Michael P. Davis | Chamberlain, Hrdlicka, White, Williams & Martin | Shareholder |
| $365 | Scott M. Ratchick | Hartman, Simons, Spielman & Wood | Of Counsel |
| $365 | Clifford A. Barshay | Schreeder, Wheeler & Flint | Partner |
| $365 | Lawrence S. Burnat | Schreeder, Wheeler & Flint | Partner |
| $365 | Leon S. Rose III | Schreeder, Wheeler & Flint | Partner |
| $355 | William P. Eiselstein | Miller & Martin | Member |
| $355 | Michael P. Marshall Jr. | Miller & Martin | Member |
| $350 | Joseph J. Burton Jr. | Burton & Armstrong | Member |
| $350 | Ron L. Quigley | Davis, Matthews & Quigley | Founder |
| $350 | Amanda Thompson | Greenberg Traurig | Of Counsel |
| $350 | Louis G. McBryan | Howick, Westfall, McBryan & Kaplan | Attorney |
| $350 | G. Frank Nason IV | Lamberth, Cifelli, Stokes, Ellis & Nason | Member |
| $350 | Lisa Wolgast | Morris, Manning & Martin | Associate |
| $350 | John W. Ragsdale Jr. | Ragsdale, Beals, Seigler, Patterson & Gray | Member |
| $350 | J. Robert Williamson | Scroggins & Williamson | Founding Member |
| $350 | Theodore N. Stapleton II | Theodore N. Stapleton, P.C. | Member |
| $345 | Jennifer M. Miller | King & Spalding | Associate |
| $345 | Sarah L. Taub | King & Spalding | Associate |
| $340 | B. Summer Chandler | McKenna Long & Aldridge | Associate |
| $340 | Vivieon E. Kelley | Troutman Sanders | Associate |
| $335 | Christopher S. Strickland | Levine, Block & Strickland | Member |

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

| | | | |
|---|---|---|---|
| $335 | John T. Sanders IV | Scroggins & Williamson | Of Counsel |
| $330 | A. Josef DeLisle | Hartman, Simons, Spielman & Wood | Attorney |
| $325 | Sam R. Arden | Hartman, Simons, Spielman & Wood | Partner |
| $325 | Todd E. Hennings | Macey, Wilensky, Kessler & Hennings | Partner |
| $325 | Mark W. Forsling | Schreeder, Wheeler & Flint | Partner |
| $325 | Chester J. Hosch | Schreeder, Wheeler & Flint | Partner |
| $325 | Shannon F. Oliver | Smith, Gambrell & Russell | Partner |
| $320 | Alex McClain | Greenberg Traurig | Associate |
| $310 | Bruce Z. Walker | Cohen Pollock Merlin & Small | Attorney |
| $310 | Gary D. Stokes | Lamberth, Cifelli, Stokes, Ellis & Nason | Member |
| $310 | Colin Delaney | Smith, Gambrell & Russell | Associate |
| $305 | James H. Ludlam | McKenna Long & Aldridge | Associate |
| $305 | Scott W. Peters | Schreeder, Wheeler & Flint | Partner |
| $300 | Edward A. Marshall | Arnall Golden Gregory | Associate |
| $300 | Rosemary S. Armstrong | Burton & Armstrong | Member |
| $300 | David L. Miller | David L. Miller | Sole Practitioner |
| $300 | George M. Geeslin | George M. Geeslin | Sole Practitioner |
| $300 | Jenifer E. Niedenthal | Greenberg Traurig | Associate |
| $300 | Sharon Kacmarcik | Lamberth, Cifelli, Stokes, Ellis & Nason | Associate |
| $300 | Scott B. Riddle | Law Office of Scott B. Riddle | Sole Practitioner |
| $300 | W. Russell Patterson Jr. | Ragsdale, Beals, Seigler, Patterson & Gray | Member |
| $300 | Albert N. Remler | Remler Tillman Law Group | Chief Partner |
| $300 | Samuel F. Boyte | Schreeder, Wheeler & Flint | Of Counsel |
| $300 | Lynn C. Stewart | Schreeder, Wheeler & Flint | Partner |
| $300 | Debra A. Wilson | Schreeder, Wheeler & Flint | Partner |
| $295 | John D. Elrod | Greenberg Traurig | Associate |
| $295 | Stuart F. Clayton | Lamberth, Cifelli, Stokes, Ellis & Nason | Member |
| $290 | John Dyer | Greenberg Traurig | Associate |
| $290 | Chris A. Schwab | Hartman, Simons, Spielman & Wood | Attorney |
| $290 | Alisa H. Aczel | Troutman Sanders | Associate |
| $285 | William D. Matthews | Lamberth, Cifelli, Stokes, Ellis & Nason | Associate |
| $285 | A. Alexander Teel | Lamberth, Cifelli, Stokes, Ellis & Nason | Associate |
| $285 | Kelly J. Aran | Levine, Block & Strickland | Attorney |
| $275 | Shannon L. Drake | Arnall Golden Gregory | Associate |
| $275 | Edward F. Danowitz | Danowitz & Associates | Principal |
| $275 | Leon S. Jones | Jones & Walden | Attorney |
| $275 | Caroline E. Branch | King & Spalding | Associate |

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

| Rate | Name | Firm | Title |
|---|---|---|---|
| $275 | Steven J. Strelzik | Law Offices of Steven J. Strelzik | Attorney |
| $275 | William A. Rountree | Macey, Wilensky, Kessler & Hennings | Partner |
| $275 | Paul Reece Marr | Paul Reece Marr | Sole Practitioner |
| $275 | Stephen J. Sasine | Sasine Advocacy Group | Attorney |
| $275 | J. Carole Thompson Hord | Schreeder, Wheeler & Flint | Partner |
| $275 | Evan M. Altman | The Law Office of Evan M. Altman | Attorney |
| $270 | Thomas C. Grant | Chamberlain, Hrdlicka, White, Williams & Martin | Of Counsel |
| $270 | Christopher S. Badeaux | Hartman, Simons, Spielman & Wood | Associate |
| $270 | Paul J. Cox | Hartman, Simons, Spielman & Wood | Attorney |
| $270 | Ashley Halfman | Hartman, Simons, Spielman & Wood | Associate |
| $270 | John R. Autry | Smith, Gambrell & Russell | Associate |
| $265 | John K. Rezac | Chamberlain, Hrdlicka, White, Williams & Martin | Attorney |
| $265 | Lee Har | Greenberg Traurig | Associate |
| $255 | Alison M. Elko | McKenna Long & Aldridge | Associate |
| $255 | Douglas M. Flaum | McKenna Long & Aldridge | Associate |
| $255 | David E. Gordon | McKenna Long & Aldridge | Associate |
| $255 | Stephanie H. Philips | Morris, Manning & Martin | Associate |
| $250 | Eric E. Thorstenberg | Eric E. Thorstenberg, Attorney at Law | Member |
| $250 | Jill R. Johnson | Hartman, Simons, Spielman & Wood | Associate |
| $250 | Gwendolyn J. Godfrey | Powell Goldstein | Associate |
| $250 | R. Kyle Woods | R. Kyle Woods | Private Practice Lawyer |
| $250 | Grace M. Tillman | Remler Tillman Law Group | Member |
| $250 | Barry L. McGraw | Schreeder, Wheeler & Flint | Associate |
| $250 | Ashley R. Ray | Scroggins & Williamson | Associate |
| $245 | Amy L. Haywood | Schreeder, Wheeler & Flint | Associate |
| $240 | Scott D. McAlpine | Schreeder, Wheeler & Flint | Associate |
| $235 | Peter Yoxall | McKenna Long & Aldridge | Associate |
| $230 | R. Lawton Jordan III | Davis, Matthews & Quigley | Associate |
| $230 | Matthew James | McKenna Long & Aldridge ATLANTA | Associate |
| $230 | Erin Payne | Smith, Gambrell & Russell | Associate |
| $225 | Virginia B. Bogue | Howick, Westfall, McBryan & Kaplan | Attorney |
| $225 | Michelle R. Kraynak | Schreeder, Wheeler & Flint | Associate |
| $225 | Jessica A. Rissmiller | Smith, Gambrell & Russell | Associate |

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

| Rate | Name | Firm | Role |
|---|---|---|---|
| $220 | Allison Humphrey | Hartman, Simons, Spielman & Wood | Member |
| $220 | John F. Weeks IV | Smith, Gambrell & Russell | Associate |
| $215 | Anna M. Humnicky | Cohen Pollock Merlin & Small | Attorney |
| $215 | M. Denise Dotson | Jones & Walden | Attorney |
| $215 | Fran L. Russell | McKenna Long & Aldridge | Paralegal |
| $215 | Teresa T. Dau | Smith, Gambrell & Russell | Associate |
| $210 | Carolyn V. Jordan | Law Office of Carolyn V. Jordan | Sole Practitioner |
| $210 | Ashley Autry | Schreeder, Wheeler & Flint | Associate |
| $210 | Jeffrey A. Bekiares | Smith, Gambrell & Russell | Associate |
| $200 | Dorna Jenkins Taylor | Dorna Jenkins Taylor | Sole Practitioner |
| $200 | Chris Henderson | Hartman, Simons, Spielman & Wood | Attorney |
| $200 | Robert B. Campos | Lamberth, Cifelli, Stokes, Ellis & Nason | Associate |
| $200 | Lori M. Leonardo | Smith, Gambrell & Russell | Associate |
| $200 | John A. Moore | The Moore Law Group | Founding Member |
| $195 | Elizabeth L. Fite | Schreeder, Wheeler & Flint | Associate |
| $195 | Bryan M. Knight | Schreeder, Wheeler & Flint | Associate |
| $190 | Jodi P. McCleer | Davis, Matthews & Quigley | Support |
| $190 | Christopher D. Phillips | Lamberth, Cifelli, Stokes, Ellis & Nason | Associate |
| $185 | Monica L. Vining | Jones & Walden | Associate |
| $185 | Sue Plunkett | McKenna Long & Aldridge | Paralegal |
| $185 | David B. Carpenter | Schreeder, Wheeler & Flint | Associate |
| $185 | Phillip R. Green | Schreeder, Wheeler & Flint | Associate |
| $180 | Candace Gray-Spann | Hartman, Simons, Spielman & Wood | Support |
| $180 | Maggie O. Rentz | Lamberth, Cifelli, Stokes, Ellis & Nason | Attorney |
| $175 | Eric J. Silva | James C. Frenzel, P.C. | Associate |
| $175 | Charity B. Neukomm | Jones & Walden | Associate |
| $170 | Andrea M. Gossmann | Arnall Golden Gregory | Paralegal |
| $160 | Karl L. Lemons | Cohen Pollock Merlin & Small | Paralegal |
| $155 | Devora L. Nealy | Arnall Golden Gregory | Paralegal |
| $155 | Toni Clark | Hartman, Simons, Spielman & Wood | Support |
| $155 | Linda W. McLane | Lamberth, Cifelli, Stokes, Ellis & Nason | Paraprofessional |
| $155 | Elizabeth A. Miller | Lamberth, Cifelli, Stokes, Ellis & Nason | Paraprofessional |
| $150 | David Bignault | Arnall Golden Gregory | Litigation Support |
| $150 | Michael C. Jones | Michael C. Jones | Sole Practitioner |
| $150 | Kelly S. Layfield | Schreeder, Wheeler & Flint | Support |
| $140 | Awilda M. Aponte | Schreeder, Wheeler & Flint | Support |
| $125 | Mary Trachian-Bradley | Law Offices of Steven J Strelzik | Attorney |
| $115 | Patricia S. Small | Cohen Pollock Merlin & Small | Paralegal |

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

| Rate | Name | Firm | Role |
|---|---|---|---|
| $110 | Roberto Bazzani | Lamberth, Cifelli, Stokes, Ellis & Nason | Support |
| $110 | Christina H. Nguyen | Lamberth, Cifelli, Stokes, Ellis & Nason | Support |
| $110 | K. Michael Furlong | Macey, Wilensky, Kessler & Hennings | Paralegal |
| $110 | Sandra H. McConnell | Macey, Wilensky, Kessler & Hennings | Paralegal |
| $110 | Karen L. Rudd | Macey, Wilensky, Kessler & Hennings | Paralegal |
| $110 | Kathy L. Sexton | Macey, Wilensky, Kessler & Hennings | Paralegal |
| $110 | Sharon M. Wenger | Macey, Wilensky, Kessler & Hennings | Paralegal |
| $100 | Isaac A. Dolgovskij | James C. Frenzel, P.C. | Support |
| $90 | Leslie D. Boyette | Law Offices of Steven J Strelzik | Paralegal |
| $85 | Margaret A. Brewer | Burton & Armstrong | Paralegal |
| $60 | Shirley E. Thorstenberg | Eric E. Thorstenberg, Attorney at Law | Secretarial |

## INTERNATIONAL

### LONDON

| Rate | Name | Firm | Role |
|---|---|---|---|
| $1,200* | Lyndon E. Norley | Kirkland & Ellis | Partner |
| $1,135* | Sarah Priestley | Weil, Gotshal & Manges | Partner |
| $1,025* | Rupert J. Jones | Weil, Gotshal & Manges | Counsel |
| $900* | Nick Flynn | Weil, Gotshal & Manges | Associate |
| $781 | Elisabeth Blunsdon | Hunton & Williams | Counsel |
| $770 | Raul Grable | Hunton & Williams | Partner |
| $750 | Natasha Watson | Kirkland & Ellis | Associate |
| $720 | Ferdinand A. Calice | Hunton & Williams | Partner |
| $650* | Barbara Baker | Weil, Gotshal & Manges | Associate |
| $450 | Edward Humphries | Hunton & Williams | Associate |
| $360 | Deborah Newton | Hunton & Williams | Associate |

### MELBOURNE, AUSTRALIA

| Rate | Name | Firm | Role |
|---|---|---|---|
| $400 | Bruce Taylor | Baker & McKenzie | Partner |
| $305 | Jastej Bains | Baker & McKenzie | Associate |

### MEXICO CITY

| Rate | Name | Firm | Role |
|---|---|---|---|
| $375 | Luis A. Cervantes | Cervantes, Aguilar-Alverez y Sainz, S.C. | Partner |
| $265 | Alejandro Sainz | Cervantes, Aguilar-Alverez y Sainz, S.C. | Partner |
| $200 | Manuel Ruiz de Chavez | Cervantes, Aguilar-Alverez y Sainz, S.C. | Partner |
| $190 | Alejandro Campillo | Cervantes, Aguilar-Alverez y Sainz, S.C. | Associate |
| $180 | Jonatan Graham | Cervantes, Aguilar-Alverez y Sainz, S.C. | Associate |
| $160 | Homero Gonzalez | Cervantes, Aguilar-Alverez y Sainz, S.C. | Associate |

### SAN JUAN, PUERTO RICO

| Rate | Name | Firm | Role |
|---|---|---|---|
| $350 | Charles A. Cuprill-Hernandez | Charles A. Cuprill-Hernandez Law offices | Member |

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

```
TORONTO
$875          S. Richard Orzy       Bennett Jones                    Partner
$825          Arthur J. Peltomaa    Bennett Jones                    Partner
$775          Kevin J. Zych         Bennett Jones                    Partner
$675          Mark S. Laugesen      Bennett Jones                    Partner
$600          Derek J. Bell         Bennett Jones                    Partner
$600          Rajvinder S. Sahni    Bennett Jones                    Partner
$385          Joshua W. Sidsworth   Bennett Jones                    Associate
*BASED ON
  BRITISH
  POUND
  STERLING;
  VALUE
  FLUCTUATES.
```

3/16/2009 FULTONDAILY 7

END OF DOCUMENT

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.