FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 22 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THOMAS HAYDEN BARNES,

    Plaintiff,

v.

RONALD M. ZACCARI et al.,

    Defendants.

CIVIL ACTION

NO. 1:08-CV-77-CAP

O R D E R

This matter is pending before this court on the plaintiff's motion of voluntary dismissal without prejudice. The defendant communicated to the court that there is no opposition, therefore, this case is DISMISSED without prejudice. It is further ORDERED that all other claims against the other defendants are not subject to this order and remain pending in the above captained docket..

SO ORDERED, this 21 day of December, 2009.

_____
CHARLES A. PANNELL, JR.
United States District Judge