## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION



FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 2 3 2009

JAMES N. HAGEN, Clerk
By _____ Deputy Clerk

THOMAS HAYDEN BARNES,

    Plaintiff,

v.

RONALD M. ZACCARI, et al.,

    Defendants.

CASE NO.
1:08-cv-00077-CAP

**ORIGINAL**

# CONFIDENTIAL

## AFFIDAVIT OF LEAH MCMILLAN

PERSONALLY appeared before me, the undersigned attesting officer, duly authorized by law to administer oaths, LEAH MCMILLAN, who upon being duly sworn, testifies, deposes and states as follows:

1.

My name is Leah McMillan. I am *sui juris* and competent to testify. I give this Affidavit as evidence in the above-styled matter and for any other lawful purpose.

2.

I am a licensed psychotherapist. I am currently employed as a staff counselor at the Valdosta State University Counseling Center and as a consultant with Child and Family Guidance of Georgia. As a staff counselor at Valdosta State

169

University ("VSU"), my job duties involve providing outpatient psychotherapy to individuals and couples.  I average a caseload of approximately fifty clients and conduct roughly 250 hours worth of therapy per semester at the Counseling Center.

3.

I was Plaintiff's psychotherapist while he attended VSU.  I first started seeing Plaintiff on September 9, 2005.  I saw Plaintiff in person four times during the fall of 2005.  Plaintiff left VSU in December 2005, but returned in February 2007.  Plaintiff recommenced therapy sessions with me on February 5, 2007, and I saw him in person nine times during the spring semester.

4.

I believe that Plaintiff and I had a positive professional relationship.

5.

While I was Plaintiff's counselor, I had no knowledge of his having any history of violence towards others.  At no time did I observe any violent or threatening behavior from Plaintiff.

6.

At the beginning of our counseling relationship, Plaintiff provided me with some notes he had written about himself.  (See Plaintiff's notes, attached as Ex. 1). Some of the things referenced in Plaintiff's notes I found concerning, so I talked with Plaintiff regarding my concerns.

7.

One of the things referenced by Plaintiff in his notes was that he had previously engaged in some self-directed violence when he was fifteen years old. However, I never witnessed Plaintiff exhibit, nor did he ever acknowledge, any current desires to harm himself. Throughout our therapeutic relationship, I asked Plaintiff whether he was having any self-destructive thoughts. Plaintiff denied all such inquiries.

8.

During Plaintiff's first therapy session with me on September 9, 2005, Plaintiff told me that he previously had panic attacks. Plaintiff stated that it had been seventeen months since he had a full blown panic attack, but he felt that the panic attacks may be coming back. Plaintiff told me that he had previously been diagnosed with depression, anxiety, and "ADD." Plaintiff told me that he was taking the antidepressant medication "Lexapro."

9.

On February 5, 2007, during his first counseling session with me upon his return to VSU, Plaintiff stated he was having some anxiety issues but that his panic attacks had decreased. Plaintiff stated that he was continuing his medications with his psychiatrist back home—Dr. Kevin Winders. Plaintiff also told me that he was having no suicidal or homicidal ideations, attempts, or plans.

3

10.

Sometime after Plaintiff's return to VSU in February 2007, I started having concerns that Plaintiff needed an increase or change in medication because he appeared to be having mood swings. As a result, on March 2, 2007, I called Plaintiff's psychiatrist Dr. Kevin Winders to see if Dr. Winders would re-evaluate him regarding a possible shift in diagnosis. I was only able to speak with a member of Dr. Winders' staff on March 2, 2007, but eventually got through to him on March 16, 2007. In our discussion on March 16, 2007, Dr. Winders and I discussed Plaintiff's treatment plan and discussed my concerns regarding a potential differential diagnosis.

11.

The first time I had any knowledge that Plaintiff was opposed to the construction of a parking deck on the VSU campus was on April 20, 2007. On this date, Dr. John Grotgen—the Associate Director at the Counseling Center—came to me and said that he had just had a telephone conversation with VSU Police Major Ann Farmer. Dr. Grotgen told me that according to Major Farmer, Plaintiff had become obsessed with a parking deck at VSU to the point of intimidating and threatening President Ronald Zaccari. Dr. Grotgen stated that Major Farmer explained to him that President Zaccari felt threatened, was concerned about the safety of the University, and had personal security following him on account of

4

Plaintiff.  Dr. Grotgen—who is second in command at the Counseling Center and a

supervisor to me—instructed me to call Major Farmer.

12.

I then proceeded to call Major Farmer, who told me she knew from Dr.

Grotgen that Plaintiff was a Counseling Center client and was seeing me.  Major

Farmer explained to me that she had previously been in a meeting with President

Zaccari where he stated that he felt threatened by Plaintiff as a result of Plaintiff's

reaction to the construction of a parking deck at VSU.  Major Farmer stated to me

that she wanted to know if there was anything to indicate that Plaintiff was a threat

to himself or anyone else.  In response to Major Farmer's inquiry, I told her that I

had no knowledge that Plaintiff was upset about the construction of a parking deck

at VSU.  I described to Major Farmer the current behaviors that I had seen Plaintiff

exhibit—grandiose thinking, narcissism at times, manic behavior at times, the

tendency to become obsessed with situations, and being paranoid at times.  I told

Major Farmer that in addition to seeing me, Plaintiff was also seeing a psychiatrist.

I then advised Major Farmer that although I had some concerns for Plaintiff in

relation to his exhibiting these current behaviors, I did not see any evidence that

Plaintiff was a threat to harm either himself or anyone else.  At no time did I

discuss my treatment of Plaintiff with Major Farmer.

5

13.

I did not share any information regarding Plaintiff to Major Farmer out of retaliation for Plaintiff's opposition to the construction of a parking deck at VSU.

14.

I provided the aforementioned information regarding Plaintiff to Major Farmer out of good faith and for several reasons. First, I believed that for Major Farmer to best understand my professional opinion that Plaintiff was not a threat to harm President Zaccari or anyone else, she needed context as to why I felt the way I did. This is why I explained to her what Plaintiff's current behaviors were—all of which I believed to be non-threatening—and that he was seeing a Psychiatrist. Secondly, I provided the foregoing information to Major Farmer because I was concerned for Plaintiff's safety. Major Farmer's phone call to the Counseling Center came four days after the shootings at Virginia Tech and I wanted Major Farmer to understand that I had never seen that type of behavior from Plaintiff. I did not want the police snatching Plaintiff out of his dorm room or for anyone to go after Plaintiff out of fear that he posed a threat similar to that of the Virginia Tech shooter.

15.

Although I did not believe Plaintiff was a threat to harm either President Zaccari or anyone else, I was concerned that the person second in command at

6

VSU Police Department—Major Farmer—was calling the Counseling Center to investigate whether Plaintiff was a threat. Moreover, at the time of my telephone call with Major Farmer as described herein, I did not have the opportunity to speak with Plaintiff in order to assess the situation. Therefore, I called Plaintiff after speaking with Major Farmer in order to hear how he was doing. Plaintiff told me he felt fine and apologized for having missed his last appointment. We then scheduled his next appointment for April 26, 2007, at 11:00 a.m.

16.

Around lunch time on April 24, 2007, I was summoned to President Zaccari's office. The only people present were President Zaccari and I. President Zaccari told me he knew that I had previously spoken with Major Farmer. President Zaccari told me that he was very concerned about Plaintiff and President Zaccari was visibly shaken. President Zaccari stated that he had security following him and that he was concerned for himself and the campus. President Zaccari stated that Plaintiff had made indirect threats to him. In particular, President Zaccari stated that Plaintiff had posted something on Facebook regarding a memorial site and a piece regarding the shooter at Virginia Tech. President Zaccari referenced that he had previously met with Plaintiff and Dean Russ Mast where Plaintiff issued an apology, but thereafter continued with his communications and blog. President Zaccari also told me that Plaintiff had

7

contacted numerous people across the State who were concerned about Plaintiff's behavior.

17.

After listening to President Zaccari talk and witnessing his being visibly shaken, I explained to him the current behaviors I had seen Plaintiff exhibit—grandiose thinking, narcissism at times, manic behavior at times, the tendency to become obsessed with situations, and being paranoid at times. I told President Zaccari that in addition to seeing me, Plaintiff was also seeing a Psychiatrist with whom I had already been in contact with regarding a possible re-evaluation and a possible medication change to address Plaintiff's current behaviors. I then advised President Zaccari that although I had some concerns for Plaintiff in relation to his having exhibited these current behaviors, I did not see any evidence that Plaintiff was a threat to harm President Zaccari or anyone else. At no time did I discuss my treatment of Plaintiff with President Zaccari.

18.

I did not share any information regarding Plaintiff to President Zaccari out of retaliation for Plaintiff's opposition to the construction of a parking deck at VSU.

8

19.

I provided the aforementioned information regarding Plaintiff to President

Zaccari out of good faith and for several reasons.  First, I believed that for

President Zaccari to best understand my professional opinion that Plaintiff was not

a threat to harm him or anyone else, he needed context as to why I felt the way I

did.  Although I did not believe Plaintiff was a threat, President Zaccari appeared

to believe he was.  Therefore, in an attempt to allay President Zaccari's fears, I

explained what Plaintiff's current behaviors were—all of which I believed to be

non-threatening.  I also felt that letting President Zaccari know Plaintiff was seeing

a psychiatrist in addition to me, and that I been in contact with Plaintiff's

Psychiatrist regarding a re-evaluation and a possible medication change to address

his current behaviors, would further alleviate any fears President Zaccari might

have that Plaintiff somehow posed a threat.

20.

Additionally, my concern for Plaintiff's safety played a large role in my

having communicated the foregoing to President Zaccari on April 24, 2007.  The

conversation I had with President Zaccari took place shortly after the shootings at

Virginia Tech.  I therefore felt the need to communicate to President Zaccari that

Plaintiff did not pose a similar threat.  I did not want the police snatching Plaintiff

out of his dorm room or for anyone going after Plaintiff out of fear that he posed a threat similar to that of the Virginia Tech shooter.

21.

President Zaccari did not instruct me to schedule an appointment with Plaintiff on April 26, 2007. At no time was I directed or tasked to see Plaintiff by President Zaccari. Similarly, at no time was I asked to acquire information about Plaintiff for President Zaccari. Stating further, at no time was I directed or tasked by President Zaccari to seek out Plaintiff and ask specific questions regarding whether Plaintiff was feeling suicidal or was experiencing any problems.

22.

On April 26, 2007, I was summoned to President Zaccari's office for a second time. Dr. Victor Morgan and Dr. Kurt Keppler were also in attendance. President Zaccari appeared very concerned about Plaintiff and communicated to the group that he felt personally threatened. President Zaccari showed us various documents which he claimed Plaintiff had posted on Facebook. President Zaccari expressed he felt threatened by these documents.

23.

On April 26, 2007, prior to the meeting I was summoned to in President Zaccari's office, VSU Dean of Students Russ Mast and President Zaccari called me to see whether Plaintiff had made his appointment that day. I told both President

Zaccari and Dean Mast that Plaintiff was at the time a no show. I did not share anything further regarding Plaintiff to either President Zaccari or Dean Mast. I do not know for certain how President Zaccari or Dean Mast knew that I had an appointment set up with Plaintiff on April 26, 2007. It is possible that I mentioned to President Zaccari during our one-on-one meeting on April 24, 2007, that I had previously scheduled an appointment with Plaintiff for April 26, 2007.

24.

Before the conclusion of the meeting in President Zaccari's office on April 26, 2007, my secretary called the President's office and informed his secretary that Plaintiff had mixed up his appointment time and was waiting for me over at the Counseling Center. President Zaccari's secretary interrupted the meeting and relayed this information to the group. Before I left the meeting to go see Plaintiff, I told President Zaccari that although I had some concerns about some of Plaintiff's current behaviors and wanted to have him re-evaluated, I was not concerned about Plaintiff being a threat to the President or anyone else. I also urged the group that Plaintiff needed to be allowed to finish his finals.

25.

The comments I made to President Zaccari during the aforementioned April 26, 2007, meeting were not made out of retaliation for Plaintiff's opposition to the construction of a parking deck at VSU. Again, my comments were made in an

11

attempt to allay any fears President Zaccari may have held regarding Plaintiff and to try to help and protect Plaintiff. At no time have I attempted to retaliate against Plaintiff for his opposition to the construction of the VSU parking deck—or for any other reason for that matter.

26.

My therapy session with Plaintiff on April 26, 2007, was the first time Plaintiff discussed with me his opposition to the construction of the parking deck at VSU. One of the things Plaintiff and I discussed during this session was the Facebook blog he had created regarding the construction of the parking deck at VSU. (See Plaintiff's Facebook blog, Ex. 2). I have never been opposed to Plaintiff's having protested the construction of the parking deck at VSU. To the contrary, I believed it was appropriate for Plaintiff to have political views and to want to fight what he felt were social injustices. I did however believe that the manner in which Plaintiff's Facebook blog was presented was inappropriate because I perceived it to be disrespectful to President Zaccari.

27.

During our therapy session on April 26, 2007, Plaintiff stated that he believed President Zaccari was upset with him over the Facebook blog. Therefore, I talked with Plaintiff regarding the possibility of there being better ways for him to have gone about expressing his views about the parking deck than the Facebook

12

blog he created. I did not perceive Plaintiff's Facebook blog as threatening.
However, I asked Plaintiff to be careful in the future that the behaviors and
mannerisms he used in expressing his views could not be perceived by others as
aggressive or threatening. I told Plaintiff that I believed he could "catch more flies
with honey than with vinegar."

28.

I also asked Plaintiff during our therapy session on April 26, 2007, whether
he was a threat to himself or to others and discussed his possibly having a mood
disorder. Plaintiff told me that he was not a threat to himself, President Zaccari, or
anyone else. Plaintiff also agreed to be re-evaluated by Dr. Winders.

29.

My next therapy session with Plaintiff was on May 2, 2007. Plaintiff told
me he was offended by my questioning him during our session on April 26, 2007
regarding whether he was a threat to harm anyone, but stated he understood my
concerns. I gave Plaintiff the option of switching counselors, but Plaintiff stated he
wished to continue with me. Plaintiff reiterated that he had no suicidal or
homicidal ideations and had no desire to harm anyone.

30.

My therapy session with Plaintiff on April 26, 2007, was not the first time I
had asked Plaintiff whether he was having any self-destructive thoughts or desires

13

to harm anyone. I asked Plaintiff these types of questions periodically throughout our therapeutic relationship.

31.

During my session with Plaintiff on May 2, 2007, Plaintiff and I also discussed Dr. Winder's decision to increase his medication.

32.

Additionally, during our May 2, 2007, session Plaintiff and I discussed the possibility of having me write a detailed letter to the administration at VSU with supporting documentation stating that I did not believe Plaintiff was a threat to anyone. Plaintiff and I scheduled his next appointment for May 10, 2007.

33.

The only meetings I attended regarding Plaintiff where President Zaccari was present are described above—one on April 24, 2007, and one on April 26, 2007. I did not attend a meeting on May 3, 2007, regarding Plaintiff in President Zaccari's office. On May 3, 2007, I was away from the VSU campus for the entire day due to my attendance at a conference in St. Simons Island—which I did not return from until May 6, 2007.

34.

There was a third meeting regarding Plaintiff that I was summoned to attend as well, but this meeting was conducted by University Attorney Laverne Gaskins.

14

On May 7, 2007, Ms. Gaskins summoned me to her office. The only people present at this meeting where Ms. Gaskins, Dr. Victor Morgan, Dr. Kurt Keppler, and I. The meeting was very short. Ms. Gaskins stated that Plaintiff may be withdrawn from VSU. I told Ms. Gaskins that I did not believe Plaintiff was a threat to himself or others. I did not discuss anything further regarding Plaintiff to Ms. Gaskins and at no time have I discussed my treatment of Plaintiff with Ms. Gaskins.

35.

I never recommended to President Zaccari or anyone else that Plaintiff should be withdrawn from VSU.

36.

I did not participate in the decision to withdraw Plaintiff from VSU.

37.

At no time have I discussed Plaintiff with Dr. Kimberly Tanner—the Director of the Access Office at VSU.

38.

At all times relevant to this matter, I acted in good faith and pursuant to my discretionary authority as a staff counselor at Valdosta State University.

15

FURTHER AFFIANT SAYETH NOT.

This __14__ day of __December__ 2009

Leah McMillan

Sworn to and subscribed before me
This __14th__ day of __December__, 2009.

NOTARY PUBLIC
MY COMMISSION EXPIRES:

16

# EXHIBIT 1

*brgt in for 1st sess.*

Notes
T. Hayden Barnes

I thought I would make some notes to give us a jumping-off point. I make a reference to why I am seeking help now in the "other things you should know" section, third item down. I might also attach a resume, just to serve as another introduction.

I guess what I'm most angry about is a feeling I missed something. I feel missed a lot, being kind of nerdy with no athletic or social skills, having shown up at Blessed Sacrament in 4th grade and not knowing anyone, not having the multigenerational connections my peers had at our small Catholic school. Their older brothers and sisters were friends, their parents were friends, a few were even cousins. I definitely felt like the odd kid out, a feeling the savage politics of junior high reinforced for me. I didn't excel at sports and found the academic offerings to be bland and unexciting, but I was pretty good at writing, the whole student government thing, and charming the teachers, all of which continues to this day.

It didn't help that my mom was the principal of the local Catholic boys school, which you could probably see go either way for me, but in the end harmed more than helped. My parents divorced when I was 8, my dad had long been unavailable, lost in a drunken stupor, so the fact he was out of the house probably didn't make much difference. I still remember visiting him in rehab on Christmas. My mom has always been so busy, if she had left I don't know if I would missed of her much either. I don't remember having a very strong connection to either one of them.

I attended my mother's high school and things were fine for a time. My circle of friends widened, but again, nothing really close outside of the school building. Amber, a friend from the neighborhood was always around when I got home, but we moved across town and I never saw much of her anymore. I began getting intense stomach cramps and having horrible fights with my mother, especially after our grandmother moved in to die. She wasn't supposed to live past my freshmen year of high school, she held out until I was a senior. I threatened to run away a couple times, would bite myself hard enough to draw blood on a regular basis, and would give myself bloody noses thanks to the nearest wall when I knew I was in trouble, because it was hard to reduce a 15 year old to emotional rubble when he is bleeding. One time I even passed out. At the end of my freshmen year of high school, I stole a censored literary magazine from my mom's office and published a copy on the Internet. A friend set up the computers in the lab so that they were the browser's home page and nothing you did (nor anything the system administration knew to do) would change that. A friend of both of ours ratted us out. My accomplice got suspended, I was expelled, which was later rescinded by my mother's boss, but my mother was mortified and spent several days in bed. Those weeks when my mom refused to talk to me, the only conversations I had were with my gasping grandmother who blamed me for all of our family problems

The second year of high school was hell. It got around that Toby and I had uploaded porn, not the fairly bland censored material we had actually uploaded. I couldn't walk down the hall without having horrible things said to me everyday. I stopped working

B000780

in class, the stomach pains got worse, I quit all my extracurricular activities, and my mother found my will before I could kill myself. The first counselor she took me to told her to lighten up. We never saw that counselor again. The psychiatrist we saw next was nice, he is my psychiatrist to this day even though most of his clientele are children and his office is littered with Legos and Barbie dolls. I got on medication, which never really worked, and I can only begin to wonder what having been on about a dozen anti-depressants and anti-anxiety drugs since I was 15 has done to my synapses.

Things were relatively fine for a while after that, I transferred to a public school and did well there. I stopped seeing a counselor and started seeing Bonnie, who remained by girlfriend until my Senior year. We broke up the day of my grandmothers funeral, three days after I was suspended for distributing "unauthorized literature" on campus, antiwar flyers promoting a rally against the war I had organized. I graduated high school and went to college at a small progressive liberal arts college in North Carolina. By this time I was a heated and raging liberal activist and got my kicks from reading underground books, skipping class, and smoking pot two to three times a day, all of which are practically encouraged at Warren Wilson College. I fell into student government and rose to the top quickly, became the first freshmen to hold the highest rank in student government in college history. I kept busy all the time, at least until I began having panic attacks. I stopped eating and being social. I left school early and came home to a girlfriend I hadn't seen in a couple months who resented the hell out of my panic attacks and agoraphobia (the disassociation part is the worst though). We had a nasty breakup a few days after I returned home which seemed to drag on for weeks.

After a grueling three months of counseling, I drove myself back to school in the Fall where I was met with a freshmen I barely knew accusing me of rape (I was eventually acquitted and reinstated at the college, she was expelled and served probation for making false claims, terroristic threats, and assault and battery). I also had to deal with a new Dean of Students who had it out for my head, SGA seat, and RA job. I resigned both positions, joined the fire department and stopped going to class. I got my own place off-campus, and lived it up for a while earning my EMT certification and working a string of odd jobs.

I moved back home over the summer to work and save money, since I have to cover my own expenses until my GPA recovers.

Some themes I've found:

1. I despise authority, plain and simple, I have deeply held passive-aggressive anger towards anyone or anything that holds sway over my life (parents, school administrators, the government, etc.) This has been reinforced by abusive authority figures at home, in high school, at college, and at work at so many places.
2. I have little interest in male friends, most guys my age are idiots
3. I tend to be focused on one woman in my life. When I don't have a girlfriend, I have a hard time not actively seeking one. This is something I have been trying to work on be-

B000781

cause I've ended up in and stayed in some pretty unfulfilling relationships in which I give a lot and get little back.

4. I tend to get along better with older, more mature adults than people my own age

5. I really want to do well, but I have a hard time concentration on school work. I really have a hard time concentrating on anything I don't feel passionate about or lacks a sense of immediacy

6. I really enjoy helping people, whether teaching meditation, giving talks on Buddhism, or working as an EMT

7. I have addictive tendencies, whether it is my computer or marijuana, I see those tendencies there


Some other things you should know about me:

I am 20 years old, somewhere between a Sophomore and a Junior, and my major this week is Philosophy

I am a well-dressed non-conformist

I have not had another panic attack since May 2004, however the dissociative feelings return sometimes, and have been occurring recently with increasing regularity

I have not smoked pot since December 2003

I have never drank and probably never will

The thought of altering my consciousness scares the shit out of me after the panic attacks, I don't even like taking Tylenol

I take Lexapro 10mg/day for depression and anxiety

I take Gabitril 4mg/day for panic attacks (you may not have heard of this one, it is actually a treatment for epilepsy at 30 - 60 mg/day but has been found to be of help for panic at low doses because of it's affect on the brain chemical GABA)

I am an angry liberal with libertarian and anarchist tendencies

I have recently began running again

I really enjoy good sex, but things don't always work out for me biologically, I think because of the Lexapro, but I'm not sure

I am primarily a vegetarian and spend a lot of money eating organic and fair trade foods

I have been practicing and studying Buddhism for six years, something which my mom deeply resents (I'm just glad I'm not gay, I can only imagine how she would be about that)

I am well-read in both psychology and psychotherapy from both the Western and Buddhist perspectives

I am a nudist and think most of our society is wound up too tight for it's own good

I have been horrified of heights and flying since an awful flight in 2001 and my panic attacks, I have attempted to systematically address this by driving over tall bridges and up the Blue Ridge Parkway and it's something I've been pretty successful at except for the inevitable flying part

If I could fly, I would probably be in India right now

B000782

EXHIBIT 2

