**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 2 3 2009

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

THOMAS HAYDEN BARNES,

Plaintiff,

v.

RONALD M. ZACCARI, et al.,

Defendants.

**ORIGINAL**

CASE NO.
1:08-cv-00077-CAP

**CONFIDENTIAL**

## AFFIDAVIT OF AMANDA TILLMAN

PERSONALLY appeared before me, the undersigned attesting officer, duly authorized by law to administer oaths, AMANDA TILLMAN, who upon being duly sworn, testifies, deposes and states as follows:

1.

My name is Amanda Tillman. I am *sui juris* and competent to testify. I give this Affidavit as evidence in the above-styled matter and for any other lawful purpose.

2.

I am currently employed as the program director of a women's unit for substance abuse treatment at Gateway Behavioral Health Services in Brunswick,

Georgia.  On May 3, 2007 I was employed at Behavioral Health Services of South Georgia as a child and adolescent therapist.

3.

On May 3, 2007, I attended the Georgia Association of Marriage and Family Therapists Spring Conference in St. Simons, Georgia.  I was attending the conference in order to obtain continuing education units for my job.  The conference started on May 3, 2007 and ended on May 6, 2007.

4.

Leah McMillan went with me to the aforementioned conference and attended it in its entirety.

5

I picked Ms. McMillan up at her house on the morning of May 3, 2007—which was a Thursday.  We drove to the conference together and drove back from the conference on Sunday, May 6, 2007.

FURTHER AFFIANT SAYETH NOT.

This 22nd day of June , 2009

Amanda Tillman

Sworn to and subscribed before me
This 22nd day of June , 2009.

2

_Dianne T. Harris_

NOTARY PUBLIC
MY COMMISSION EXPIRES: _____

DIANNE T. HARRIS
Notary Public
Glynn County
State of Georgia
My Commission Expires Mar 18, 2011

3