## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| THOMAS HAYDEN BARNES, )<br> )<br>  Plaintiff, )<br> )<br>v. )<br> )<br>RONALD M. ZACCARI, )<br>individually and in his official )<br>capacity as President of Valdosta )<br>State University; VALDOSTA )<br>STATE UNIVERSITY; BOARD OF )<br>REGENTS OF THE UNIVERSITY )<br>SYSTEM OF GEORGIA; LAVERNE )<br>GASKINS, individually and in her )<br>capacity as in-house counsel )<br>at Valdosta State University; KURT )<br>KEPPLER, individually and in his )<br>official capacity as Vice President )<br>for Student Affairs at Valdosta State )<br>University; RUSS MAST, individually )<br>and in his official capacity as Dean of )<br>Students at Valdosta State University; )<br>LEAH McMILLAN, individually and )<br>in her official capacity as a counselor )<br>at Valdosta State University; and )<br>VICTOR MORGAN, individually )<br>and in his official capacity as Director )<br>of the Valdosta State University )<br>Counseling Center, )<br> )<br>  Defendants. ) | Case No. 1:08-CV-077- CAP |

### DEFENDANT LAVERNE GASKINS' 
### MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant Laverne Gaskins, individually and in her capacity as a counselor at Valdosta State University (hereinafter "Attorney Gaskins") and files this her Motion for Summary Judgment, requesting that the Court:

(1) Grant her summary judgment pursuant to F.R.C.P. 56(c) because there is no genuine issue as to any material fact and she is entitled to judgment as a matter of law;

(2) If the Court does not render summary judgment on the whole case as to Laverne Gaskins, that the Court ascertain what material facts are actually in issue and make an Order narrowing the issues for trial.

This Motion for Summary Judgment is based upon the pleadings, discovery, applicable law, depositions, and the attached exhibits.

This 23rd day of December, 2009.

                                      **BRANNEN, SEARCY & SMITH, LLP**
                                      By:   /s/ David R. Smith

Post Office Box 8002                 **DAVID R. SMITH**
Savannah, GA 31412                Georgia State Bar No. 655587
(912) 234-8875                      **BEVERLY G. O'HEARN**
                                        Georgia State Bar No. 287650
                                        *Attorneys for Defendant*
                                        *Laverne Gaskins*

## CERTIFICATE OF SERVICE

This is to certify that a copy of *Defendant Laverne Gaskins' Motion for Summary Judgment, Statement of Material Facts as to Which There is No Dispute To Be Tried, Brief in Support of Motion for Summary Judgment,* and all supporting documentation have been served electronically on all parties as follows:

| | |
|---|---|
| Matthew R. LaVallee, Esq.<br>Paul R. Kosters, Esq.<br>Dailey, Koster & LaVallee, LLC<br>Overlook I 2849 Paces Ferry Road<br>Suite 160<br>Atlanta, GA 30339 | Robert Corn-Revere, Esq.<br>Lisa Zycherman, Esq.<br>Brigham J. Bowen Esq.<br>Davis Wright Tremaine, LLP<br>1919 Pennsylvania Ave., N.W., Suite 200<br>Washington, D.C. 20006 |
| David C. Will, Esq.<br>Royal, Washburn & Will<br>4799 Sugarloaf Parkway, Bldg. J<br>Lawrenceville, GA 30044 | Cary S. Wiggins, Esq.<br>Cook, Youngelson & Wiggins<br>260 Peachtree Street, N.W., Suite 401<br>Atlanta, GA 30303 |

This 23rd day of December, 2009.

|  |  |
|---|---|
| | **BRANNEN, SEARCY & SMITH, LLP** |
| | By:  /s/ David R. Smith |
| Post Office Box 8002 | **DAVID R. SMITH** |
| Savannah, GA 31412 | Georgia State Bar No. 655587 |
| (912) 234-8875 | **BEVERLY G. O'HEARN** |
| | Georgia State Bar No. 287650 |
| | *Attorneys for Defendant Laverne Gaskins* |