# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THOMAS HAYDEN BARNES,               ) | |
|                                                ) | |
|      Plaintiff,                    ) | |
|                                                ) | |
| v.                                    ) | Case No. 1:08-CV-077- CAP |
|                                                ) | |
| RONALD M. ZACCARI,                    ) | |
| individually and in his official      ) | |
| capacity as President of Valdosta     ) | |
| State University; VALDOSTA            ) | |
| STATE UNIVERSITY; BOARD OF ) | |
| REGENTS OF THE UNIVERSITY   ) | |
| SYSTEM OF GEORGIA; LAVERNE) | |
| GASKINS, individually and in her    ) | |
| capacity as in-house counsel          ) | |
| at Valdosta State University; KURT   ) | |
| KEPPLER, individually and in his    ) | |
| official capacity as Vice President   ) | |
| for Student Affairs at Valdosta State   ) | |
| University; RUSS MAST, individually) | |
| and in his official capacity as Dean of ) | |
| Students at Valdosta State University; ) | |
| LEAH McMILLAN, individually and ) | |
| in her official capacity as a counselor   ) | |
| at Valdosta State University; and     ) | |
| VICTOR MORGAN, individually      ) | |
| and in his official capacity as Director ) | |
| of the Valdosta State University      ) | |
| Counseling Center,                     ) | |
|                                                ) | |
|      Defendants.              ) | |

## **NOTICE OF MOTION**

TO: Plaintiff, by and through his attorneys of record,
Robert Corn-Revere, Esq.
Christopher A. Fedeli, Esq.
Lisa B. Zycherman, Esq.
Erin N. Reid, Esq.
Davis Wright Tremaine, LLP
1919 Pennsylvania Ave., N.W., Suite 200
Washington, D.C. 20006

and

Cary S. Wiggins, Esq.
Irma Espino, Esq.
Wiggins Law Group
260 Peachtree Street, N.W., Suite 401
Atlanta, GA 30303

COMES NOW Defendant Laverne Gaskins, individually and in her capacity as in-house counsel at Valdosta State University (hereinafter "Attorney Gaskins"), and herby notifies the Plaintiff that she will bring the attached Motion for Summary Judgment to be heard on oral argument at such time as directed by the Court, and hereby requests oral argument on her Motion for Summary Judgment.

This 23rd day of December, 2009.

|  |  |
|---|---|
|  | **BRANNEN, SEARCY & SMITH, LLP** |
|  | By: /s/ David R. Smith |
| Post Office Box 8002 | **DAVID R. SMITH** |
| Savannah, GA 31412 | Georgia State Bar No. 655587 |
| (912) 234-8875 | **BEVERLY G. O'HEARN** |
|  | Georgia State Bar No. 287650 |
|  | *Attorneys for Defendant* |
|  | *Laverne Gaskins* |

2

# CERTIFICATE OF SERVICE

This is to certify that a copy of Defendant Laverne Gaskins' *Notice of Motion* has been served electronically on all parties as follows:

| | |
|---|---|
| Matthew R. LaVallee, Esq.<br>Paul R. Kosters, Esq.<br>Dailey, Koster & LaVallee, LLC<br>Overlook I 2849 Paces Ferry Road<br>Suite 160<br>Atlanta, GA 30339 | Robert Corn-Revere, Esq.<br>Lisa Zycherman, Esq.<br>Brigham J. Bowen Esq.<br>Davis Wright Tremaine, LLP<br>1919 Pennsylvania Ave., N.W., Suite 200<br>Washington, D.C. 20006 |
| David C. Will, Esq.<br>Royal, Washburn & Will<br>4799 Sugarloaf Parkway, Bldg. J<br>Lawrenceville, GA 30044 | Cary S. Wiggins, Esq.<br>Cook, Youngelson & Wiggins<br>260 Peachtree Street, N.W., Suite 401<br>Atlanta, GA 30303 |

This 23rd day of December, 2009.

                                              **BRANNEN, SEARCY & SMITH, LLP**
By: /s/ David R. Smith
                                              **DAVID R. SMITH**
                                              Georgia State Bar No. 655587
                                              **BEVERLY G. O'HEARN**
                                              Georgia State Bar No. 287650
                                              *Attorneys for Defendant Laverne Gaskins*

Post Office Box 8002
Savannah, GA 31412
(912) 234-8875