## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| THOMAS HAYDEN BARNES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RONALD M. ZACCARI, ) <br> individually and in his official ) <br> capacity as President of Valdosta ) <br> State University; VALDOSTA ) <br> STATE UNIVERSITY; BOARD OF ) <br> REGENTS OF THE UNIVERSITY ) <br> SYSTEM OF GEORGIA; LAVERNE ) <br> GASKINS, individually and in her ) <br> capacity as in-house counsel ) <br> at Valdosta State University; KURT ) <br> KEPPLER, individually and in his ) <br> official capacity as Vice President ) <br> for Student Affairs at Valdosta State ) <br> University; RUSS MAST, individually ) <br> and in his official capacity as Dean of ) <br> Students at Valdosta State University; ) <br> LEAH McMILLAN, individually and ) <br> in her official capacity as a counselor ) <br> at Valdosta State University; and ) <br> VICTOR MORGAN, individually ) <br> and in his official capacity as Director ) <br> of the Valdosta State University ) <br> Counseling Center, ) <br> ) <br> Defendants. ) | Case No. 1:08-CV-077- CAP |

**DEFENDANT LAVERNE GASKINS' REQUEST FOR ORAL ARGUMENT**

COMES NOW Defendant Laverne Gaskins, individually and in her capacity as in-house counsel at Valdosta State University (hereinafter "Attorney Gaskins"), and hereby requests oral argument on her Motion for Summary Judgment.

This 23rd day of December, 2009.

                                        **BRANNEN, SEARCY & SMITH, LLP**
By:  /s/ David R. Smith
                                        **DAVID R. SMITH**
                                        Georgia State Bar No. 655587
                                        **BEVERLY G. O'HEARN**
                                        Georgia State Bar No. 287650
                                        *Attorneys for Defendant Laverne Gaskins*

Post Office Box 8002
Savannah, GA 31412
(912) 234-8875

## CERTIFICATE OF SERVICE

This is to certify that a copy of *Defendant Laverne Gaskins' Request for Oral Argument* has been served electronically on all parties as follows:

| | |
|---|---|
| Matthew R. LaVallee, Esq.<br>Paul R. Kosters, Esq.<br>Dailey, Koster & LaVallee, LLC<br>Overlook I 2849 Paces Ferry Road<br>Suite 160<br>Atlanta, GA 30339 | Robert Corn-Revere, Esq.<br>Lisa Zycherman, Esq.<br>Brigham J. Bowen Esq.<br>Davis Wright Tremaine, LLP<br>1919 Pennsylvania Ave., N.W., Suite 200<br>Washington, D.C. 20006 |
| David C. Will, Esq.<br>Royal, Washburn & Will<br>4799 Sugarloaf Parkway, Bldg. J<br>Lawrenceville, GA  30044 | Cary S. Wiggins, Esq.<br>Cook, Youngelson & Wiggins<br>260 Peachtree Street, N.W., Suite 401<br>Atlanta, GA 30303 |

This 23rd day of December, 2009.

                                      **BRANNEN, SEARCY & SMITH, LLP**
By: /s/ David R. Smith
                                      **DAVID R. SMITH**
                                      Georgia State Bar No. 655587
                                      **BEVERLY G. O'HEARN**
                                      Georgia State Bar No. 287650
                                      *Attorneys for Defendant Laverne Gaskins*

Post Office Box 8002
Savannah, GA 31412
(912) 234-8875