UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THOMAS HAYDEN BARNES,<br><br>    Plaintiff,<br><br>  v.<br><br>RONALD M. ZACCARI,<br>individually and in his<br>official capacity as President<br>of Valdosta State University;<br>et al.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 1:08-CV-0077-CAP |

**O R D E R**

On January 11, 2010, legal counsel for defendants Zaccari, Valdosta State University, Board of Regents of the University System of Georgia, Keppler, and Mast (collectively "University defendants") brought a motion to seal certain parts and exhibits to a response brief to Barnes' motion for summary judgment [Doc. No. 179] to this court's chambers. After considering the University defendants' motion to seal and reviewing the court's previous order [Doc. No. 196], the court hereby SUSPENDS all filing deadlines in this matter. Furthermore, the court will conduct a telephone conference on Wednesday, January 13, 2010, at 11:30 a.m., to discuss the issue of filing documents under seal in this case. Accordingly, the court DIRECTS counsel for each of the parties in this case to contact the court at (404)215-1580 no later than Wednesday, January 13, 2010, at 10:00 a.m., to provide a telephone

number for where they can be reached at the time of the telephone conference and the name of the party they represent.

SO ORDERED, this <u>12th</u> day of January, 2010.

<u>/s/ Charles A. Pannell, Jr.</u>
CHARLES A. PANNELL, JR.
United States District Judge