# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:08-cv-00077-CAP
## Barnes v. Zaccari et al
## Honorable Charles A. Pannell, Jr.

Minute Sheet for proceedings held In Open Court on 01/13/2010.

TIME COURT COMMENCED: 11:35 A.M.
TIME COURT CONCLUDED: 12:35 P.M.
TIME IN COURT: 1:00
COURT REPORTER: Martha Frutchey
DEPUTY CLERK: Y. Martin

ATTORNEY(S) PRESENT:
Robert Corn-Revere representing Thomas Hayden Barnes
Holly Hance representing Board of Regents of the University System of Georgia
Matthew LaVallee representing Leah McMillian
David Smith representing Laverne Gaskins
Cary Wiggins representing Thomas Hayden Barnes
David Will representing Board of Regents of the University System of Georgia
Lisa Zycherman representing Thomas Hayden Barnes

PROCEEDING CATEGORY: Telephone Conference(Motion Hearing Non-evidentiary);

MOTIONS HEARD:
[164]Motion to Exclude
[167]Motion for Summary Judgment
[174]Motion for Summary Judgment
[177]Motion for Summary Judgment
[179]Motion for Summary Judgment

MINUTE TEXT: Conference held regarding sealed motions. How to eliminate so many motions being filed under seal. Court heard from counsel. Written order to follow.

HEARING STATUS: Hearing Concluded