

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 2 5 2010

JAMES N. HATTEN, CLERK
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THOMAS HAYDEN BARNES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action File No.: |
| ) | 1:08-CV-0077-CAP |
| RONALD M. ZACCARI, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING OF ELECTRONIC MEDIA

Come now, Defendants Ronald M. Zaccari, Valdosta State University, Board of Regents of the University System of Georgia, Kurt Keppler, and Russ Mast, and file this Notice of Filing of Electronic Media, and show the Court as follows:

Defendants filed a Motion for Summary Judgment (Document # 177) on December 23, 2009. In the Brief accompanying said Motion, Defendants cited to a Fox News Video containing footage of the Plaintiff on Defendant VSU's campus. Doc. 177-2 at 28 (citing "INTERNET WEBSITE ADDRESS: http://vids.myspace.com/index.cfm?fuseaction=vids.individual&VideoID=2944 6659 END OF ADDRESS").

Upon Defendants' counsel's subsequent review of this internet website address, it appears that a user by the name of "Hayden," who had formerly posted this video at this link, has deleted this video after to Defendants' filing of their Motion. Exh. 42 ("Sorry, this video has been deleted." "Sorry the video you're trying to access is currently not available.")

Fortunately, Defendants had otherwise saved access to the video, which the Defendants now file with the Court as Exhibit 41 of their Motion for Summary Judgment in DVD format.

WHEREFORE, the Defendants respectfully request:

(a) that the Court allow this Electronic Media to be filed with the Court; and

(b) that the Court allow this Electronic Media to become a part of Defendants' Motion for Summary Judgment, and to become "Exhibit 41" thereto.

Respectfully submitted, this 22nd day of January, 2010.

_____
DAVID C. WILL
Georgia Bar No. 760150
Email: dwill@royallaw.net


_____
HOLLY HANCE
Georgia Bar No. 153092
Email: hhance@royallaw.net


**ROYAL WASHBURN WILL**
4799 Sugarloaf Parkway, Building J
Lawrenceville, Georgia 30044
Phone: (770) 814-8022
Fax: (770) 814-8360

## CERTIFICATE OF SERVICE

This is to certify that I have, this 22nd day of January, 2010, served a true and correct copy of the within and foregoing NOTICE OF FILING OF ELECOTRONIC MEDIA and THE ACCOMPANYING ELECTRONIC MEDIA TO WHICH IT REFERS upon all parties and/or counsel of record via U.S. Mail with postage prepaid and properly addressed as shown below and that I have filed this Certificate of Service with the Clerk of court using the CM/ECF system. Sent via U.S. Mail to:

**Robert Corn-Revere**
**Christopher A. Fedeli**
**Lisa Beth Zycherman**
Davis Wright Tremaine, LLP
Suite 200
1919 Pennsylvania Avenue, N.W.
Washington, DC 20006

**Irma I. Espino**
**Cary Stephen Wiggins**
Cook Youngelson & Wiggins
260 Peachtree Street, NW
Suite 401
Atlanta, GA 30303

**Matthew R. LaVallee**
**Paul Robert Koster**
Daley, Koster & LaVallee, LLC
2849 Paces Ferry Road
Suite 160
Atlanta, GA 30339


**David R. Smith**
Brannen, Searcy & Smith
P.O. Box 8002
Savannah, GA 31412-8002


_____
HOLLY HANCE
hhance@royallaw.net
Georgia Bar No. 153092


**ROYAL WASHBURN WILL**
4799 Sugarloaf Pkwy, Bldg J
Lawrenceville, GA 30043
Phone: 770-814-8022
Fax: 770-814-8360

# EXHIBIT 42

Special Report with Brit Hume Hayden Barnes Valdosta State Video by Hayden - MySpace Video - Windows Internet Explorer
M:\Everyone\DOAS\Barnes, Thomas Hayden\Articles - Videos\Special Report with Brit Hume Hayden Barnes Valdosta State Video by Hayden - MySpace Video.mht
File Edit View Favorites Tools Help
Special Report with Brit Hume Hayden Barne...
Intranet settings are now turned off by default. Intranet settings are less secure than Internet settings. Click for options...
Sorry, this video has been deleted.
By: Hayden
Videos: 1 (see all)
Subscribers: 0
Subscribe
advertisement
Whose Lips Are These?
a. Jennifer Lopez
b. Angelina Jolie
c. Jessica Alba
Answer Now and
Get a Free* Laptop
Click Here Now
*details apply
Add to Profile
Save to Favorites
Rate It:
Rating: 0%
Embed Code: <a href="http://vids.r
Video URL: http://vids.myspace.
Flag as Inappropriate
Search Videos
Video Details
Description: Fox News Special Report with Brit Hume Hayden Barnes Valdosta State University Board of Regents Free Speech Case Georgia February 28 2008
Category: News and Politics, Schools and Education
Keyword Tags: dueprocess, freespeech, georgia, rights, university, valdosta
Share Video On...
MySpace:
Post Bulletin
Post Blog
The Web:
Send Mail
SHARE
Total Plays: 36
Added: Mar 1, 2008
Featured Videos
Married on MySpace Ep 6:...
(7:40)
By:Married on M
Fame Contest Announcemen...
(1:33)
By:Trailer Park
Done, but with errors on page.
Internet
100%
start
Inbox - Outlook W...
Special Report wit...
11:22 AM





