To: rzaccari@valdosta.edu
Subject: Fwd: Re: Student Appeal

Dr. Zaccari,
Please see below. Whenever your schedule permits, I would like to discuss the matter with you. Laverne

> Date: Thu, 26 Apr 2007 17:41:11 -0400
> From: Betsey Neely <Betsey.Neely@usg.edu>
> Subject: Re: Student Appeal
> To: Laverne Lewis Gaskins <llgaskin@valdosta.edu>
> X-Accept-Language: en-us, en
> User-Agent: Mozilla Thunderbird 1.0 (Windows/20041206)
> X-IronPort-Anti-Spam-Filtered: true
> X-IronPort-Anti-Spam-Result: AgAAAAy5MEaoGFEoh2dsb2JhbACQEgEBAQgOKg
> X-IronPort-AV: i="4.14,457,1170651600"; d="scan'208";
>  a="55253264:sNHT40958172"
> X-USG-MailScanner: Found to be clean
> X-USG-MailScanner-SpamCheck:
> X-MailScanner-From: betsey.neely@usg.edu
> X-Sophos-ESA: [es4000.valdosta.edu] 1.69, Antispam-Engine: 2.5.1.298073,
>  Antispam-Data: 2007.4.26.142334
> Original-recipient: rfc822;llgaskin@valdosta.edu

In this case, the appeal should be directed straight to our office. It is not good practice for the President to be bringing a complaint against any student. That should be handled by staff in Student Affairs. Once the President has made a decision in a matter, there is no due process at the campus level.

Laverne Lewis Gaskins wrote:

> Today, Dr. Zaccari directed me to pose to you the following question to you.
>
> Our appeal process provides that decisions of the judicial board may be appealed to the President.
> In the event the President files a complaint against a student for a violation of the Student Code of Conduct and the student wishes to file an appeal, should the appeal go directly to your office (BOR) or should the president appoint a designee (i.e. Dr. Levy)?
>
> Give me a call should you have any questions. See you tomorrow. Thank you. Laverne
>
>
> Laverne Lewis Gaskins, M.Ed, J.D.
> University Attorney
> Office of Legal Affairs
> Valdosta State University
> 333-5351
>
> This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are