UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THOMAS HAYDEN BARNES,<br><br>    Plaintiff,<br><br>   v.<br><br>RONALD M. ZACCARI,<br>individually and in his<br>official capacity as President<br>of Valdosta State University;<br>et al.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 1:08-CV-0077-CAP |

O R D E R

On March 19, 2010, the court learned that it inadvertently failed to seal Exhibit 1 (Portions of the Deposition of Hayden Barnes) to the plaintiff's motion for summary judgment [Doc. No. 179] even though it is sealed elsewhere on the docket. It is the court's intent to keep the deposition of Barnes under seal in this matter. Accordingly, the court hereby DIRECTS the clerk to seal Exhibit 1 (Deposition of Harden Barnes) to the plaintiff's motion for summary judgment [Doc. No. 179].

SO ORDERED, this 19th day of March, 2010.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge