IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THOMAS HAYDEN BARNES, | * |
| | * |
| Plaintiff, | * |
| | * |
| -vs- | * |
| | *   Case No. 1:08-cv-00077-CAP |
| RONALD M. ZACCARI, *et al.*, | * |
| | * |
| Defendants. | * |
| | * |

**MOTION FOR LEAVE TO FILE A CONSOLIDATED BRIEF
IN OPPOSITION TO DEFENDANTS' MOTIONS
FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff Thomas Hayden Barnes and requests leave of this Court to file a single Consolidated Brief in Opposition to the Motions For Summary Judgment of Defendants Ronald M. Zaccari, the Board of Regents of the University System of Georgia, Valdosta State University, Russ Mast and Kurt Keppler (the "VSU Defendants") and Leah McMillan. Counsel for all Defendants have been notified of this request and do not object. As each opposition brief would have a 25 page limit if filed separately, Plaintiff requests leave of the court to file a consolidated brief in excess of the 25 page limit (but not to exceed 50 pages) as set forth under Local Rule 7.1D.[1]

---

[1] Plaintiff's responses to the statements of undisputed facts will conform to Local Rule 56.1B(2).

1

Plaintiff makes this request for the following reasons:

Plaintiff is simultaneously responding to two motions for summary judgment by six defendants, one of which is represented by different counsel. If Plaintiff were to respond to both motions for summary judgment separately, Plaintiff would have up to 50 pages to respond to the related factual and legal arguments set forth in the two motions. Rather than file two separate oppositions to Defendant McMillan's and the VSU Defendants' motions for summary judgment, Plaintiff requests leave of this court to file a consolidated brief of no more than 50 pages opposing these requests for summary judgment.

The consolidation of these briefs will promote judicial efficiency. Plaintiff was granted leave of this court to file a consolidated motion for summary judgment against the Defendants. *See* Dkt. #165, #179. As detailed in Plaintiff's motion for summary judgment, each of the Defendants faces liability under several different counts as alleged in the complaint. Filing a consolidated opposition will make it easier for the Plaintiff to respond to the factual and legal arguments set forth by these Defendants in their motions for summary judgment. This in turn will greatly simplify the docket and make it easier for the parties to reply to the oppositions that are filed.

Wherefore, Plaintiff respectfully requests that the Court issue an Order granting Plaintiff's Motion for Leave to File a Consolidated Brief in Opposition to Defendants' Motions for Summary Judgment.

Respectfully submitted this 23rd day of March, 2010.

By: /s/ Robert Corn-Revere
Robert Corn-Revere
Christopher A. Fedeli
Lisa B. Zycherman
Erin N. Reid
Admitted Pro Hac Vice
Attorneys for Plaintiff
Davis Wright Tremaine LLP
Suite 200
1919 Pennsylvania Avenue, NW
Washington, DC 20006
202-973-4200
Email: bobcornrevere@dwt.com


/s/ Cary S. Wiggins
Cary S. Wiggins
Ga. Bar No. 757657
Irma Espino
Ga. Bar No. 558220
Attorneys for Plaintiff
Wiggins Law Group
Suite 401
260 Peachtree Street, NW
Atlanta, GA 30303
404-659-2880
Email: cary@wigginslawgroup.com

**CERTIFICATE OF COMPLIANCE AND SERVICE**

I hereby certify that on March 23, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record. I also certify, pursuant to Local Rule 7.1(D), that this motion has been prepared in Times New Roman 14-point font.

*/s/ Robert Corn-Revere*
Robert Corn-Revere
Admitted *Pro Hac Vice*
Attorney for Plaintiff
Davis Wright Tremaine LLP
Suite 200
1919 Pennsylvania Avenue, N.W.
Washington, DC 20006
202-973-4200
Email: bobcornrevere@dwt.com