IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THOMAS HAYDEN BARNES, | * |
| | * |
| Plaintiff, | * |
| | * |
| -vs- | * |
| | *   Case No. 1:08-cv-00077-CAP |
| RONALD M. ZACCARI, *et al.*, | * |
| | * |
| Defendants. | * |
| | * |

**[PROPOSED] ORDER**

Having read and considered Plaintiff's Motion for Permission to File a Consolidated Brief in Opposition to Defendants' Motions For Summary Judgment in excess of 25 pages, it is this \_\_\_\_ day of March, 2010 hereby

**ORDERED** that the Motion is **GRANTED.**

_____
Charles A. Pannell, Jr.
Judge, United States District Court for
the Northern District of Georgia