IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THOMAS HAYDEN BARNES, | * |
| | * |
| Plaintiff, | * |
| | * |
| -vs- | * |
| | *  Case No. 1:08-cv-00077-CAP |
| RONALD M. ZACCARI, *et al.*, | * |
| | * |
| Defendants. | * |
| | * |

## ORDER

Having read and considered Plaintiff's Motion for Permission to File a Consolidated Brief in Opposition to Defendants' Motions For Summary Judgment in excess of 25 pages, but not to exceed 50 pages, the plaintif's motion is hereby GRANTED.

SO ORDERED this <u>24th</u>day of March, 2010.

<pre>                                   /s/Charles A. Pannell, Jr.
                                   Charles A. Pannell, Jr.
                                   Judge, United States District Court for
                                   the Northern District of Georgia</pre>