IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THOMAS HAYDEN BARNES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action File No.: |
| ) | 1:08-CV-0077-CAP |
| RONALD M. ZACCARI, *et al.*, ) | |
| ) | |
| Defendants. ) | |

_____

**DEFENDANTS ZACCARI, MAST, KEPPLER, VSU, AND BOARD OF**

**REGENTS' NOTICE OF FILING**

COME NOW DEFENDANTS ZACCARI, MAST, KEPPLER, VSU, AND BOARD OF REGENTS, and give notice of the filing of Exhibit 30 to their Motion for Summary Judgment (Doc. 177). The document originally filed as Exhibit 30 was inadvertently a duplicate of Exhibit 31.

Respectfully submitted, this, the 24th day of March, 2010.

                                          s/ Holly Hance
                                        Holly Hance
                                        Georgia Bar No. 153092
                                        Attorney for Defendants

ROYAL – WILL
4799 Sugarloaf Pkwy, Bldg J
Lawrenceville, GA 30043
770-814-8022 / 770-814-8360 Facsimile

## CERTIFICATE OF SERVICE

This is to certify that I have, this 24th day of March, 2010, served a true and correct copy of the within and foregoing DEFENDANTS ZACCARI, MAST, KEPPLER, VSU, AND BOARD OF REGENTS' NOTICE OF FILING upon all parties and/or counsel of record by e-filing the same, which will automatically serve the following parties electronically:

**Robert Corn-Revere**
**Christopher A. Fedeli**
**Erin Reid**
Davis Wright Tremaine, LLP
Suite 200
1919 Pennsylvania Avenue, N.W.
Washington, DC 20006


**Irma I. Espino**
**Cary Stephen Wiggins**
Cook Youngelson & Wiggins
260 Peachtree Street, NW
Suite 401
Atlanta, GA 30303


**Matthew R. LaVallee**
**Paul Robert Koster**
Daley, Koster & LaVallee, LLC
2849 Paces Ferry Road
Suite 160
Atlanta, GA 30339

**Mr. David Smith**
Brannen Searcy & Smith
P.O. Box 8002
Savannah, GA 31412-8002

s/ Holly Hance
Holly Hance
Georgia Bar No. 153092
Attorney for Defendants
Email: hhance@royallaw.net

ROYAL – WILL
4799 Sugarloaf Pkwy, Bldg J
Lawrenceville, GA 30043
770-814-8022 / 770-814-8360 Facsimile