IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| THOMAS HAYDEN BARNES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| -vs- | * | |
| | * | Case No. 1:08-cv-00077-CAP |
| RONALD M. ZACCARI, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

**NOTICE OF FILING ORIGINAL DISCOVERY
AND ELECTRONIC MEDIA**

COMES NOW Plaintiff Thomas Hayden Barnes and hereby provides notice of filing of the following original discovery and electronic media with the clerk of the court in support of his Memorandum of Law in Support of Plaintiff's Consolidated Opposition to Defendants' Motions for Summary Judgment ("Pl.'s Opp."):

    1.    Tr. Nov. 17, 2006 Communications Board Meeting (Ex. H to Pl.'s Opp.); and

    2.    Audio Recording of Nov. 17, 2006 Communications Board Meeting (Ex. I to Pl.'s Opp.).

Respectfully submitted this 24th day of March, 2010.

                By: /s/ Robert Corn-Revere
                Robert Corn-Revere
                Christopher A. Fedeli
                Lisa B. Zycherman
                Erin N. Reid
                Admitted Pro Hac Vice
                Attorneys for Plaintiff
                Davis Wright Tremaine, LLP
                Suite 200
                1919 Pennsylvania Avenue, NW
                Washington, DC 20006
                202-973-4200
                Email: bobcornrevere@dwt.com


                /s/ Cary S. Wiggins
                Cary S. Wiggins
                Ga. Bar No. 757657
                Irma Espino
                Ga. Bar No. 558220
                Attorneys for Plaintiff
                Wiggins Law Group
                Suite 401
                260 Peachtree Street, NW
                Atlanta, GA 30303
                404-659-2880
                Email: cary@wigginslawgroup.com

**CERTIFICATE OF COMPLIANCE AND SERVICE**

I hereby certify that on March 24, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.  I also certify, pursuant to Local Rule 7.1(D), that this motion has been prepared in Times New Roman 14-point font.

*/s/ Robert Corn-Revere*
Robert Corn-Revere
Admitted *Pro Hac Vice*
Attorney for Plaintiff
Davis Wright Tremaine LLP
Suite 200
1919 Pennsylvania Avenue, N.W.
Washington, DC 20006
202-973-4200
Email: bobcornrevere@dwt.com