IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| THOMAS HAYDEN BARNES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| -vs- | * | |
| | * | Case No. 1:08-cv-00077-CAP |
| RONALD M. ZACCARI, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

## AFFIDAVIT OF THOMAS HAYDEN BARNES

I, Thomas Hayden Barnes, declare, affirm and state as follows:

1. I am the Plaintiff in this case. I am a 2009 graduate of Kennesaw State University in Kennesaw, Georgia. I am currently employed as a Specialist at the Apple Store in Buford, Georgia.

2. I have attended the following academic institutions. Prior to attending Valdosta State University ("VSU"), I was enrolled at Warren Wilson College in Swannanoa, North Carolina from 2003 to 2005. During the Spring of 2005, I concurrently attended Asheville-Buncombe Technical Community College in Asheville, North Carolina, where I received a certificate as an "EMT Basic." Upon receipt of my EMT qualifications, I enrolled at VSU in the Fall of 2005. I left VSU in the Spring of 2006 to attend Rescue Training, Inc., a private technical school in Savannah, Georgia, where I completed advanced paramedic training.

Upon completion of my paramedic training, I returned to Valdosta, Georgia in October of 2006, and subsequently re-enrolled at VSU and began classes in January of 2007. Following my "administrative withdrawal" from VSU in May 2007, I enrolled at Kennesaw State University in Spring 2008, where I earned a Bachelor's of Science degree in Anthropology in the Summer of 2009.

3. Notwithstanding my opposition to the construction of a new parking deck on the VSU campus, I never said to President Zaccari that I would "defeat the parking deck."

4. I have never made a "prank call" to President Zaccari's home or office. I have never called President Zaccari at his home. The only time I ever called President Zaccari was on April 16, 2007, when I called the VSU Office of the President to schedule a meeting.

5. To my recollection, I have never made a prank call to anyone in my entire life.

6. I have never been to President Zaccari's residence. I did not cause the security alarm to go off at his house during the months of March, April, or May, 2007.

7. I was not fired from my position as an EMT at South Georgia Medical Center ("SGMC"). Prior to the conclusion of my probationary period in February 2008, SGMC and I decided to mutually part ways.

8. After I left SGMC, I went on to have a successful career as a paramedic at Mid-Georgia Ambulance and Children's Healthcare of Atlanta, Georgia from 2008 to 2009. At Mid-Georgia Ambulance I worked as a federal contractor at Moody Air Force Base.

9. In May 2007, I contacted VSU Assistant Dean of Students Richard Lee to request permission to construct an atlatl in conjunction with my anthropology studies. Dean Lee denied my request and, consequently, I never constructed an atlatl.

10. I was not on academic probation at the time I was "administratively withdrawn" from VSU. At the conclusion of the Spring 2007 semester, I had a 2.42 grade point average, which was high enough for me to leave academic probation. In support, I am appending a copy of my VSU transcript as Attachment 1 to this Affidavit, which I printed from the VSU website on March 19, 2010.

Further affiant sayeth not.

I declare under penalty of perjury that the foregoing is true.

_____
Thomas Hayden Barnes

Sworn to and subscribed before me
this 23rd day of March, 2010.

_____

_____
Notary Public

My commission expires
10/24/11

[Notary seal: MARK WILKS, NOTARY PUBLIC, COBB COUNTY, GA, Exp. Oct 24, 2011]