**ATTACHMENT 1**



# Valdosta State University

VSU Banner Web Information System

Search [Go]    RETURN TO MENU   SITE MAP   HELP   EXIT

# Display Transcript

Thomas H. Barnes
Mar 19, 2010 02:37 pm

ⓘ This is NOT an official transcript. Courses which are in progress may also be included on this transcript.

Transfer Credit   Institution Credit   Transcript Totals

*Transcript Data*

**STUDENT INFORMATION**

| Name: | Thomas H. Barnes |
|---|---|
| Birth Date: | Mar 13, 1985 |
| Student Type: | Continuing |

**Curriculum Information**

**Current Program**

| College: | College of Arts & Sciences |
|---|---|
| Major and Department: | Sociology, Dept of Soc/Ant/Crm |

***Transcript type:UN is NOT Official ***

**TRANSFER CREDIT ACCEPTED BY INSTITUTION    -Top-**

Warren Wilson College

| Subject | Course | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|
| ART | 1XXX | Bookforms I | F | 2.000 | 0.00 | |
| BIOL | 1050 | Human Biology | C | 4.000 | 8.00 | |
| ENGL | 1101 | Composition I | RA | 4.000 | 16.00 | |
| GEOG | 1100 | Introduction to Geography | B | 4.000 | 12.00 | |
| KSPE | 1020 | Weight Training | S | 1.000 | 0.00 | |
| KSPE | 1XXX | Outdoor Rec Act:Orienteering | S | 1.000 | 0.00 | |
| KSPE | 1XXX | Canoeing | S | 1.000 | 0.00 | |
| MATH | 1XXX | Math for Liberal Arts | D | 4.000 | 4.00 | |
| MGNT | 3XXX | Intro Non-profit Management | F | 4.000 | 0.00 | |
| POLS | 2XXX | International Relations | B | 4.000 | 12.00 | |
| POLS | 3XXX | ST:Law Among Nations | F | 4.000 | 0.00 | |
| PSYC | 2500 | Fundamentals of Psychology | D | 4.000 | 4.00 | |

| Subject | Course | Title | Grade | Credit Hours | Quality Points |
|---|---|---|---|---|---|
| REL | 1XXX | Intro to Buddhism | B | 4.000 | 12.00 |
| REL | 2XXX | ST:Chan/Zen Buddhism | C | 4.000 | 8.00 |
| SCI | 1XXX | Intro to Environmental Studies | F | 4.000 | 0.00 |
| SOCI | 1XXX | Social Justice Movements | A | 4.000 | 16.00 |
| SOCI | 2XXX | ST:Societies:SE Asia | B | 4.000 | 12.00 |
| SOCI | 2XXX | Environmental Sociology | D | 4.000 | 4.00 |

|  | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 61.000 | 58.000 | 47.000 | 58.000 | 108.00 | 1.86 |

Unofficial Transcript

Advanced Placement

| Subject | Course | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|
| ENGL | 1101 | Composition 1 | K | 3.000 | | 0.00 |
| HIST | 1012 | History of Civ II | K | 3.000 | | 0.00 |
| HIST | 2111 | US His to 1865 (e,US his) | K | 3.000 | | 0.00 |
| HIST | 2112 | US His sn 1865 (e,US his) | K | 3.000 | | 0.00 |

|  | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 0.000 | 12.000 | 12.000 | 0.000 | 0.00 | 0.00 |

Unofficial Transcript

**INSTITUTION CREDIT   -Top-**

Fall 2005

**Major:** Philosophy
**Student Type:** Transfer
**Academic Standing:** Probation

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R |
|---|---|---|---|---|---|---|---|---|
| GEOG | 3920 | US | Geography of the Middle East | B | 3.000 | 9.00 | | |
| PHIL | 2010 | US | Fundamentals of Philosophy | W | 3.000 | 0.00 | | |
| REL | 3520 | US | Islam | D | 3.000 | 3.00 | | |
| REL | 4700 | US | World Religion & Human Rights | D | 3.000 | 3.00 | | |

**Term Totals (Undergraduate-Semester)**

|  | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | 12.000 | 9.000 | 9.000 | 9.000 | 15.00 | 1.66 |
| **Cumulative:** | 12.000 | 9.000 | 9.000 | 9.000 | 15.00 | 1.66 |

Unofficial Transcript

Spring 2007
**Major:** Sociology

**Student Type:** Continuing
**Academic Standing:** Good Standing

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R |
|---|---|---|---|---|---|---|---|---|
| ANTH | 1102 | US | Introduction to Anthropology | B | 3.000 | 9.00 | | |
| BIOL | 2010 | US | Unifying Principles of Biology | C | 4.000 | 8.00 | | |
| BIOL | 2651 | US | Human Anatomy/Physiology I | C | 4.000 | 8.00 | | |
| MATH | 1111 | US | College Algebra | W | 3.000 | 0.00 | | |
| SOCI | 1101 | US | Intro to Sociology | B | 3.000 | 9.00 | | |

**Term Totals (Undergraduate-Semester)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | 17.000 | 14.000 | 14.000 | 14.000 | 34.00 | 2.42 |
| **Cumulative:** | 29.000 | 23.000 | 23.000 | 23.000 | 49.00 | 2.13 |

Unofficial Transcript

**TRANSCRIPT TOTALS (UNDERGRADUATE-SEMESTER)**   -Top-

**Level Comments:** SSN: XXX-XX-1278

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Total Institution:** | 29.000 | 23.000 | 23.000 | 23.000 | 49.00 | 2.13 |
| **Total Transfer:** | 61.000 | 70.000 | 59.000 | 58.000 | 108.00 | 1.86 |
| **Overall:** | 90.000 | 93.000 | 82.000 | 81.000 | 157.00 | 1.93 |

Unofficial Transcript

**RELEASE: 7.2**