IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| THOMAS HAYDEN BARNES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| -vs- | * | |
| | * | Case No. 1:08-cv-00077-CAP |
| RONALD M. ZACCARI, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

**PLAINTIFF'S RESPONSE TO THE COURT'S MARCH 18, 2010 ORDER REGARDING FILING DISCREPANCIES IN ITS MOTION FOR SUMMARY JUDGMENT**

Plaintiff Thomas Hayden Barnes ("Barnes") hereby responds to this Court's March 18, 2010 order. (Dkt. # 212)

On March 18, the Court notified Plaintiff that Exhibit 11 to his motion for summary judgment (Dkt. # 179) on file with the Court was significantly different than Exhibit 11 to the Plaintiff's motion for summary judgment found in the courtesy copy delivered to the Court's chambers. Accordingly, the Court directed Plaintiff to file a brief explaining the discrepancies found with respect to Exhibit 11 and any other errors.

On March 23, counsel for Plaintiff went to the Courthouse and reviewed the Plaintiff's motion for summary judgment on file with Judge Pannell's docketing clerk. Counsel compared the courtesy copy provided to the Court with the documents in the record. After reviewing the record in its entirety, Counsel found five other exhibits with missing pages or other errors. The errors identified during that visit are listed in the chart below.

| Location in Record | Error |
| --- | --- |
| Dkt. # 179-20, Plaintiff's Motion for Summary Judgment, Ex. 1, Deposition Testimony of Thomas Hayden Barnes | Transcript mini pages 102-105 and transcript mini pages 202-205 are missing. |
| Dkt. #179-9, Plaintiff's Motion for Summary Judgment, Ex. 9, at 10-18, Deposition Testimony of Kurt Keppler | Transcript pgs. 35 and 36 appear two times back to back. Pgs. 32, 33, and 34 appear after pg. 35 (out of numerical sequence). The exact sequence is pg. 24, 35, 36, 32, 33, 34, 35, 36. |
| Dkt. #179-6, Plaintiff's Motion for Summary Judgment, Ex. 27, Deposition Testimony of Major Anne Farmer | Transcript mini pages 98-101 are missing. |
| Dkt. # 179-6, Plaintiff's Motion for Summary Judgment, Ex. 31 at 3-4, Deposition Testimony of Richard Lee | Courtesy copy has the pages in descending numerical order whereas the docket copy has the pages in the ascending numerical order. |
| Dkt. #179-7, Plaintiff's Motion for Summary Judgment, Ex. 38, Deposition Testimony of Dr. Victor Morgan | Transcript mini pages 30-33 are missing. |

Plaintiff apologizes for the errors and discrepancies found in his filing. We have investigated possible reasons for the discrepancies and have not been able to determine their cause. Courtesy copies of the same exhibits provided to the other parties and to the Court were complete.[1] It may be that the overuse of requests to seal exhibits resulted in the errors, but it is unnecessary to speculate, since that practice has been corrected by this Court's Orders of March 17 and 18 (Dkt. #211 and #212). Plaintiff fully intended to submit a complete set of exhibits to his motion for summary judgment with the Court and believes that inadvertent error led to the incomplete filing.

In response to the Court's March 18, 2010 order, counsel for Plaintiff notified Chambers of the additional errors identified during the review of the Court's docket. To correct these discrepancies, Plaintiff offers the following options as possible solutions: 1) Plaintiff will withdraw the exhibits attached to his motion for summary judgment that contain errors and re-file accurate copies or 2) The Court exchange the exhibits attached to Plaintiff's motion for summary judgment with the exhibits contained within the courtesy copy provided to the

---

[1] On December 23, 2009, Plaintiff served copies of his Motion for Summary Judgment to counsel for the VSU Defendants, Defendant Leah McMillan and Defendant Laverne Gaskins. On March 18, counsel for Plaintiff provided counsel for Defendants a courtesy copy of Plaintiff's Motion for Summary Judgment. Plaintiff has contacted Defendants in order to verify that the courtesy copy received by Defendants matches the Plaintiff's original service copy. Counsel for the VSU Defendants and Defendant Gaskins verified that they received Plaintiff's complete filing in December.

Court (and to the other parties). Plaintiff stands ready to implement the Court's preference as to the best way to correct these inadvertent errors and discrepancies associated with his filing.

Counsel is aware that dealing with the issues arising from the sealing of confidential documents has required a great deal of time and effort by the Court and its staff. We appreciate the Court's patience in this regard, which, we understand is not unlimited, as well as the Court's guidance in finding a workable solution. Counsel is prepared to cure promptly all of the discrepancies in the record identified above, and to assure the Court that there will be no further lapses in its filings.

Respectfully submitted this 25th day of March, 2010,

By: */s/ Robert Corn-Revere*
Robert Corn-Revere
Christopher A. Fedeli
Lisa B. Zycherman
Erin N. Reid
Admitted *Pro Hac Vice*
Attorneys for Plaintiff
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
Email: bobcornrevere@dwt.com

By: */s/ Cary S. Wiggins*
Cary S. Wiggins
Ga. Bar No. 757657
Irma Espino
Georgia Bar No. 558220
Attorneys for Plaintiff
Wiggins Law Group
Suite 401
260 Peachtree Street, NW
Atlanta, GA 30303
404-659-2880
Email: cary@wigginslawgroup.com

5

## **CERTIFICATE OF SERVICE AND COMPLIANCE**

I hereby certify that on March 25, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record. I also certify, pursuant to Local Rule 7.1(D), that this memorandum has been prepared in Times New Roman 14-point font.

>*/s/* **Erin N Reid**
>Erin N Reid
>Admitted *Pro Hac Vice*
>Attorney for Plaintiff
>Davis Wright Tremaine LLP
>Suite 200
>1919 Pennsylvania Avenue, N.W.
>Washington, DC 20006
>202-973-4200
>Email: erinreid@dwt.com