# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALISSA ZWICK,

          Plaintiff,

v.

REGENTS OF THE UNIVERSITY OF
MICHIGAN, MARILYN LANTZ,
WILHELM A. PISKOROWSKI,
MARK D. SNYDER, and FRED
BURGETT,

          Defendants.

Hon. Marianne O. Battani
Case No. 2:06-CV-12639

---

| | |
|---|---|
| Deborah L. Gordon (P27058)<br>Deborah L. Gordon, PLC<br>Counsel for Plaintiff<br>33 Bloomfield Hills Parkway, Suite 275<br>Bloomfield Hills, Michigan 48304<br>(248) 258-2500<br>dgordon@deborahgordonlaw.com | Timothy H. Howlett (P24030)<br>Kathryn S. Wood (P55012)<br>Allyson A. Miller (P71095)<br>Dickinson Wright PLLC<br>Counsel for Defendants<br>500 Woodward Avenue, Suite 4000<br>Detroit, Michigan 48226<br>(313) 223-3500<br>thowlett@dickinsonwright.com<br>kwood@dickinsonwright.com<br>amiller@dickinsonwright.com |

---

### JUDGMENT IN A CIVIL CASE

This action came before the Court for a trial by jury. The issues having been tried and the jury having rendered its verdict on December 2, 2008; NOW, THEREFORE:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered against Defendants MARILYN LANTZ, WILHELM A. PISKOROWSKI, MARK D. SNYDER and FRED BURGETT as follows:

1. For violation of Plaintiff's due process rights against MARILYN LANTZ, WILHELM A. PISKOROWSKI, MARK D. SNYDER and FRED BURGETT, jointly and severally, in the following amounts:

    a. Economic Damages: $220,000.00

    b. Non-Economic Damages: $500,000.00

2. For violation of Plaintiff's due process rights and punitive damages in the following amounts:

    a. Marilyn Lantz      $1,000,000.00

    b. Wilhelm A. Piskorowski      $1.00

    c. Mark D. Snyder      $1.00

    d. Fred Burgett      $1.00

For Total Damages Of: **$1,720,003.00**

**IT IS FURTHER ORDERED** that statutory costs, fees and interest may be separately entered.

    s/Marianne O. Battani
    HONORABLE MARIANNE O. BATTANI
    UNITED STATES DISTRICT JUDGE

DATED: December 4, 2008

### CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of this Judgment was served upon Deborah Gordon and Timothy Howlett via electronic filing.

    s/Bernadette M. Thebolt
    Case Manager