**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| THOMAS HAYDEN BARNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File No.: |
| | ) | 1:08-CV-0077-CAP |
| RONALD M. ZACCARI, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

_____

**NOTICE REGARDING "EXHIBIT REPLY-1" TO
BRIEF IN REPLY TO PLAINTIFF'S RESPONSE (DOC. # 224) TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DOC. # 177)**

COME NOW, Defendants Ronald M. Zaccari, Valdosta State University, Board of Regents of the University System of Georgia, Kurt Keppler, and Russ Mast, and give notice that "Exhibit Reply-1" was inadvertently included in Defendants' Reply Brief (Doc. # 235) filed yesterday with the Court. "Exhibit Reply-1" is cited nowhere within the Doc. #235 and is not part of Defendants' Reply.

WHEREFORE, Defendants respectfully request that the Court and the parties disregard the inclusion of "Exhibit Reply-1" from Doc. #235 and from Defendants' Reply.

1

Respectfully submitted, this 13th day of April, 2010.

/s/ David C. Will
DAVID C. WILL
Georgia Bar No. 760150
Email:  dwill@royallaw.net

/s/ Holly Hance
HOLLY HANCE
Georgia Bar No. 153092
Email:  hhance@royallaw.net

**ROYAL – WILL**
4799 Sugarloaf Parkway, Building J
Lawrenceville, Georgia 30044
Phone: (770) 814-8022
Fax: (770) 814-8360

## CERTIFICATE OF SERVICE

This is to certify that I have, this 13th day of April, 2010, served a true and correct copy of the within and foregoing **NOTICE REGARDING "EXHIBIT REPLY-1" TO BRIEF IN REPLY TO PLAINTIFF'S RESPONSE (DOC. # 224) TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DOC. # 177)** upon all parties and/or counsel of record by electronic notice and/or by placing same in the United States Mail, postage prepaid, properly addressed as follows:

2

**Robert Corn-Revere**
**Christopher A. Fedeli**
**Erin Reid**
Davis Wright Tremaine, LLP
Suite 200
1919 Pennsylvania Avenue, N.W.
Washington, DC 20006

**Irma I. Espino**
**Cary Stephen Wiggins**
Cook Youngelson & Wiggins
260 Peachtree Street, NW
Suite 401
Atlanta, GA 30303

**Matthew R. LaVallee**
**Paul Robert Koster**
Daley, Koster & LaVallee, LLC
2849 Paces Ferry Road
Suite 160
Atlanta, GA 30339

**Mr. David Smith**
Brannen Searcy & Smith
P.O. Box 8002
Savannah, GA 31412-8002

/s/ Holly Hance
HOLLY HANCE
Georgia Bar No. 153092
Email:  hhance@royallaw.net

**ROYAL – WILL**
4799 Sugarloaf Pkwy, Bldg J
Lawrenceville, GA 30043
Phone:  770-814-8022
Fax:  770-814-8360