

Suite 200
1919 Pennsylvania Avenue NW
Washington, DC 20006-3402

**Robert Corn-Revere**
Telephone: 202.973.4225
Facsimile:   202.973.4499

bobcornrevere@dwt.com

April 13, 2010

<u>**Via ECF**</u>

Regina Martin
Courtroom Deputy Clerk for the
 Honorable Charles A. Pannell, Jr.
U.S. District Court for the Northern District Of
 Georgia, Atlanta Division
United States Courthouse,
75 Spring Street SW, Suite 2367
Atlanta, GA 30303-3361

Re:   **Hayden Barnes, Plaintiff vs. Ronald M. Zaccari; Valdosta State University; Board of Regents of the University; System of Georgia; Laverne Gaskins ; Kurt Keppler ; Russ Mast ; Leah McMillan; and Victor Morgan, Defendants Docket No. 1-08-CV-0077**

Dear Ms. Martin:

Pursuant to Local Rule 83.1(E)(3), as lead counsel in the above-referenced proceeding, I hereby request that this case not be calendared during the follow dates: May 13, 14, 17, 18, 27, 28, and 31.

I appreciate your assistance with this matter. Please do not hesitate to contact me if you have any questions regarding my request.

Sincerely,

Davis Wright Tremaine LLP

Robert Corn-Revere
*Counsel to Plaintiff Hayden Barnes*

| Anchorage | New York | Seattle | |
|---|---|---|---|
| Bellevue | Portland | Shanghai | |
| Los Angeles | San Francisco | Washington, D.C. | www.dwt.com |

100%

April 13, 2010
Page 2

cc:   Cary S. Wiggins
      Christopher A. Fedeli
      Erin N. Reid
      Lisa B. Zycherman
      Irma I. Espino
      David C. Will
      Holly Hance
      David R. Smith
      Matthew R. LaVallee
      Paul R. Koster