```
           IN THE UNTIED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION

THOMAS HAYDEN BARNES,          *
                               *
     Plaintiff,                *
                               *
-vs-                           *    CIVIL ACTION FILE
                               *    NO.  1:08-CV-0077-CAP
                               *
RONALD M. ZACCARDI, et al.,    *
                               *
     Defendants.               *
_____*
```

## NOTICE OF SUBSTITUTION OF COUNSEL

The law firm Wiggins Law Group represents (as local counsel) Plaintiff Thomas Hayden Barnes ("Barnes") in this case.  One of the attorneys, Irma Espino, has resigned from that firm.

Barnes requests that the Clerk remove Irma Espino as an attorney of record in this case.

Cary S. Wiggins will continue to represent Barnes on behalf of Wiggins Law Group. Robert Corn-Revere (lead counsel) and the firm of Davis Wright Tremaine, LLP will also continue to represent Barnes.

This 26th day of August, 2010.

                                          Respectfully submitted,

                                          WIGGINS LAW GROUP

                                          BY: /s/ Cary S. Wiggins
                                          Cary S. Wiggins

                                                  Ga. Bar No. 757657

Suite 401  
260 Peachtree St., N.W.  
Atlanta, GA 30303  
Telephone: (404) 659-2880  
Facsimile: (404) 659-3274

**CERTIFICATE OF SERVICE**

I certify that on this date, I electronically filed this NOTICE OF SUBSTITUTION OF COUNSEL on this date with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

    Matthew R. LaVallee
    Paul Robert Koster
    Daley, Koster & LaVallee, LLC
    2849 Paces Ferry Road
    Suite 160
    Atlanta, GA 30339

    David R. Smith
    Brannen, Searcy & Smith
    P.O. Box 8002
    Savannah, GA 31412-8002

    Holly Hance, Esq.
    David C. Will, Esq.
    Royal Washburn Will
    4799 Sugarloaf Pkwy, Bldg J
    Lawrenceville GA 30044

This 26th day of August, 2010.

                                        By:   /s/ Cary S. Wiggins
                                        Cary S. Wiggins
                                        Ga. Bar No. 757657

WIGGINS LAW GROUP
Suite 401
260 Peachtree St., N.W.
Atlanta, GA 30303
Telephone:  (404) 659-2880
Facsimile:  (404) 659-3274
cary@wigginslawgroup.com