IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| THOMAS HAYDEN BARNES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| -vs- | * | |
| | * | Case No. 1:08-cv-00077-CAP |
| RONALD M. ZACCARI, *et al.*, | * | |
| | * | |
| Defendants. | * | |

**PLAINTIFF'S MOTION FOR PARTIAL RECONSIDERATION OF ORDER GRANTING IN PART AND DENYING IN PART CROSS-MOTIONS FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR CERTIFICATION OF INTERLOCUTORY APPEAL**

COMES NOW Plaintiff Thomas Hayden Barnes and hereby submits this Motion for Partial Reconsideration of Order Granting in Part and Denying in Part Plaintiff's Motion for Summary Judgment, Or in the Alternative, Certification of Interlocutory Appeal (Dkt. #244) pursuant to Fed. R. Civ. P. 59(e) and Local Rule 7.2(E). Plaintiff's Memorandum of Law in support of this Motion for Reconsideration is being filed contemporaneously herewith and incorporated by reference.

1

Respectfully submitted this 10th day of September, 2010.

*/s/ Robert Corn-Revere*
Robert Corn-Revere
Christopher A. Fedeli
Lisa Zycherman
Erin N. Reid
Admitted *Pro Hac Vice*
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006
202-973-4200; Email: bobcornrevere@dwt.com


*/s/ Cary Stephen Wiggins*
Cary Stephen Wiggins
Georgia Bar No. 757657
Wiggins Law Group
260 Peachtree Street, NW, Suite 401
Atlanta, GA 30303
404-659-2880; Email: cary@wigginslawgroup.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE AND COMPLIANCE**

I hereby certify that on September 10, 2010, I served the foregoing to all counsel of record via electronic means. I also certify, pursuant to Local Rule 7.1(D), that this document has been prepared in Times New Roman 14-point font.

                                           ***/s/ Robert Corn-Revere***
                                           Robert Corn-Revere
                                           Admitted *Pro Hac Vice*
                                           Davis Wright Tremaine LLP
                                           1919 Pennsylvania Avenue, NW, Suite 200
                                           Washington, DC 20006
                                           202-973-4200
                                           Email: bobcornrevere@dwt.com

                                           Attorney for Plaintiff