

**Matthew R. LaVallee**
Overlook I
2849 Paces Ferry Rd., Suite 160, Atlanta, GA 30339
P: 678.213.2401 ▪ F: 678.213.2406 ▪ mlavallee@dkllaw.com

September 15, 2010

Regena Martin
Courtroom Deputy Clerk for the
Honorable Charles A. Pannell, Jr.
United States District Court
Northern District of Georgia
75 Spring St SW Ste 2367
Atlanta, GA 30303

RE:   Thomas Hayden Barnes v. Ronald M. Zaccari, et al.;
      U.S.D.C. Northern District; Atlanta Div.; CAN: 1:08-CV-00077-CAP

Dear Ms. Martin:

Pursuant to Local Rule 83.1(3), as lead counsel in the above referenced case, I am requesting that this case not be calendared during the following dates:

- **November 24 through and including November 26, 2010;**
- **December 23 through and including December 31, 2010;**
    **February 18 through and including February 25, 2011;**
        and
- **March 7 through and including March 11, 2011**

The purpose of this leave period is for family vacation and personal matters.

I appreciate your assistance with this matter.

                    Sincerely,

                    *s/ Matthew R. LaVallee, Esq.*
                    Georgia Bar No. 438196
                    Attorney for Defendant Leah McMillan

MRL/awh

cc:   Robert Corn-Revere, Esq.
      Christopher A. Fedeli, Esq.
      Holly Hance, Esq.
      David R. Smith, Esq.
      Erin N. Reid, Esq.
      David C. Will, Esq
      Cary Stephen Wiggins, Esq.