# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

THOMAS HAYDEN BARNES,     )
                                      )
          Plaintiff,           )
                                      )
       v.                  )     Civil Action File No.:
                                      )     1:08-CV-0077-CAP
RONALD M. ZACCARI et al,     )
                                      )
          Defendants.     )

## NOTICE OF APPEAL

Notice is hereby given that Defendants Ronald M. Zaccari and the Board of Regents of the University System of Georgia appeal to the United States Court of Appeals for the Eleventh Circuit from the Order entered in this action on September 3, 2010.  The Order denied qualified immunity to Defendant Ronald M. Zaccari.  The Order of the District Court denying qualified immunity to Defendant Zaccari is immediately appealable. See Mitchell v. Forsyth, 472 U.S. 511, 105 S.CT. 2806, 86 L.Ed.2d 411 (1985).  The legal issues involved in the denial of Summary Judgment to the Board of Regents is inextricably intertwined with the denial of qualified immunity to Defendant Zaccari so that the denial of Summary Judgment may be appealed on an interlocutory basis.

1

Respectfully submitted, this 1st day of October, 2010.

s/ David C. Will
David C. Will
Georgia Bar No. 760150
dwill@royallaw.net

s/ Holly Hance
Holly Hance
Georgia Bar No. 153092
hhance@royallaw.net

Attorneys for Defendants

ROYAL – WILL
4799 Sugarloaf Pkwy, Bldg J
Lawrenceville, GA 30043
770-814-8022 Tel.
770-814-8360 Fax

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

THOMAS HAYDEN BARNES,               )
                                    )
             Plaintiff,             )
                                    )
    v.                              )        Civil Action File No.:
                                    )        1:08-CV-0077-CAP
RONALD M. ZACCARI et al,            )
                                    )
             Defendants.            )

## CERTIFICATE OF SERVICE

This is to certify that I have, this 1st day of October, 2010, served a true and correct copy of the within and foregoing **NOTICE OF APPEAL** upon all parties and/or counsel of record by e-filing the same, which will automatically serve the following parties electronically:

**Robert Corn-Revere**
**Christopher A. Fedeli**
**Erin Reid**
Davis Wright Tremaine, LLP
Suite 200
1919 Pennsylvania Avenue, N.W.
Washington, DC 20006

**Cary Stephen Wiggins**
Cook Youngelson & Wiggins
260 Peachtree Street, NW
Suite 401
Atlanta, GA 30303

3

**Matthew R. LaVallee**
**Paul Robert Koster**
Daley, Koster & LaVallee, LLC
2849 Paces Ferry Road
Suite 160
Atlanta, GA 30339

**Mr. David Smith**
Brannen Searcy & Smith
P.O. Box 8002
Savannah, GA 31412-8002

s/ David C. Will
David C. Will
Georgia Bar No. 760150
Attorney for Defendants

ROYAL – WILL
4799 Sugarloaf Pkwy, Bldg J
Lawrenceville, GA 30043
770-814-8022 Tel.
770-814-8360 Fax

4