# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

October 15, 2010

John Ley, Acting Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

    **U.S.D.C. No.: 1:08-cv-77-CAP**
    **U.S.C.A. No.: 00-00000-00**
    **In re:**     *Thomas Hayden Barnes v. Ronald M. Zaccari, et al*

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the notice of appeal, r&r docket sheet and judgment and/or order appealed enclosed.** |
| ___ | This is not the first notice of appeal. Other notices were filed on: . |
| **X** | **There is no transcript.** |
| ___ | The court reporter is . |
| ___ | There is sealed material as described below: . |
| ___ | Other: . |
| **X** | **Fee paid electronically on 10/14/10. (Receipt# 113E-2945390)** |
| ___ | Appellant has been leave to file *in forma pauperis*. |
| ___ | This is a bankruptcy appeal. The Bankruptcy Judge is . |
| ___ | The Magistrate Judge is . |
| **X** | **The District Judge is Charles A. Pannell, Jr.** |
| ___ | This is a **DEATH PENALTY** appeal. |

                              Sincerely,

                              James N. Hatten
                              District Court Executive
                              and Clerk of Court

                        By:   /s/P. McClam
                              Deputy Clerk

Enclosures