RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
OCT 25 2010
JAMES N. HATTEN, Clerk
By: [signature]
Deputy Clerk

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

DOCKETING SECTION
404-215-1655

U.S. COURT OF APPEALS
RECEIVED CLERK
OCT 20 2010
ATLANTA, GA.

October 15, 2010

John Ley, Acting Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**10-14831 BB**

U.S.D.C. No.: 1:08-cv-77-CAP
U.S.C.A. No.: 00-00000-00
In re:   *Thomas Hayden Barnes v. Ronald M. Zaccari, et al*

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the notice of appeal, r&r docket sheet and judgment and/or order appealed enclosed.** |
| | This is not the first notice of appeal. Other notices were filed on: . |
| **X** | **There is no transcript.** |
| | The court reporter is . |
| | There is sealed material as described below: . |
| | Other: . |
| **X** | **Fee paid electronically on 10/14/10. (Receipt# 113E-2945390)** |
| | Appellant has been  leave to file *in forma pauperis*. |
| | This is a bankruptcy appeal. The Bankruptcy Judge is . |
| | The Magistrate Judge is . |
| **X** | **The District Judge is Charles A. Pannell, Jr.** |
| | This is a **DEATH PENALTY** appeal. |

Sincerely,

James N. Hatten
District Court Executive
and Clerk of Court

By:  /s/P. McClam
Deputy Clerk

Enclosures

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
OCT 25 2010
JAMES N. HATTEN, Clerk
By: [signature]

October 22, 2010

Robert Corn-Revere
Davis Wright Tremaine, LLP
1919 PENNSYLVANIA AVE NW STE 800
WASHINGTON, DC 20006-3402

Christopher A. Fedeli
Davis Wright Tremaine LLP
1919 PENNSYLVANIA AVE NW STE 800
WASHINGTON, DC 20006-3402

Erin Nedenia Reid
Davis Wright Tremaine LLP
1919 PENNSYLVANIA AVE NW STE 800
WASHINGTON, DC 20006-3402

Cary Stephen Wiggins
Wiggins Law Group
260 PEACHTREE ST NW STE 401
ATLANTA, GA 30303-1253

Lisa Beth Zycherman
Davis Wright Tremaine LLP
1919 PENNSYLVANIA AVE NW STE 800
WASHINGTON, DC 20006-3402

Appeal Number: 10-14831-BB
Case Style: Thomas Barnes v. Ronald Zaccari, et al
District Court Docket No: 1:08-cv-00077-CAP

The referenced case was docketed in this court on October 20, 2010. Please use the appellate docket number noted above when making inquiries.

The above-referenced case number is a **cross appeal** to case number 10-14622-BB. In cross appeals, pursuant to Fed.R.App.P 28.1 (b), the party who first files a notice of appeal is the appellant unless the parties otherwise agree. The parties may refer to FRAP 28.1 and corresponding 11th Circuit rule 28.1-1 and 28.1-2 for information on the briefing schedule in **cross appeal**. When filing the briefs in **cross appeal**, the case number for all the appeals should be referenced on the brief covers.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application for Admission to the Bar and Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov . The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

11th Cir. R. 33-1(a) requires appellant to file a Civil Appeal Statement in most civil appeals. You must file an original and one copy of a completed Civil Appeal Statement, with service on all other parties, within 14 days from the date of this letter. Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov , and as provided by 11th Cir. R. 33-1(a).

We have not yet received the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) required by FRAP 26.1 and the accompanying circuit rules. The rules provide that the certificate must be filed by every appellant [and cross-appellant] with this court within 14 days after the date the appeal is docketed in this court, or along with the filing in this court by any party of any motion, petition, or pleading, whichever occurs first. The rules further provide that on the same day a paper certificate is served, the party filing it must also complete the court's web-based certificate at the "Electronic Filing" link of the court's website, www.ca11.uscourts.gov , by electronically providing the information required for that form. Only the ticker symbols for publicly traded corporations that are listed on the paper CIP must be entered in the web-based system. If your CIP does not include any publicly traded corporations, you are required to go to the website and simply click the button indicating that you have no publicly traded corporations to report. Pro se parties are **not required or authorized** to complete the web-based certificate.

You are hereby notified that the clerk is not authorized to submit to the court any brief (except for the reply brief of an appellant or cross-appellant), petition, answer, motion or response that does not contain the certificate, but may receive and retain the papers pending supplementation of the papers with the required certificate. You are also hereby notified that failure to submit the required certificate will result in your document(s) being returned unfiled which may ultimately result in dismissal of your appeal.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the default(s) noted below have been corrected:

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Jan Camp, BB (dhh)
Phone #: (404) 335-6171

DKT-2X Cross Appeal