# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

DOCKETING SECTION
404-215-1655

DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

April 6, 2011

John Ley, Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

    U.S.D.C. No.: 1:08-cv-77-CAP
    U.S.C.A. No.: 10-14622-BB
    In re:     Thomas Hayden Barnes v. Ronald M Zaccari, et al

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

|   |   |
|---|---|
|   | Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed. |
|   | This is not the first notice of appeal. Other notices were filed on: . |
|   | There is no transcript. |
|   | The court reporter is . |
|   | There is sealed material as described below: . |
| X | Other: Record on Appeal. (13 Vols of Pldgs w/1 filed under SEAL, 15 Depositions w/3 filed under SEAL and 8 Envelops of Exhibits filed under SEAL w/Pldg #'s; 136, 144, 164, 167, 177, 179, 194 and 232). |
|   | Fee paid on . |
|   | Appellant has been leave to file *in forma pauperis*. |
|   | This is a bankruptcy appeal. The Bankruptcy Judge is . |
|   | The Magistrate Judge is . |
|   | The District Judge is . |
|   | This is a **DEATH PENALTY** appeal. |

                                                Sincerely,

                                                James N. Hatten
                                                District Court Executive
                                                and Clerk of Court

                            By:  P. McClam
                                    Deputy Clerk

Enclosures