**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| THOMAS HAYDEN BARNES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 1:08-cv-00077-CAP |
| | * | |
| RONALD M. ZACCARI, *et al.*, | * | |
| | * | |
| Defendants. | * | |

**JOINT MOTION TO EXTEND TIME TO FILE
JOINT PROPOSED PRETRIAL ORDER**

Plaintiff Thomas Hayden Barnes and Defendant Ronald M. Zaccari hereby jointly move to extend the time by which the parties must file a Joint Proposed Pretrial Order, and in support thereof state as follows:

1.     On June 6, 2012, this Court issued an Order directing the parties to confer and file a Joint Proposed Pretrial Order on or before June 21, 2012.  (Dkt. 270).

2.     On the same date, Defendant moved this Court to transfer the above-captioned proceeding to the Middle District of Georgia, Valdosta Division.  (Dkt. 271).

3.     Pursuant to Local Rule 7.1.B, Plaintiff has to and including June 20, 2012 to respond to Defendant's motion.  Thereafter, Defendant may file

a reply within fourteen days after service of Plaintiff's responsive pleading.

L.R. 7.1.C.

4.      The parties agree that there would be little sense in moving forward on a pretrial order that conforms with the Northern District practice if this case may be moved to the Middle District.  Accordingly, the parties request an extension of fourteen (14) days after the Court issues a decision on Defendant's motion for transfer to submit their Joint Proposed Pretrial Order.

5.      This extension of time will not prejudice any party nor constitute any undue delay in these proceedings and will serve the interests of efficiency and judicial economy.

Dated: June 13, 2012

Respectfully submitted,

__/s/Robert Corn-Revere_____
Robert Corn-Revere
Lisa Beth Zycherman
Erin Nedenia Reid
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, NW
Suite 800
Washington, DC  20006-3401
bobcornrevere@dwt.com
lisazycherman@dwt.com
erinreid@dwt.com
(202) 973-4200

Cary Wiggins
Georgia Bar #757657
Wiggins Law Group
260 Peachtree Street, N.W.
Suite 401
Atlanta, Georgia  30303
cary@cywlaw.com
(404) 659-2880

*Counsel for Plaintiff*


 _/s/David C. Will_____
David C. Will
Georgia Bar #760150
Holly Hance
Georgia Bar #153092
Royal-Will Law Firms
4799 Sugarloaf Pkwy, Bldg J
Lawrenceville, GA 30044
dwill@royallaw.net
hhance@royallaw.net
(770) 814-8022

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2012, I electronically filed the

foregoing Joint Motion to Extend Time to File Pretrial Order with the Clerk

of Court using the CM/ECF system which will send notification of such

filing to all counsel of record.

> __/s/Robert Corn-Revere_____
> Robert Corn-Revere
> Davis Wright Tremaine LLP
> 1919 Pennsylvania Avenue, NW
> Suite 800
> Washington, DC  20006-3401
> bobcornrevere@dwt.com
> (202) 973-4200