IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| THOMAS HAYDEN BARNES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 1:08-cv-00077-CAP |
| | * | |
| RONALD M. ZACCARI, et al., | * | |
| | * | |
| Defendants. | * | |

## ORDER

Having read and considered the parties' Joint Motion to Extend Time to File Pretrial Order, it is this this 14th day of June, 2012 hereby:

ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that the parties shall have an extension of fourteen (14) days after the Court issues a decision on Defendant's motion for transfer to submit their Joint Proposed Pretrial Order.

June 14, 2012

/s/Charles A. Pannell, Jr.
Judge Charles A. Pannell, Jr.
US District Court for the Northern District of Georgia