RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JAN 16 2013
JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

January 11, 2013

Clerk of Court
USDC Middle District of Georgia
P.O. Box 68
Valdosta, GA 31601

2013 JAN 14  AM 9:18
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
VALDOSTA, GEORGIA
RECEIVED CLERK'S OFFICE

Re:   *Thomas Hayden Barnes v. Ronald M. Zaccari, et al.*
      Your Civil Action File No. 7:12-cv-89-HL
      Our Civil Action File No. 1:08-cv-77-CAP

Dear Clerk:

Pursuant to an order of the Court dated July 18, 2012, the above entitled case was electronically transferred to your district on July 18, 2012.

Our office recently received a request to transfer all original deposition transcripts filed in this matter to your Court. Enclosed are the fifteen original deposition transcripts, including those filed under seal.

Please acknowledge receipt of these depositions upon the copy of this letter.

Sincerely,

James N. Hatten
District Court Executive
and Clerk of Court

By:  s/ Andrea Gee
     Deputy Clerk

Enclosures